**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:25-cv-24611-DPG**

MICHAEL SMITH,

Plaintiff,

v.

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINE, and
NIKHIL MAHARAJ, M.D.,

Defendants.

_________________________________________/

**JOINT MOTION TO AMEND THE SCHEDULING ORDER AND TRIAL ORDER [D.E. 22] AND TO RESET THE REMAINING PRETRIAL DEADLINES**

Plaintiff Michael Smith and Defendants Carnival Corporation d/b/a Carnival Cruise Line and Nikhil Maharaj, M.D., jointly move this Court pursuant to Federal Rule of Civil Procedure 16(b)(4) to amend the Trial Order entered January 14, 2026 [D.E. 22], and to reset the remaining interim pretrial deadlines, the calendar call, and the trial date to the dates set forth in Section II below. In support, the parties state:

## I. Introduction

The parties jointly request modification of the operative schedule to permit the completion of the remaining depositions and the orderly preparation of expert disclosures. The principal ship physician involved in the subject care has been unavailable to be deposed due to an emergency medical condition, which has caused unavoidable delays in the completion of discovery.

The depositions of the parties' witnesses, including the two physician witnesses and Carnival's Rule 30(b)(6) corporate representative, remain to be taken and cannot be completed on an incomplete documentary record within the current schedule. Plaintiff's Rule 26(a)(2) expert disclosures, which depend on that deposition testimony, likewise cannot be served on an

incomplete record by the current deadline. To preserve the status quo pending the Court's ruling on this motion, the parties have agreed to a one-week extension of Plaintiff's expert disclosure deadline, from June 5, 2026 to June 12, 2026.

This Joint Motion is filed in lieu of, and supersedes, Plaintiff's Opposed Motion to Amend the Scheduling Order [D.E. 43], which Plaintiff has stricken by separate notice. This Joint Motion is the operative request to modify the schedule.

## II. The operative schedule and proposed amended deadlines

The Court's Trial Order entered January 14, 2026 [D.E. 22] set Plaintiff's Rule 26(a)(2) expert disclosure deadline for May 5, 2026 and Defendants' rebuttal expert disclosure deadline for June 5, 2026. The parties thereafter agreed to a one-month extension of both expert deadlines, to June 5, 2026 and July 5, 2026 respectively. The parties jointly request the following amended deadlines, each of which precedes the requested trial period:

| Deadline | Current date | Proposed date |
|---|---|---|
| Plaintiff's Rule 26(a)(2) expert disclosures | June 5, 2026 | August 7, 2026 |
| Defendants' rebuttal expert disclosures | July 5, 2026 | September 7, 2026 |
| Fact and expert discovery cutoff | July 7, 2026 | October 9, 2026 |
| Dispositive and Daubert motions | August 7, 2026 | October 16, 2026 |
| Mediation | August 28, 2026 | September 25, 2026 |
| Pretrial motions and motions in limine | October 7, 2026 | November 9, 2026 |
| Joint pretrial stipulation | November 6, 2026 | December 7, 2026 |
| Calendar call | December 9, 2026 | To be reset by the Court |
| Trial | December 14, 2026 | Two-week period beginning January 18, 2027 |

The parties jointly request that the Court reset the calendar call to a date convenient to the Court in advance of the trial period beginning January 18, 2027. The parties do not request any other modification of the Trial Order [D.E. 22].

**III. The parties' agreed discovery plan**

The parties have conferred regarding the sequencing of the remaining depositions and jointly represent as follows. Plaintiff will take the depositions of Dr. Nikhil Maharaj (by remote videoconference), Dr. Letlhogile Rantleru, Carnival's Rule 30(b)(6) corporate representative (notice of which Plaintiff will serve on or about June 8, 2026), and Nurse Debra Dube. The parties further agree that Plaintiff's previously requested depositions of the vessel's Master is deferred, without prejudice, pending completion of the foregoing discovery, at which time the parties will re-evaluate the necessity of this deposition. Nothing in this paragraph waives, limits, or prejudices Plaintiff's right to notice, or to move to compel, those or any other depositions within the limits of the Federal Rules of Civil Procedure and the amended schedule.

**IV. Legal standard and good cause**

A scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). Good cause exists when a deadline cannot be met "despite the diligence of the party seeking the extension." *Sosa v. Airprint Sys., Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998) (quoting Fed. R. Civ. P. 16 advisory committee's note). The parties jointly submit that good cause is satisfied. The documentary record material to the remaining depositions and to expert disclosures will not be complete until, at the earliest, Carnival's June 26, 2026 production responses and privilege log are served and reviewed, leaving insufficient time under the current schedule to complete the depositions of the parties' witnesses and to serve reliable expert disclosures. The amended schedule restores the orderly sequence the Rules contemplate —

depositions taken on a complete record, expert opinions rendered on that testimony, and dispositive motions briefed on a full record.

## V. Conferral and relief requested

This motion is filed jointly with the consent of all parties; the relief requested is therefore unopposed. Plaintiff's earlier Opposed Motion to Amend the Scheduling Order [D.E. 43] has been stricken by separate notice and is no longer pending before the Court.

WHEREFORE the parties jointly and respectfully request that the Court enter an order (i) amending the Trial Order [D.E. 22] to adopt the deadlines set forth in Section II above; (ii) resetting the trial to the two-week period beginning January 18, 2027 and resetting the calendar call to a date convenient to the Court in advance of that period; and (iii) granting such further relief as the Court deems just and proper.

Respectfully submitted,

/s/ Michael A. Hoffman
Michael A. Hoffman, Esq.
Florida Bar No. 89549
mahoffman@1800askfree.com
DAVID W. SINGER & ASSOCIATES, P.A.
1011 South Federal Highway
Hollywood, Florida 33020
Telephone: (954) 920-1571
Attorneys for Plaintiff

/s/ Michael Drahos
Michael Drahos, Esq.
Florida Bar No. 617059
Michael.Drahos@gray-robinson.com
GRAYROBINSON, P.A.
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 913-0539
Attorneys for Defendants