**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:1:25-cv-24611-GAYLES/SHAW-WILDER**

**MICHAEL SMITH**,

Plaintiff,

v.

**CARNIVAL CORPORATION, et al.**,

Defendants.
_______________________________________/

**AMENDED SCHEDULING ORDER**

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **Tuesday, January 19, 2027**, in the Miami Division before Judge Darrin P. Gayles at the Wilkie D. Ferguson, Jr. U.S. Courthouse, 400 North Miami Avenue, Courtroom 11-1, Miami, Florida. The **Telephonic Calendar Call** will be held at **9:30 a.m. on Wednesday, January 13, 2027**. A **Telephonic Status Conference** will be held at **10:00 a.m. on Wednesday, September 30, 2026**. The parties shall adhere to the following schedule:

| | | |
|---|---|---|
| 1. | Parties shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **8/7/2026** |
| 2. | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **9/7/2026** |
| 3. | Fact discovery shall be completed by | **10/9/2026** |
| 4. | Expert discovery shall be completed by | **10/9/2026** |
| 5. | Dispositive motions, including motions for summary judgment, and *Daubert* motions, shall be filed by | **10/16/2026** |
| 6. | Mediation shall be completed by | **9/25/2026** |

| | | |
|---|---|---|
| 7. | All pretrial motions and memoranda of law, including motions in limine,[1] shall be filed by | **11/9/2026** |
| 8. | Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law[2] shall be filed by | **12/7/2026** |

**Status Conferences and Calendar Call.** The parties shall attend any status conference held in this matter and the calendar call by telephone. Counsel shall enter their appearances telephonically using the following dial-in information: **Dial-in Number 305-990-2559**; **Phone Conference ID 374 050 271#**. Please dial in at least ten minutes before the status conference begins and wait until your case is called.

**DONE AND ORDERED** in Chambers at Miami, Florida, this **Monday, June 08, 2026.**

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

[1] For cases set for a bench trial, the parties shall not file motions in limine. The Court will decide those issues at trial.
[2] The parties shall file findings of fact and conclusions of law for bench trials only.