**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-CV-24611-DPG/DSW**

**MICHAEL SMITH,**

**Plaintiff,**

**v.**

**CARNIVAL CORPORATION,**

**Defendant.**

______________________________________/

**ORDER ON PLAINTIFF'S ORE TENUS MOTION TO COMPEL DISCOVERY**

**THIS CAUSE** is before the Court on Plaintiff Michael Smith's ("Plaintiff") Ore Tenus Motion to Compel Discovery. Based on the arguments of counsel at the September 2, 2026 hearing, the Court rules as stated on the record and as follows:

- **Request for Production No. 114**: To the extent that Plaintiff is seeking information related to the travel party or any communications unrelated to the medical incident in Request No. 114, Carnival's objection is sustained. Subject to the foregoing limitation, on or before September 16, 2026, Carnival shall produce documents responsive to Request No. 114. This ruling is without prejudice to Carnival's ability to file an affidavit establishing the burdensomeness of the production.

- **Request for Production No. 127**: Plaintiff has narrowed the scope of Request No. 127 to October 18, 2024. On or before September 15, 2026, Carnival shall produce a redacted version of the Daily Security Summary Watch Report for October 18, 2024 for the time period of the incident and for which security was called to the medical center.

- **Request for Production No. 129**: Plaintiff has narrowed the scope of Request No. 129 to

October 18, 2024 to October 25, 2024. Subject to this limitation, on or before September 16, 2026, Carnival shall produce documents containing the date and time of Plaintiff's signature or Plaintiff's companion's signature on the Against Medical Advice documents (Bates No. GR000629). The Court overrules Carnival's objection that Request No. 129 does not constitute a narrowing of any previously propounded discovery request. This ruling is without prejudice to Carnival's ability to file an affidavit establishing the burdensomeness of the production.

- **Request for Production No. 137**: Carnival's objection to Request No. 137 is sustained.
- **Request for Production No. 142**: Plaintiff has narrowed Request No. 142 to a request for production of refusal-of-treatment forms, consent forms, discharge forms, and billing acknowledgement forms. Subject to this limitation, on or before September 16, 2026, Carnival shall review its documents and confirm if responsive documents have already been produced.
- **Request for Production No. 143**: Plaintiff's Motion to Compel with regard to Request No. 143 is denied.
- **Request for Production No. 148**: Carnival's objection to Request No. 148 is sustained.
- **Request for Production No. 149**: Carnival's objection to Plaintiff's Motion to Compel MED-3902-A4 and -A5 is sustained. Further, Defendant has already produced MED-3902-A1 and -A2. As for MED-3902-A3, Carnival must produce -A3 on or before September 16, 2026 or otherwise revise its objection to make clear that Carnival is withholding the document and the basis for doing so.
- **Request for Production No. 150**: Carnival's objection is sustained. Carnival shall produce relevant documents responsive to Request No. 150 except to the extent the documents contain personal medical information, contact information for non-parties, and financial information. Carnival shall produce the documents on or before September 16, 2026. This ruling is without

prejudice to Carnival's ability to file an affidavit establishing the burdensomeness of the production.

- **Request for Production Nos. 151–53, 155**: Plaintiff has withdrawn his Ore Tenus Motion to Compel for Request Nos. 151, 152, 153, and 155.

- **Request for Production No. 154**: Carnival shall produce documents responsive to Request No. 154 pursuant to the Court's guidance to Request No. 150 on or before September 16, 2026.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this 3rd day of September 2026.

**DETRA SHAW-WILDER**
**UNITED STATES MAGISTRATE JUDGE**

cc: All counsel of record