**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO. 1:25-cv-24611-GAYLES/SHAW-WILDER

MICHAEL SMITH,

Plaintiff,

v.

CARNIVAL CORPORATION,
NIKHIL MAHARAJ, M.D., and
LETLHOGILE RANTLERU, M.D.,

Defendants.
_______________________________________/

**PLAINTIFF'S MOTION TO EXTEND THE FACT-DISCOVERY DEADLINE FOR LIMITED PURPOSES AND TO ADJUST DEPENDENT DEADLINES**

Plaintiff, MICHAEL SMITH, pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rule 7.1, moves to extend the October 9, 2026 fact-discovery deadline in the Amended Scheduling Order [ECF No. 46] for the limited purposes stated below, and to adjust the dependent deadlines, and states:

## I. BACKGROUND

1. The Amended Scheduling Order sets October 9, 2026 as the close of fact and expert discovery, October 16, 2026 for dispositive and Daubert motions, November 9, 2026 for pretrial motions, December 7, 2026 for the joint pretrial stipulation, calendar call for January 13, 2027, and trial for the two-week period beginning January 19, 2027. ECF No. 46.

2. On August 13, 2026, over Carnival's opposition, the Court granted leave to file the Second Amended Complaint, ECF Nos. 64, 68, which was filed on August 14, 2026. ECF No. 69. It added Dr. Letlhogile Rantleru—the senior ship physician aboard the Carnival Pride, alleged to have directed Mr. Smith's care—as a defendant, and re-pleaded the negligent hiring, retention, and

training counts and a punitive-damages claim. As Plaintiff explained to the Court on May 6, 2026, he learned that the senior physician was Dr. Rantleru, and not Dr. Maharaj, from a May 1, 2026 production, days before the May 6 discovery hearing. May 6, 2026 Hr'g Tr. at 11–12 (ECF No. 79-2); Sept. 2, 2026 Hr'g Tr. (ECF No. 81) at 7:4–17. Carnival's motion to dismiss the new counts, ECF No. 70, and the physician defendants' motions to dismiss, ECF Nos. 76, 77, are pending; Plaintiff responded to the latter on September 24, 2026. ECF No. 84.

3. On September 2, 2026, Magistrate Judge Shaw-Wilder heard Plaintiff's ore tenus motion to compel on the Third Request for Production, overruled Carnival's objection that the requests exceeded the Court's prior narrowing order, and ordered Carnival to produce, confirm, or account on seven requests—including Dr. Rantleru's personnel and training records and the signature data for the against-medical-advice forms—by September 16, 2026. ECF No. 73; ECF No. 81 at 18:4–19:3, 21:2–5, 26:20–23, 39:13–22, 46:18–47:8, 52:9–53:14, 56:5–57:8. Carnival's September 16 production consists of Dr. Rantleru's personnel file and one two-page procedure. The training records and the signature data were not produced; the remaining ordered requests were answered "none" or "[t]here are no other responsive documents than what has been previously produced," without identifying a Bates number. Ex. C (Sept. 16, 2026 Supp. Resp.) at 3–4. Plaintiff conferred in writing on September 22, 2026 and has noticed the compliance dispute for the Magistrate Judge's discovery calendar.

4. Plaintiff asked Carnival for the medical staff's contract dates and availability no later than July 8, 2026—"It has been months with no response about when people are on or off contract, or available for depo," ECF No. 79-3 at 45—and on September 11 and September 21, 2026 requested dates for the depositions of Drs. Maharaj and Rantleru, Carnival's Rule 30(b)(6) designee, the Master, Dr. Joseph Scott of Carnival's shoreside operations, and the three medical

staff who treated Mr. Smith, offering October 2, 5, and 9. Ex. A. Dr. Maharaj's deposition has since been set for October 8, 2026. No date has been provided for Dr. Rantleru—the senior physician and a defendant—or for any other witness on the list. On September 22, 2026, Carnival declined to offer any date, stating that "Plaintiff's request exceeds the number of allowable depositions and we object to any depositions over the amount allowed by the Rules," and that it was "unable to satisfy your 11th hour scramble for numerous depositions." Ex. A. Plaintiff also cannot yet name the shoreside physician responsible for medical oversight of the vessel: Interrogatory No. 24(c), served August 24, 2026, asked Carnival to identify "each shoreside person, department, or mailbox — including the Health Operations Center, CareTeam Services, and the Fleet Operations Center — [that] first received notice of Plaintiff's condition," and Carnival's September 23, 2026 response was a single general objection. ECF No. 79-1 at 95; Ex. B. That witness will be identified through the corporate-representative deposition, which Carnival has not made available, and noticed under Rule 30(b)(1) by description.

