# EXHIBIT A

Deposition-scheduling correspondence: N. Dvorak (September 11, 21, and 22, 2026); A. Genoese (September 22, 2026, 10:28 a.m.); M. Drahos (September 22, 2026, 10:37 a.m.)

Smith v. Carnival Corporation, et al., Case No. 1:25-cv-24611-GAYLES/SHAW-WILDER (S.D. Fla.)

**Subject:** RE: Michael Smith v. Carnival Corp., et al. 1:25-cv-24611 -Deposition requests -3rd Request
**Date:** Tuesday, September 22, 2026 at 10:37:39 AM Eastern Daylight Time
**From:** Michael Drahos
**To:** Ashley Genoese, Nancy Dvorak
**CC:** Marina Buckalew, Lilia R. Parker, Charles Roussin, dsingeresq, Michael A Hoffman
**Attachments:** image001.png

Additionally, it bears noting that we have previously secured dates of availability for our corporate representative and Dr. Rantleru at your request, both of whom were subsequently canceled by your office. With limited remaining dates between now and the expiration of discovery, we are unable to satisfy your 11th hour scramble for numerous depositions that could have been coordinated and taken within the 15 months of available discovery that was provided to the parties in this case.

**Michael Drahos**
Director

**D** 305.913.0539 / 561.268.5728

GrayRobinson, P.A. ▪ 333 S.E. 2nd Avenue, Suite 3200, Miami, Florida 33131
GrayRobinson, P.A. ▪ Northbridge Centre, 515 N. Flagler Drive, Suite 650, West Palm Beach, Florida 33401

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

---

**From:** Ashley Genoese <Ashley.Genoese@gray-robinson.com>
**Sent:** Tuesday, September 22, 2026 10:28 AM
**To:** ndvorak <ndvorak@1800askfree.com>
**Cc:** Marina Buckalew <marinab@1800askfree.com>; Lilia R. Parker <Lilia.Parker@gray-robinson.com>; Michael Drahos <Michael.Drahos@gray-robinson.com>; Charles Roussin <Charles.Roussin@gray-robinson.com>; dsingeresq <dsingeresq@aol.com>; Michael A Hoffman <mahoffman@1800askfree.com>
**Subject:** RE: Michael Smith v. Carnival Corp., et al. 1:25-cv-24611 -Deposition requests -3rd Request

Good morning,

Plaintiff's request exceeds the number of allowable depositions and we object to any depositions over the amount allowed by the Rules.

Thank you,
Ashley

---

**From:** Nancy Dvorak <ndvorak@1800askfree.com>
**Sent:** Tuesday, September 22, 2026 9:42 AM
**To:** Lilia R. Parker <Lilia.Parker@gray-robinson.com>; Michael Drahos <Michael.Drahos@gray-robinson.com>; Charles Roussin <Charles.Roussin@gray-robinson.com>; Ashley Genoese <Ashley.Genoese@gray-robinson.com>
**Cc:** Marina Buckalew <marinab@1800askfree.com>; dsingeresq <dsingeresq@aol.com>; Michael A Hoffman <mahoffman@1800askfree.com>
**Subject:** RE: Michael Smith v. Carnival Corp., et al. 1:25-cv-24611 -Deposition requests -3rd Request

**This message originated outside of GrayRobinson.**

---

Good morning,

I am following up on my request for depositions in my previous email below.

