# EXHIBIT B

Defendant Carnival Corporation's Objections to Plaintiff's Fourth Request for Production, Second Set of Interrogatories, and Third Request for Admissions (served September 23, 2026)

Smith v. Carnival Corporation, et al., Case No. 1:25-cv-24611-GAYLES/SHAW-WILDER (S.D. Fla.)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-24611-DPG

MICHAEL SMITH,

Plaintiff,

v.

CARNIVAL CORPORATION and
NIKHIL MAHARAJ, M.D.,

Defendants.
______________________________/

**DEFENDANT, CARNIVAL CORPORATION'S OBJECTIONS TO PLAINTIFF'S FOURTH REQUEST FOR PRODUCTION**

Defendant, CARNIVAL CORPORATION, by and through undersigned counsel, hereby serves Objections to Plaintiff's Fourth Request for Production.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2026, a copy of the foregoing was served via e-mail to the recipients listed on the Service List below.

GrayRobinson, P.A.
515 North Flagler Drive, Suite 650
West Palm Beach, Florida 33401
Tel: (561) 268-5727
Fax: (561) 268-5747

By: */s/ Ashley N. Genoese*
Michael J. Drahos
Florida Bar No. 0617059
W. Cooper Jarnagin
Florida Bar No. 117767
Ashley N. Genoese
Florida Bar No. 1019357
Charles J. Roussin
Florida Bar No. 1010409
*Michael.Drahos@Gray-Robinson.com*

*Cooper.Jarnagin@Gray-Robinson.com*
*Ashley.Genoese@Gray-Robinson.com*
*Charles.Roussin@gray-robinson.com*

*Attorneys for Defendant*

**SERVICE LIST**
**CASE NO. 1:25-cv-24611-DPG**

Michael A. Hoffman, Esq.
David W. Singer, Esq.
David W. Singer & Assoc., P.A.
1011 South Federal Highway
Hollywood, FL 33020
Tel. (954) 920-1571
*dsingeresq@aol.com*
*mahoffman@1800askfree.com*

*Attorneys for Plaintiff*

**DEFENDANT'S OBJECTIONS TO FOURTH REQUEST FOR PRODUCTION**

**GENERAL OBJECTION: Defendant objects to the requests for production propounded by Plaintiff on August 24, 2026 pursuant to Defendant's Renewed Motion for Sanctions and Motion for Protective Order pending before this Court at ECF No. 79, wherein Defendant seeks relief from the burden of responding to the subject discovery requests. Specifically, the discovery requests are harassing and not proportional to the needs of this case, as these requests amount to 304 total requests for production to this Defendant propounded thus far. Notwithstanding, Defendant responds to each and every discovery request with this general objection and reserves the right to further object on alternative bases pending this Court's ruling on Defendant's Motion. Defendant does not waive any further objections or responses to these discovery requests as such are premature until the Court rules upon Defendant's Motion.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-24611-DPG

MICHAEL SMITH,

Plaintiff,

v.

CARNIVAL CORPORATION and
NIKHIL MAHARAJ, M.D.,

Defendants.
_______________________________/

**DEFENDANT, CARNIVAL CORPORATION'S OBJECTIONS TO PLAINTIFF'S SECOND SET OF INTERROGATORIES**

Defendant, CARNIVAL CORPORATION, by and through undersigned counsel, hereby serves Objections to Plaintiff's Second Set of Interrogatories.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2026, a copy of the foregoing was served via e-mail to the recipients listed on the Service List below.

