# EXHIBIT "A"

**From:** Nancy Dvorak <ndvorak@1800askfree.com>
**Sent:** Tuesday, July 14, 2026 1:29 PM
**To:** Ashley Genoese; Michael A Hoffman
**Cc:** Team Liz; David Singer; Marina Buckalew; Chris Qualmann; Michael Drahos; Cooper Jarnagin; Charles Roussin; Liz Zwibel; Dean Chase
**Subject:** RE: Smith v. Carnival Corp., No. 1:25-cv-24611-DPG — S.D. Fla. L.R. 7.1(a)(3) Conferral: Defendant's June 29, 2026 Responses to Plaintiff's Third Request for Production — (I) Travel-Party Records; (II) Unproduced HESS Procedures; (III) Communication Recor

**This message originated outside of GrayRobinson.**

Good afternoon,

We would like to schedule these depositions as follows beginning at 10:00am on the following dates:

- Dr. Rantleru: Aug. 3
- Debra Dube: Aug. 5
- Mduduzi Madonda: Aug. 6

Please hold these and I will notice shortly. Thank you.

Regards,

*Nancy Dvorak*
Nancy Dvorak, Legal Assistant
David W. Singer & Associates, PA
1011 South Federal Highway
Hollywood, Florida 33020
ndvorak@1800askfree.com
954-920-1571

we do care
DAVID W. SINGER
PERSONAL INJURY ATTORNEYS
1-800-ASK-FREE (275-3733)
WWW.1800ASKFREE.COM

---

**From:** Ashley Genoese <Ashley.Genoese@gray-robinson.com>
**Sent:** Monday, July 13, 2026 3:29 PM
**To:** Michael A Hoffman <mahoffman@1800askfree.com>
**Cc:** Nancy Dvorak <ndvorak@1800askfree.com>; Team Liz <teamliz@eazlaw.com>; David Singer <dsingeresq@aol.com>; Marina Buckalew <marinab@1800askfree.com>; Chris Qualmann <chrisq@eazlaw.com>; Michael Drahos

<Michael.Drahos@gray-robinson.com>; Cooper Jarnagin <Cooper.Jarnagin@gray-robinson.com>; Charles Roussin <Charles.Roussin@gray-robinson.com>; Liz Zwibel <liz@eazlaw.com>; Dean Chase <dchase@eazlaw.com>
**Subject:** RE: Smith v. Carnival Corp., No. 1:25-cv-24611-DPG — S.D. Fla. L.R. 7.1(a)(3) Conferral: Defendant's June 29, 2026 Responses to Plaintiff's Third Request for Production — (I) Travel-Party Records; (II) Unproduced HESS Procedures; (III) Communication Recor

In brief follow up to our 7.1 conference, see below availability for virtual depositions:

- Dr. Rantleru: July 29, Aug. 3*, Aug. 6*
- Debra Dube: July 31, Aug. 5*, Aug. 6*
- Mduduzi Madonda: July 29, Aug. 3*, Aug. 6*

*Trial caveat

Thank you,
Ashley

**Ashley Genoese**
Senior Associate

**T** 561.268.5727
**F** 561.268.5745

GrayRobinson, P.A. ▪ Northbridge Centre, 515 N. Flagler Drive, Suite 650, West Palm Beach, Florida 33401

GRAYROBINSON
ATTORNEYS | ADVISORS | CONSULTANTS

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

**From:** Nancy Dvorak <ndvorak@1800askfree.com>
**Sent:** Wednesday, July 22, 2026 2:16 PM
**To:** Lilia R. Parker <Lilia.Parker@gray-robinson.com>; Michael A Hoffman <mahoffman@1800askfree.com>; DAVIDS SINGER <dsingeresq@aol.com>; Liz Zwibel <liz@eazlaw.com>; Beth Kanaly <bkanaly@1800askfree.com>; Shyril Ann Servilla, JD <shy@eazlaw.com>; Dean Chase <dchase@eazlaw.com>; Marina Buckalew <marina@paulmhoffmanlaw.com>
**Cc:** Michael Drahos <Michael.Drahos@gray-robinson.com>; Ashley Genoese <Ashley.Genoese@gray-robinson.com>; Charles Roussin <Charles.Roussin@gray-robinson.com>
**Subject:** RE: SMITH v. CARNIVAL CORPORATION

**This message originated outside of GrayRobinson.**

Good afternoon,

We will schedule Dr. Rantleru's Deposition for August 05, 2026 at 10:00am. Hopefully if you end up having to go to court you will know a day or two ahead and it will give us time to re-schedule. Thank you.

Regards,

*Nancy Dvorak*

Nancy Dvorak, Legal Assistant
David W. Singer & Associates, PA
1011 South Federal Highway
Hollywood, Florida 33020
ndvorak@1800askfree.com
954-920-1571

we do care
DAVID W. SINGER
PERSONAL INJURY ATTORNEYS
1-800-ASK-FREE (275-3733)
WWW.1800ASKFREE.COM

**From:** Lilia R. Parker <Lilia.Parker@gray-robinson.com>
**Sent:** Wednesday, July 22, 2026 2:11 PM

**To:** Nancy Dvorak <ndvorak@1800askfree.com>; Michael A Hoffman <mahoffman@1800askfree.com>; DAVIDS SINGER <dsingeresq@aol.com>; Liz Zwibel <liz@eazlaw.com>; Beth Kanaly <bkanaly@1800askfree.com>; Shyril Ann Servilla, JD <shy@eazlaw.com>; Dean Chase <dchase@eazlaw.com>; Marina Buckalew <marina@paulmhoffmanlaw.com>
**Cc:** Michael Drahos <Michael.Drahos@gray-robinson.com>; Ashley Genoese <Ashley.Genoese@gray-robinson.com>; Charles Roussin <Charles.Roussin@gray-robinson.com>
**Subject:** SMITH v. CARNIVAL CORPORATION

Good Afternoon, Dr. Rantleru is available for deposition on either August 3rd or 5th at 10:00 am. EST.

Please note, we are on a trial docket that week. If we are called, this deposition will need to be rescheduled.

We are working on your other requests.

Thank you.

**Lilia R. Parker**
Legal Assistant

**T** 561.268.5726
**F** 561.268.5745

GrayRobinson, P.A. ▪ Northbridge Centre, 515 N. Flagler Drive, Suite 650, West Palm Beach, Florida 33401

GRAYROBINSON
ATTORNEYS | ADVISORS | CONSULTANTS

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.