# EXHIBIT "B"

**From:** Lilia R. Parker
**Sent:** Friday, June 12, 2026 4:44 PM
**To:** Michael A Hoffman
**Cc:** Michael Drahos; David Singer; Liz Zwibel; Beth Kanaly; shy@eazlaw.com; Dean Chase; Nancy Dvorak; Marina Buckalew; Cooper Jarnagin; Charles Roussin; Ashley Genoese; Pablo Arteaga
**Subject:** RE: SERVICE OF COURT DOCUMENT - Smith V Carnival Corporation CASE NO.: 1:25-CV-24611-DPG - Notice of Corporate Representative Deposition -

Good Afternoon, our corporate representative Is available for deposition on July 22nd or 24th in our Miami office.

Please advise.

Thank you.

---

**From:** Michael A Hoffman <mahoffman@1800askfree.com>
**Sent:** Friday, June 12, 2026 10:43 AM
**To:** Michael Drahos <Michael.Drahos@gray-robinson.com>; Lilia R. Parker <Lilia.Parker@gray-robinson.com>; Charles Roussin <Charles.Roussin@gray-robinson.com>; Ashley Genoese <Ashley.Genoese@gray-robinson.com>; Pablo Arteaga <Pablo.Arteaga@gray-robinson.com>
**Cc:** David Singer <dsinger@1800askfree.com>; Liz Zwibel <liz@eazlaw.com>; Beth Kanaly <bkanaly@1800askfree.com>; shy@eazlaw.com; Dean Chase <dchase@eazlaw.com>; Nancy Dvorak <ndvorak@1800askfree.com>; Marina Buckalew <marinab@1800askfree.com>
**Subject:** Re: SERVICE OF COURT DOCUMENT - Smith V Carnival Corporation CASE NO.: 1:25-CV-24611-DPG - Notice of Corporate Representative Deposition -

**This message originated outside of GrayRobinson.**

---

Good morning, Michael,

Please let me know about the availability of the individuals we identified whose depositions will need to be taken. If you anticipate that there will be discovery disputes to resolve prior to these depositions being taken, we should factor that into the scheduling of the depositions.

Also, I have cc'd Marina on here to schedule a meet and confer regarding the proposed 30b6.

Thank you,
Michael

---

**From:** Michael A Hoffman <mahoffman@1800askfree.com>
**Date:** Monday, June 8, 2026 at 5:12 PM
**To:** Michael Drahos <Michael.Drahos@gray-robinson.com>; Lilia R. Parker <Lilia.Parker@gray-robinson.com>; Charles Roussin <Charles.Roussin@gray-robinson.com>; Ashley Genoese <Ashley.Genoese@gray-robinson.com>; Pablo Arteaga <Pablo.Arteaga@gray-robinson.com>
**Cc:** David Singer <dsinger@1800askfree.com>; Liz Zwibel <liz@eazlaw.com>; Beth Kanaly

<bkanaly@1800askfree.com>; shy@eazlaw.com <shy@eazlaw.com>; Dean Chase <dchase@eazlaw.com>; Beth Kanaly <bkanaly@1800askfree.com>; Nancy Dvorak <ndvorak@1800askfree.com>
**Subject:** SERVICE OF COURT DOCUMENT - Smith V Carnival Corporation CASE NO.: 1:25-CV-24611-DPG - Notice of Corporate Representative Deposition -

Dear Counsel,

Attached, please find Plaintiff's Amended Notice of Taking Videotaped Rule30(b)(6) Deposition of Corporate Representative of Carnival Corporation Duces Tecum. I request to confer in good faith regarding the matters for examination and the identity of the designee(s). Please let me know when we can schedule that conversation.

| | |
|---|---|
| Court | United States District Court, Southern District of Florida |
| Case No. | 1:25-cv-24611-DPG |
| Case Style: | Smith, Michael v. Carnival Corporation |
| Document(s) Served: | Plaintiff's Amended Notice of Taking Videotaped Rule30(b)(6) Deposition of Corporate Representative of Carnival Corporation Duces Tecum |
| Sender's Name | Michael A. Hoffman, Esq. |
| Note: | This will be the only service upon you of this document. You will not receive a paper copy. |

Thank you,
Michael

Michael A. Hoffman, Esq
Fl Bar 89549
954-665-5290 (c)
MAHoffman@1800askfree.com
**David W. Singer & Associates, P.A.**
**1011 S. Federal Highway**
**Hollywood, FL 33020**
**954-920-1571 (o)**

**NOTICE: This e-mail message and any attachment to this e-mail message contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521 and is legally privileged. The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this e-mail in error, please notify us immediately by return e-mail. Please note that if this e-mail message contains a forwarded message or is a**

**reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by David W. Singer or David W. Singer and Associates, PA. Then live long and prosper. This email neither forms an Attorney/Client relationship nor invites the formation of an Attorney/Client relationship.**

