# EXHIBIT "A"

**Defendant's Expert Witness Disclosure**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-24611-DPG

MICHAEL SMITH,

Plaintiff,

v.

CARNIVAL CORPORATION and
NIKHIL MAHARAJ, M.D.,

Defendants.
______________________________/

**DEFENDANT CARNIVAL CORPORATION'S**
**EXPERT WITNESS DISCLOSURE**

Defendant, CARNIVAL CORPORATION, by and through its undersigned counsel, hereby serves its Expert Witness Disclosure and states as follows:

**1. Dr. Joseph Fernandez [Orthopedic Surgeon]**
**Baptist Medical Arts Building - East Tower**
**9408 S.W. 87th Avenue**
**Ste 300**
**Miami, Florida 33176**

Dr. Fernandez is a board certified Orthopedic Surgeon and Chairman of the Department of Orthopedic Surgery at Baptist Hospital. Dr. Fernandez conducted a CME of the Plaintiff, Michael Smith on May 21, 2026. He reserves the right to alter or supplement his report based upon ongoing discovery and investigation. His opinions are based upon his knowledge, training and experience, along with his review of Plaintiff's Amended Complaint, medical records, diagnostic images and his examination of Plaintiff. Carnival also reserves the right to ask Dr. Fernandez to respond to any issues raised by Plaintiff's experts. Further information concerning his opinions are provided in his summary report, along with a copy of his Curriculum Vitae, fee schedule, testimonial history and billing attached hereto as Composite Exhibit A.

**2. Victor H. Barredo, M.D. (Neurology)**
**South Miami Neurology**
**Chief of Clinical Neurology Services**

**Baptist Health Systems: South Miami Hospital**
**6200 Sunset Drive, Ste #305**
**Miami, FL 33143**

Dr. Victor H. Barredo is a board-certified neurologist who is expected to testify concerning causation and damage issues in the case as provided in his summary report and any deposition testimony. Dr. Barredo conducted a medical examination of the Plaintiff, Michael Smith Terry on May 22, 2026. He reserves the right to alter or supplement his report based upon ongoing discovery and investigation. His opinions are based upon his knowledge, training and experience, along with his review of Plaintiff's Amended Complaint, the medical records and diagnostic images, as well as any deposition testimony completed in the case. Carnival Corporation also reserves the right to ask Dr. Barredo to respond to any issues raised by Plaintiff's experts. Further information concerning his opinions are provided in the summary report attached herein, along with a copy of his Curriculum Vitae, fee schedule, testimonial history and billing attached as Composite Exhibit B.

3. **Dr. Alexander Merkler [Stroke Neurology/Neurocritical Care]**
   **New York-Presbyterian/Weill Cornell Medical Center**
   **525 East 68th Street, F610**
   **New York, New York 10065**

Dr. Merkler is double board certified in Neurology and Neurocritical Care and currently serves as an Assistant Professor of Neurology and Neuroscience at Cornell University. He also serves as an Attending Physician at New York-Presbyterian Hospital/Weill Cornell Medical Center. He has authored more than 100 peer reviewed publications on the subject of stroke medicine, and serves as the peer reviewer for seven different medical journals. Dr. Merkler is expected to testify consistently with his summary report and any deposition testimony. He reserves the right to alter or supplement his report based upon ongoing discovery and investigation. Carnival Corporation also reserves the right to ask Dr. Merkler to respond to any issues raised by Plaintiff's experts. His opinions are based upon his knowledge, training and experience, along with his examination of the Plaintiff and review of Plaintiff's Amended Complaint, the Carnival medical chart, Plaintiff's medical records, diagnostic images, as well as deposition testimony completed in the case. Further information concerning his opinions are provided in the summary report attached herein, along with a copy of his Curriculum Vitae, fee schedule, testimonial history and billing attached as Composite Exhibit C.

4. **Ruben Parejo, M.D.**
   **Anchor Health Consulting Medical Expert Services**
   **1552 71st Street**
   **Miami Beach, FL 33141-4710**

Dr. Parejo is the Chief Medical Officer & Founder of Anchor Health Consulting / Maritime Health Operations. He is an accomplished Chief Medical Officer and Medical Director. Dr. Parejo is expected to testify consistently with his summary report and any deposition testimony. He reserves the right to alter or supplement his report based upon ongoing discovery and investigation. Carnival Corporation also reserves the right to ask Dr. Parejo to respond to any issues raised by Plaintiff's experts. His opinions are based upon his knowledge, training and experience, along with his examination of the Plaintiff and review of Plaintiff's Amended Complaint, the Carnival medical chart, Plaintiff's medical records, diagnostic images, as well as deposition testimony completed in the case. Further information concerning his opinions are provided in the summary report attached herein, along with a copy of his Curriculum Vitae, fee schedule and billing attached as Composite Exhibit D. Dr. Parejo does not keep a log of his Testimonial History.

5. **Richard Miller, Captain, USN[Ret] [Maritime Logistics]**
   **PHAROS**
   **Missions Critical Solutions**
   **18842 SW 55 Street**
   **Miramar, FL 33029**

Richard Miller is a retired U.S. Navy Captain, former ship captain and shipping operations executive. He has also previously served as a cruise line operations executive, leading the nautical & Safety Operations Team for the world's largest cruise line. (Ret) Captain Miller is expected to testify consistently with his summary report and any deposition testimony and reserves the right to alter or supplement his report based upon ongoing discovery and investigation. Carnival Corporation also reserves the right to ask (Ret) Captain Miller to respond to any issues raised by Plaintiff's experts. His opinions are based upon his knowledge, training and experience, along with his review of Plaintiff's Amended Complaint, the Carnival medical chart, Ship Logs, as well as deposition testimony completed in the case. Further information concerning his opinions are provided in his summary report, along with a copy of his Curriculum Vitae, Fee schedule, Testimonial History and billing attached herein as Composite Exhibit D.

6. Defendant reserves the right to supplement this Disclosure with appropriate rebuttal experts following receipt and review of Plaintiff's Experts.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 17, 2026, a copy of the foregoing was served via e-mail to the recipients listed on the Service List below.

GrayRobinson, P.A.
515 North Flagler Drive, Suite 650
West Palm Beach, Florida 33401
Tel: (561) 268-5727
Fax: (561) 268-5747

By: */s/Michael Drahos*
Michael J. Drahos
Florida Bar No. 0617059
W. Cooper Jarnagin
Florida Bar No. 117767
Ashley N. Genoese
Florida Bar No. 1019357
*Michael.Drahos@Gray-Robinson.com*
*Cooper.Jarnagin@Gray-Robinson.com*
*Ashley.Genoese@Gray-Robinson.com*
*Attorneys for Defendant*

**SERVICE LIST**
**CASE NO. 1:25-cv-24611-DPG**

David W. Singer, Esq.
Michael A. Hoffman, Esq.
David W. Singer & Assoc., P.A.
1011 South Federal Highway
Hollywood, FL 33020
Tel. (954) 920-1571
*dsingeresq@aol.com*
*mahoffman@1800askfree.com*

*Attorneys for Plaintiff*