# EXHIBIT "C"

**Defendant's Rebuttal Expert Witness Disclosure**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-24611-DPG

MICHAEL SMITH,

Plaintiff,

v.

CARNIVAL CORPORATION and
NIKHIL MAHARAJ, M.D.,

Defendants.
______________________________/

**DEFENDANT CARNIVAL CORPORATION'S**
**REBUTTAL EXPERT WITNESS DISCLOSURE**

Defendant, CARNIVAL CORPORATION, by and through its undersigned counsel, hereby serves its Rebuttal Expert Witness Disclosure and states as follows:

1. **Richard Miller, Captain, USN[Ret] [Maritime Logistics]**
   **PHAROS**
   **Missions Critical Solutions**
   **18842 SW 55 Street**
   **Miramar, FL 33029**

Richard Miller is a retired U.S. Navy Captain, former ship captain and shipping operations executive. He has also previously served as a cruise line operations executive, leading the nautical & Safety Operations Team for the world's largest cruise line. (Ret) Captain Miller is expected to testify consistently with his rebuttal summary report and any deposition testimony and reserves the right to alter or supplement his report based upon ongoing discovery and investigation. Carnival Corporation also reserves the right to ask (Ret) Captain Miller to respond to any issues raised by Plaintiff's experts. His opinions are based upon his knowledge, training and experience, along with his review of Plaintiff's Amended Complaint, the Carnival medical chart, Ship Logs, as well as deposition testimony completed in the case. Further information concerning his opinions are provided in his rebuttal summary report. (Ret) Captain Miller's Curriculum Vitae, Fee schedule, Testimonial History and billing were previously provided in Defendant's Expert Witness Disclosure on August 17, 2026.

**CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2026, a copy of the foregoing was served via e-mail to the recipients listed on the Service List below.

GrayRobinson, P.A.
515 North Flagler Drive, Suite 650
West Palm Beach, Florida 33401
Tel: (561) 268-5727
Fax: (561) 268-5747

By: */s/Michael Drahos*
Michael J. Drahos
Florida Bar No. 0617059
W. Cooper Jarnagin
Florida Bar No. 117767
Ashley N. Genoese
Florida Bar No. 1019357
*Michael.Drahos@Gray-Robinson.com*
*Cooper.Jarnagin@Gray-Robinson.com*
*Ashley.Genoese@Gray-Robinson.com*
*Attorneys for Defendant*

**SERVICE LIST**
**CASE NO. 1:25-cv-24611-DPG**

David W. Singer, Esq.
Michael A. Hoffman, Esq.
David W. Singer & Assoc., P.A.
1011 South Federal Highway
Hollywood, FL 33020
Tel. (954) 920-1571
*dsingeresq@aol.com*
*mahoffman@1800askfree.com*

*Attorneys for Plaintiff*