5. Plaintiff told the Court on May 6 that he was holding the medical-staff depositions until the document disputes were resolved, May 6 Tr. at 44, and deferred the corporate-representative and Rantleru depositions for the same reason: a designee cannot be examined on records the corporation has not produced without a second session, to which Carnival would not agree. On September 23, 2026, Carnival served one-paragraph "General Objections," invoking the pendency of ECF No. 79, as its entire response to Plaintiff's Fourth Request for Production, Second Set of Interrogatories, and Third Request for Admissions. Ex. B. Carnival's Renewed Motion for Sanctions and Motion for Protective Order, ECF No. 79, asks in addition that Carnival be relieved of responding to the discovery Plaintiff served after the Second Amended Complaint. Plaintiff's response to that motion is being filed contemporaneously.

## II. GOOD CAUSE EXISTS

6. A schedule "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). The standard "precludes modification unless the schedule cannot 'be met despite the diligence of the party seeking the extension.'" *Sosa v. Airprint Sys., Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998) (per curiam) (quoting Fed. R. Civ. P. 16 advisory committee's note). Plaintiff has been diligent: he served the revised requests on the day the Court set; obtained leave to amend; requested deposition dates in July, four weeks before the cutoff, and again three weeks before it; obtained an order compelling the records the depositions require; and conferred on Carnival's noncompliance within six days of the deadline. The deadline cannot be met because the records the Court ordered produced by September 16 have not been produced, because Carnival has declined to provide any deposition date, and because the Second Amended Complaint—filed with leave fifty-six days before the cutoff—added a defendant whose records were produced, in part, on September 16.

7. The extension sought is limited. Plaintiff does not ask to reopen written discovery. He asks for thirty-five (35) days, to November 13, 2026, solely to (a) complete Carnival's production under ECF No. 73 and any supplemental production ordered by the Magistrate Judge; (b) take the depositions of Drs. Maharaj and Rantleru, Carnival's Rule 30(b)(6) designee(s), the Master, Dr. Joseph Scott, the shoreside physician responsible for medical oversight of the vessel, Alan Acebu, R.N., Mduduzi Madonda, R.N., Anele Njikelana, H.C.A., and Captain Gaetano Gigliotti; and (c) take the depositions of Carnival's retained experts, Drs. Parejo and Fernandez, on the dates already agreed (October 9 and October 14, 2026). Plaintiff asks that the dependent deadlines be adjusted correspondingly: dispositive and Daubert motions to December 4, 2026;

pretrial motions and motions in limine to December 11, 2026; and the joint pretrial stipulation to December 18, 2026. The calendar call and trial dates would remain as set.

8. Carnival is not prejudiced. Every witness listed is its employee, contractor, or agent; every record is in its possession; and the depositions are of witnesses Carnival itself identified. The prejudice runs the other way: without the extension, Plaintiff will try a ten-count case against three defendants without deposing the senior physician defendant or Carnival's corporate representative.

## III. CONCLUSION

Plaintiff respectfully requests that the Court extend the fact-discovery deadline to November 13, 2026 for the limited purposes stated in paragraph 7; extend the dispositive- and Daubert-motion deadline to December 4, 2026, the pretrial-motion deadline to December 11, 2026, and the joint-pretrial-stipulation deadline to December 18, 2026; and leave the calendar call and trial dates unchanged.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), undersigned counsel certifies that on September 29, 2026, he conferred by email with counsel of record for Defendants, GrayRobinson, P.A., regarding the relief requested in this motion, sent at 1:19 p.m., and followed up by telephone at 4:20 p.m. Defense counsel had not responded or stated a position as of the time of filing. Despite these reasonable, good-faith efforts, counsel have been unable to confer. Because fact discovery closes on October 9, 2026 and the Court's status conference is set for September 30, 2026, undersigned counsel filed this motion before Defendants stated a position, and will promptly notify the Court if the motion is unopposed in whole or in part.

Dated: September 29, 2026.

Respectfully submitted,

/s/ Michael A. Hoffman
Michael A. Hoffman (Florida Bar No. 89549)
mahoffman@1800askfree.com
litigation@1800askfree.com
marinab@1800askfree.com
David W. Singer & Associates, P.A.
1011 South Federal Highway
Hollywood, FL 33020
954-920-1571
*Attorneys for the Plaintiff, Michael Smith*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 29, 2026, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will serve a Notice of Electronic Filing on all counsel of record, including: Michael J. Drahos, Esq., W. Cooper Jarnagin, Esq., Ashley Genoese, Esq., and Charles J. Roussin, Esq., GrayRobinson, P.A., 515 North Flagler Drive, Suite 650, West Palm Beach, Florida 33401 (michael.drahos@gray-robinson.com; cooper.jarnagin@gray-robinson.com; ashley.genoese@gray-robinson.com; charles.roussin@gray-robinson.com), *Attorneys for Defendants*.

/s/ Michael A. Hoffman
Michael A. Hoffman