Regards,

Nancy Dvorak
Nancy Dvorak, Legal Assistant
David W. Singer & Associates, PA
1011 South Federal Highway
Hollywood, Florida 33020
ndvorak@1800askfree.com
954-920-1571

we do care

DAVID W. SINGER
PERSONAL INJURY ATTORNEYS
1-800-ASK-FREE (275-3733)
WWW.1800ASKFREE.COM

---

**From:** Nancy Dvorak
**Sent:** Monday, September 21, 2026 9:36 AM
**To:** 'Lilia R. Parker' <Lilia.Parker@gray-robinson.com>; 'Michael Drahos' <Michael.Drahos@gray-robinson.com>; 'Charles Roussin' <Charles.Roussin@gray-robinson.com>; 'Ashley Genoese' <Ashley.Genoese@gray-robinson.com>
**Cc:** Marina Buckalew <marinab@1800askfree.com>; 'dsingeresq' <dsingeresq@aol.com>; Michael A Hoffman <mahoffman@1800askfree.com>
**Subject:** RE: Michael Smith v. Carnival Corp., et al. 1:25-cv-24611 -Deposition requests

Good morning,

I am following up on my request to set the depositions of the following to be taken on or before October 09, 2026::

**Mduduzi Madonda, R.N**

**Dr. Nikhil Maharaj**
**Dr. Letlhogile Rantleru**

**Carnival's 30(b)(6) designee(s)**

**The Master**
**Dr. Joseph Scott** (shoreside)
**Alan Acebu, R.N.** (lead nurse)
**Anele Njikelana, HCA**

**In addition, we would like to set the deposition of :**

**Captain Gaetano Gigliotti,** vice president of nautical & safety operations

Our availability is as follows:

October 02, 2026
October 05,2026
October 09, 2026

Thank you,

Nancy Dvorak
Nancy Dvorak, Legal Assistant
David W. Singer & Associates, PA
1011 South Federal Highway
Hollywood, Florida 33020
ndvorak@1800askfree.com
954-920-1571

we do care
DAVID W. SINGER
PERSONAL INJURY ATTORNEYS
1-800-ASK-FREE (275-3733)
WWW.1800ASKFREE.COM

---

**From:** Nancy Dvorak

**Sent:** Friday, September 11, 2026 10:07 AM
**To:** 'Lilia R. Parker' <Lilia.Parker@gray-robinson.com>; Michael Drahos <Michael.Drahos@gray-robinson.com>; Charles Roussin <Charles.Roussin@gray-robinson.com>; Ashley Genoese <Ashley.Genoese@gray-robinson.com>
**Cc:** Marina Buckalew <marinab@1800askfree.com>; Liz Zwibel <liz@eazlaw.com>; Stephanie Guiron <stephanie@eazlaw.com>; dsingeresq <dsingeresq@aol.com>; Michael A Hoffman <mahoffman@1800askfree.com>
**Subject:** Michael Smith v. Carnival Corp., et al. 1:25-cv-24611 -Deposition requests

Good morning,

We would like to set the following for deposition to be taken on or before October 09, 2026:

**Dr. Parejo** – We proposed setting him for 10/09/26, is Dr. Parejo and your office available on this date? (You had originally offered only 9/11/26 and we were booked up on that day)
**Dr. Fernandez** – We are still awaiting dates
**Mduduzi Madonda, R.N** (Carnival offered 7/29, 8/3, 8/6; we proposed 8/6, 8/10, 8/11, 8/14 – on 7/27)

**Dr. Nikhil Maharaj**
**Dr. Letlhogile Rantleru**

**Carnival's 30(b)(6) designee(s)**

**The Master**
**Dr. Joseph Scott** (shoreside)
**Alan Acebu, R.N.** (lead nurse)
**Anele Njikelana, HCA**

Our availability is as follows:

September 16, 2026
September 17, 2026 -Afternoon
September 21, 2026
September 22, 2026 Morning - 9:00am would be best start
October 02, 2026
October 05,2026
October 09, 2026

Thank you,

Nancy Dvorak

Nancy Dvorak, Legal Assistant
David W. Singer & Associates, PA
1011 South Federal Highway
Hollywood, Florida 33020
ndvorak@1800askfree.com

954-920-1571

we do care

DAVID W. SINGER
PERSONAL INJURY ATTORNEYS
1-800-ASK-FREE (275-3733)
WWW.1800ASKFREE.COM