GrayRobinson, P.A.
515 North Flagler Drive, Suite 650
West Palm Beach, Florida 33401
Tel: (561) 268-5727
Fax: (561) 268-5747

By: */s/ Ashley N. Genoese*
Michael J. Drahos
Florida Bar No. 0617059
W. Cooper Jarnagin
Florida Bar No. 117767
Ashley N. Genoese
Florida Bar No. 1019357
Charles J. Roussin
Florida Bar No. 1010409
*Michael.Drahos@Gray-Robinson.com*

*Cooper.Jarnagin@Gray-Robinson.com*
*Ashley.Genoese@Gray-Robinson.com*
*Charles.Roussin@gray-robinson.com*

*Attorneys for Defendant*

**SERVICE LIST**
**CASE NO. 1:25-cv-24611-DPG**

Michael A. Hoffman, Esq.
David W. Singer, Esq.
David W. Singer & Assoc., P.A.
1011 South Federal Highway
Hollywood, FL 33020
Tel. (954) 920-1571
*dsingeresq@aol.com*
*mahoffman@1800askfree.com*

*Attorneys for Plaintiff*

## DEFENDANT'S OBJECTIONS TO SECOND SET OF INTERROGATORIES

**GENERAL OBJECTION: Defendant objects to the requests for production propounded by Plaintiff on August 24, 2026 pursuant to Defendant's Renewed Motion for Sanctions and Motion for Protective Order pending before this Court at ECF No. 79, wherein Defendant seeks relief from the burden of responding to the subject interrogatories. Specifically, the discovery requests taken as a whole are harassing and not proportional to the needs of this case. Further, including this set, Plaintiff has propounded interrogatories in excess of the allowable amount, without seeking leave of Court. Notwithstanding, Defendant responds to each and every interrogatory with this general objection and reserves the right to further object on alternative bases pending this Court's ruling on Defendant's Motion. Defendant does not waive any further objections or responses to these interrogatories as such are premature until the Court rules upon Defendant's Motion.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-24611-DPG

MICHAEL SMITH,

Plaintiff,

v.

CARNIVAL CORPORATION and
NIKHIL MAHARAJ, M.D.,

Defendants.
______________________________/

**DEFENDANT, CARNIVAL CORPORATION'S OBJECTIONS TO**
**PLAINTIFF'S THIRD REQUEST FOR ADMISSIONS**

Defendant, CARNIVAL CORPORATION, by and through undersigned counsel, hereby serves Objections to Plaintiff's Third Request for Admissions.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2026, a copy of the foregoing was served via e-mail to the recipients listed on the Service List below.

GrayRobinson, P.A.
515 North Flagler Drive, Suite 650
West Palm Beach, Florida 33401
Tel: (561) 268-5727
Fax: (561) 268-5747

By: */s/ Ashley N. Genoese*
Michael J. Drahos
Florida Bar No. 0617059
W. Cooper Jarnagin
Florida Bar No. 117767
Ashley N. Genoese
Florida Bar No. 1019357
Charles J. Roussin
Florida Bar No. 1010409
*Michael.Drahos@Gray-Robinson.com*

*Cooper.Jarnagin@Gray-Robinson.com*
*Ashley.Genoese@Gray-Robinson.com*
*Charles.Roussin@gray-robinson.com*

*Attorneys for Defendant*

**SERVICE LIST**
**CASE NO. 1:25-cv-24611-DPG**

Michael A. Hoffman, Esq.
David W. Singer, Esq.
David W. Singer & Assoc., P.A.
1011 South Federal Highway
Hollywood, FL 33020
Tel. (954) 920-1571
*dsingeresq@aol.com*
*mahoffman@1800askfree.com*

*Attorneys for Plaintiff*

## DEFENDANT'S OBJECTIONS TO THIRD REQUEST FOR ADMISSIONS

**GENERAL OBJECTION: Defendant objects to the requests for production propounded by Plaintiff on August 24, 2026 pursuant to Defendant's Renewed Motion for Sanctions and Motion for Protective Order pending before this Court at ECF No. 79, wherein Defendant seeks relief from the burden of responding to the subject discovery requests. Specifically, the discovery requests are harassing and not proportional to the needs of this case, as these requests amount to 253 total requests for admission to this Defendant propounded thus far. Notwithstanding, Defendant responds to each and every discovery request with this general objection and reserves the right to further object on alternative bases pending this Court's ruling on Defendant's Motion. Defendant does not waive any further objections or responses to these discovery requests as such are premature until the Court rules upon Defendant's Motion.**