**From:** Michael A Hoffman <mahoffman@1800askfree.com>
**Sent:** Monday, July 13, 2026 3:58 PM
**To:** Ashley Genoese
**Cc:** Nancy Dvorak; Team Liz; David Singer; Marina Buckalew; Chris Qualmann; Michael Drahos; Cooper Jarnagin; Charles Roussin; Liz Zwibel; Dean Chase
**Subject:** Re: Smith v. Carnival Corp., No. 1:25-cv-24611-DPG — S.D. Fla. L.R. 7.1(a)(3) Conferral: Defendant's June 29, 2026 Responses to Plaintiff's Third Request for Production — (I) Travel-Party Records; (II) Unproduced HESS Procedures; (III) Communication Recor

**This message originated outside of GrayRobinson.**

---

Ashley,

Thank you for your time this afternoon and providing the dates for some of the witnesses.

Given that there remains disagreement on what needs to be produced by Defendant prior to the CR deposition, it would not be prudent to go forward.

I will get back to you with draft of a motion to compel better responses to third rfp and we can schedule another meet and confer before bringing to the Court for further resolution.

Kindly,
Michael

---

**From:** Ashley Genoese <Ashley.Genoese@gray-robinson.com>
**Date:** Monday, July 13, 2026 at 3:37 PM
**To:** Michael A Hoffman <mahoffman@1800askfree.com>
**Cc:** Nancy Dvorak <ndvorak@1800askfree.com>; Team Liz <teamliz@eazlaw.com>; David Singer <dsingeresq@aol.com>; Marina Buckalew <marinab@1800askfree.com>; Chris Qualmann <chrisq@eazlaw.com>; Michael Drahos <Michael.Drahos@gray-robinson.com>; Cooper Jarnagin <Cooper.Jarnagin@gray-robinson.com>; Charles Roussin <Charles.Roussin@gray-robinson.com>; Liz Zwibel <liz@eazlaw.com>; Dean Chase <dchase@eazlaw.com>
**Subject:** RE: Smith v. Carnival Corp., No. 1:25-cv-24611-DPG — S.D. Fla. L.R. 7.1(a)(3) Conferral: Defendant's June 29, 2026 Responses to Plaintiff's Third Request for Production — (I) Travel-Party Records; (II) Unproduced HESS Procedures; (III) Communication Recor

Further, as I mentioned in the 7.1 conference, we have not received any Re-Notice of Deposition for the corporate representative. If we do not receive by the end of business today, it will be cancelled.

Thank you,
Ashley

**Ashley Genoese**
Senior Associate

**T** 561.268.5727
**F** 561.268.5745

GrayRobinson, P.A. ▪ Northbridge Centre, 515 N. Flagler Drive, Suite 650, West Palm Beach, Florida 33401

GRAYROBINSON
ATTORNEYS | ADVISORS | CONSULTANTS

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521. If this communication was received in error we apologize for the intrusion. Please notify us by reply e-mail and delete the original message without reading same. Nothing in this e-mail message shall, in and of itself, create an attorney-client relationship with the sender.

---

**From:** Ashley Genoese <Ashley.Genoese@gray-robinson.com>
**Sent:** Monday, July 13, 2026 3:29 PM
**To:** Michael A Hoffman <mahoffman@1800askfree.com>
**Cc:** Nancy Dvorak <ndvorak@1800askfree.com>; Team Liz <teamliz@eazlaw.com>; David Singer <dsingeresq@aol.com>; Marina Buckalew <marinab@1800askfree.com>; Chris Qualmann <chrisq@eazlaw.com>; Michael Drahos <Michael.Drahos@gray-robinson.com>; Cooper Jarnagin <Cooper.Jarnagin@gray-robinson.com>; Charles Roussin <Charles.Roussin@gray-robinson.com>; Liz Zwibel <liz@eazlaw.com>; Dean Chase <dchase@eazlaw.com>
**Subject:** RE: Smith v. Carnival Corp., No. 1:25-cv-24611-DPG — S.D. Fla. L.R. 7.1(a)(3) Conferral: Defendant's June 29, 2026 Responses to Plaintiff's Third Request for Production — (I) Travel-Party Records; (II) Unproduced HESS Procedures; (III) Communication Recor

In brief follow up to our 7.1 conference, see below availability for virtual depositions:

- Dr. Rantleru: July 29, Aug. 3*, Aug. 6*
- Debra Dube: July 31, Aug. 5*, Aug. 6*
- Mduduzi Madonda: July 29, Aug. 3*, Aug. 6*

*Trial caveat

Thank you,
Ashley

**Ashley Genoese**
Senior Associate

T 561.268.5727
F 561.268.5745

GrayRobinson, P.A. ▪ Northbridge Centre, 515 N. Flagler Drive, Suite 650, West Palm Beach, Florida 33401

GRAYROBINSON
ATTORNEYS | ADVISORS | CONSULTANTS

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. Should the intended recipient forward or disclose this message to another person or party, that action could constitute a waiver of the attorney-client privilege. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or