# EXHIBIT "E"

**Plaintiff's Onboard Medical Chart**

SEACARE MEDICAL CENTER

# CASE SUMMARY

PR1018242062S - Carnival Pride - PR20241013007 (Oct 13, 2024 - Oct 20, 2024) - Oct 18, 2024 19:15 UTC-04:00

| PATIENT ID | NAME | DATE OF BIRTH | GENDER | CABIN |
|---|---|---|---|---|
| 41067 | SMITH, MICHAEL | [redacted] | M | 4136 |

## Triage

DOCUMENTED DATE
Oct 18, 2024 19:16 UTC-04:00

DOCUMENTED USER
Dube, Debra RN

VISIT REASON
Illness

LAST UPDATED DATE
Oct 19, 2024 10:13 UTC-04:00

LAST UPDATED USER
Dube, Debra RN

PRIORITY
URGENT

CHIEF COMPLAINTS
**Patient attends clinic for General body weakness and vomiting**

NOTES
I received a call from guest services regarding a guest
who was reported to be vomiting in his cabin and unable to walk.
I found the guest sited on a chair.
Fully conscious, alert and communicating well.
He complained of general body weakness, vomiting and soft stools since two days ago.
He stated that he vomited more than 10 times, and he hasn't eaten anything since then.
He denied shortness of breath and chest pain.
Denied abdominal pain.
He was brought down to the medical center on a wheelchair.
Vital signs were checked and recorded.
He denied any allergies to medication.
Known with Diabetes on treatment.
The patient has a septic left big toe nail.
Referred to the physician for evaluation.

## Vitals

DATE
Oct 20, 2024 09:11 UTC-04:00

PERFORMED BY
MADONDA, MDUDUZI RN

**VITAL SIGNS**

| TEMPERATURE | BLOOD PRESSURE | MAP |
|---|---|---|
| 97.6 F 36.4 C I | 145/83 LA sit | 103 |
| **HEART RATE** | **SPO2** | **RESPIRATORY RATE** |
| 96 bpm reg Radial | 96 SpO2 Finger Room air | 18 breaths/min |
| **BLOOD GLUCOSE LEVEL** | **A.V.P.U** | **PAIN SCORE** |
| 201 mg/dL 11.2 mmol/L R | A | 0 |
| **CAPILLARY REFILL** | | |
| 1 seconds Peripheral | | |

INCLUDE IN VITAL SIGN CHECKS
Yes
COMMENTS
--

**NEUROLOGICAL**

| PERRLA | GCS EYE OPENING | GCS VERBAL RESPONSE |
|---|---|---|
| Yes | 4 | 5 |
| GCS MOTOR RESPONSE | GCS | |
| 6 | 15 | |

INCLUDE IN VITAL SIGN CHECKS
Yes
COMMENTS
--

| DATE | PERFORMED BY |
|---|---|
| Oct 20, 2024 06:57 UTC-04:00 | ACEBU, ALAN ANUENGO RN |

**VITAL SIGNS**

| BLOOD PRESSURE | MAP | HEART RATE |
|---|---|---|
| 160/97 LA lie | 118 | 93 bpm reg Radial |
| SPO2 | RESPIRATORY RATE | BLOOD GLUCOSE LEVEL |
| 92 SpO2 Finger Room air | 15 breaths/min | 190 mg/dL 10.6 mmol/L R |
| A.V.P.U | PAIN SCORE | CAPILLARY REFILL |
| A | 0 | 2 seconds Peripheral |

INCLUDE IN VITAL SIGN CHECKS
Yes
COMMENTS
--

**FLUID BALANCE - INPUT**

| INTRAVENOUS | TOTAL FLUID IN |
|---|---|
| 525 mls | 525 mls |

INCLUDE IN VITAL SIGN CHECKS
Yes
COMMENTS
--

**NEUROLOGICAL**

| PERRLA | GCS EYE OPENING | GCS VERBAL RESPONSE |
|---|---|---|
| Yes | 4 | 5 |
| GCS MOTOR RESPONSE | GCS | |
| 6 | 15 | |

INCLUDE IN VITAL SIGN CHECKS
Yes
COMMENTS
--

| DATE | PERFORMED BY |
|---|---|
| Oct 20, 2024 05:35 UTC-04:00 | ACEBU, ALAN ANUENGO RN |

**FLUID BALANCE - OUTPUT**

| URINE | TOTAL FLUID OUT |
|---|---|
| 720 mls | 720 mls |

INCLUDE IN VITAL SIGN CHECKS
Yes
COMMENTS
--

DATE
Oct 20, 2024 03:56 UTC-04:00

PERFORMED BY
ACEBU, ALAN ANUENGO RN

**VITAL SIGNS**

| | | |
|---|---|---|
| BLOOD PRESSURE<br>148/80 LA lie | MAP<br>102 | HEART RATE<br>93 bpm reg Radial |
| SPO2<br>93 SpO2 Finger Room air | RESPIRATORY RATE<br>15 breaths/min | BLOOD GLUCOSE LEVEL<br>194 mg/dL 10.8 mmol/L R |
| A.V.P.U<br>A | PAIN SCORE<br>0 | CAPILLARY REFILL<br>2 seconds Peripheral |

INCLUDE IN VITAL SIGN CHECKS
Yes
COMMENTS
--

**FLUID BALANCE - INPUT**

| | |
|---|---|
| INTRAVENOUS<br>525 mls | TOTAL FLUID IN<br>525 mls |

INCLUDE IN VITAL SIGN CHECKS
Yes
COMMENTS
--

**NEUROLOGICAL**

| | | |
|---|---|---|
| PERRLA<br>Yes | GCS EYE OPENING<br>4 | GCS VERBAL RESPONSE<br>5 |
| GCS MOTOR RESPONSE<br>6 | GCS<br>15 | |

INCLUDE IN VITAL SIGN CHECKS
Yes
COMMENTS
--

DATE
Oct 20, 2024 01:03 UTC-04:00

PERFORMED BY
ACEBU, ALAN ANUENGO RN

**VITAL SIGNS**

| | | |
|---|---|---|
| BLOOD PRESSURE<br>145/85 LA lie | MAP<br>105 | HEART RATE<br>94 bpm reg Radial |
| SPO2<br>95 SpO2 Finger Room air | RESPIRATORY RATE<br>15 breaths/min | BLOOD GLUCOSE LEVEL<br>172 mg/dL 9.6 mmol/L R |
| A.V.P.U<br>A | PAIN SCORE<br>0 | CAPILLARY REFILL<br>2 seconds Peripheral |

INCLUDE IN VITAL SIGN CHECKS
Yes
COMMENTS
--

**FLUID BALANCE - INPUT**

INTRAVENOUS
525 mls
TOTAL FLUID IN
525 mls
INCLUDE IN VITAL SIGN CHECKS
Yes
COMMENTS
--

**NEUROLOGICAL**

PERRLA
Yes
GCS EYE OPENING
4
GCS VERBAL RESPONSE
5
GCS MOTOR RESPONSE
6
GCS
15
INCLUDE IN VITAL SIGN CHECKS
Yes
COMMENTS
--

DATE
Oct 19, 2024 21:55 UTC-04:00
PERFORMED BY
ACEBU, ALAN ANUENGO RN

**VITAL SIGNS**

BLOOD PRESSURE
130/79 LA lie
MAP
96
HEART RATE
92 bpm reg Radial
SPO2
94 SpO2 Finger Room air
RESPIRATORY RATE
15 breaths/min
BLOOD GLUCOSE LEVEL
193 mg/dL 10.7 mmol/L R
A.V.P.U
A
PAIN SCORE
0
CAPILLARY REFILL
2 seconds Peripheral
INCLUDE IN VITAL SIGN CHECKS
Yes
COMMENTS
--

**FLUID BALANCE - INPUT**

INTRAVENOUS
700 mls
TOTAL FLUID IN
700 mls
INCLUDE IN VITAL SIGN CHECKS
Yes
COMMENTS
--

**NEUROLOGICAL**

PERRLA
Yes
GCS EYE OPENING
4
GCS VERBAL RESPONSE
5
GCS MOTOR RESPONSE
6
GCS
15
INCLUDE IN VITAL SIGN CHECKS
Yes
COMMENTS
--

DATE
Oct 19, 2024 21:21 UTC-04:00
PERFORMED BY
ACEBU, ALAN ANUENGO RN

**FLUID BALANCE - OUTPUT**

URINE
550 mls

TOTAL FLUID OUT
550 mls

INCLUDE IN VITAL SIGN CHECKS
Yes

COMMENTS
--

DATE
Oct 19, 2024 20:05 UTC-04:00

PERFORMED BY
ACEBU, ALAN ANUENGO RN

**VITAL SIGNS**

BLOOD PRESSURE
131/81 LA sit

MAP
97

HEART RATE
91 bpm reg Radial

SPO2
94 SpO2 Finger Room air

RESPIRATORY RATE
16 breaths/min

BLOOD GLUCOSE LEVEL
206 mg/dL 11.4 mmol/L R

A.V.P.U
A

PAIN SCORE
0

CAPILLARY REFILL
2 seconds Peripheral

INCLUDE IN VITAL SIGN CHECKS
Yes

COMMENTS
--

**NEUROLOGICAL**

PERRLA
Yes

GCS EYE OPENING
4

GCS VERBAL RESPONSE
5

GCS MOTOR RESPONSE
6

GCS
15

INCLUDE IN VITAL SIGN CHECKS
Yes

COMMENTS
--

DATE
Oct 19, 2024 18:07 UTC-04:00

PERFORMED BY
DUBE, DEBRA RN

**VITAL SIGNS**

TEMPERATURE
97.5 F 36.4 C I

BLOOD PRESSURE
107/68 LA lie

MAP
81

HEART RATE
87 bpm reg Radial

SPO2
90 SpO2 Finger Room air

RESPIRATORY RATE
17 breaths/min

BLOOD GLUCOSE LEVEL
241 mg/dL 13.4 mmol/L R

A.V.P.U
A

PAIN SCORE
0

CAPILLARY REFILL
2 seconds Peripheral

INCLUDE IN VITAL SIGN CHECKS
Yes

COMMENTS
--

**FLUID BALANCE - INPUT**

INTRAVENOUS
175 mls

ORAL
0 mls

TOTAL FLUID IN
175 mls

INCLUDE IN VITAL SIGN CHECKS

Yes

COMMENTS

--

**FLUID BALANCE - OUTPUT**

| URINE | VOMIT | BOWELS |
|---|---|---|
| 0 mls | 0 mls | 0 mls |

TOTAL FLUID OUT

0 mls

INCLUDE IN VITAL SIGN CHECKS

Yes

COMMENTS

--

**NEUROLOGICAL**

| PERRLA | GCS EYE OPENING | GCS VERBAL RESPONSE |
|---|---|---|
| Yes | 4 | 5 |
| GCS MOTOR RESPONSE | GCS | |
| 6 | 15 | |

INCLUDE IN VITAL SIGN CHECKS

Yes

COMMENTS

--

| DATE | PERFORMED BY |
|---|---|
| Oct 19, 2024 17:27 UTC-04:00 | DUBE, DEBRA RN |

**VITAL SIGNS**

| TEMPERATURE | BLOOD PRESSURE | MAP |
|---|---|---|
| 98.1 F 36.7 C I | 132/83 LA lie | 99 |
| HEART RATE | SPO2 | RESPIRATORY RATE |
| 87 bpm reg Radial | 96 SpO2 Finger Room air | 17 breaths/min |
| BLOOD GLUCOSE LEVEL | A.V.P.U | PAIN SCORE |
| 251 mg/dL 13.9 mmol/L R | A | 0 |

CAPILLARY REFILL

2 seconds Peripheral

INCLUDE IN VITAL SIGN CHECKS

Yes

COMMENTS

--

**FLUID BALANCE - INPUT**

| INTRAVENOUS | ORAL | TOTAL FLUID IN |
|---|---|---|
| 175 mls | 0 mls | 175 mls |

INCLUDE IN VITAL SIGN CHECKS

Yes

COMMENTS

--

**FLUID BALANCE - OUTPUT**

| URINE | VOMIT | BOWELS |
|---|---|---|
| 0 mls | 0 mls | 0 mls |

TOTAL FLUID OUT

0 mls

INCLUDE IN VITAL SIGN CHECKS
Yes
COMMENTS
--

**NEUROLOGICAL**

| PERRLA | GCS EYE OPENING | GCS VERBAL RESPONSE |
|---|---|---|
| Yes | 4 | 5 |
| GCS MOTOR RESPONSE | GCS | |
| 6 | 15 | |

INCLUDE IN VITAL SIGN CHECKS
Yes
COMMENTS
--

| DATE | PERFORMED BY |
|---|---|
| Oct 19, 2024 16:20 UTC-04:00 | DUBE, DEBRA RN |

**VITAL SIGNS**

| TEMPERATURE | BLOOD PRESSURE | MAP |
|---|---|---|
| 98.6 F 37 C I | 134/78 LA lie | 96 |
| HEART RATE | SPO2 | RESPIRATORY RATE |
| 89 bpm reg Radial | 92 SpO2 Finger Room air | 18 breaths/min |
| BLOOD GLUCOSE LEVEL | A.V.P.U | PAIN SCORE |
| 245 mg/dL 13.6 mmol/L R | A | 0 |
| CAPILLARY REFILL | | |
| 2 seconds Peripheral | | |

INCLUDE IN VITAL SIGN CHECKS
Yes
COMMENTS
--

**FLUID BALANCE - INPUT**

| INTRAVENOUS | ORAL | TOTAL FLUID IN |
|---|---|---|
| 175 mls | 0 mls | 175 mls |

INCLUDE IN VITAL SIGN CHECKS
Yes
COMMENTS
--

**FLUID BALANCE - OUTPUT**

| URINE | VOMIT | BOWELS |
|---|---|---|
| 0 mls | 0 mls | 0 mls |
| TOTAL FLUID OUT | | |
| 0 mls | | |

INCLUDE IN VITAL SIGN CHECKS
Yes
COMMENTS
--

**NEUROLOGICAL**

| PERRLA | GCS EYE OPENING | GCS VERBAL RESPONSE |
|---|---|---|
| Yes | 4 | 5 |
| GCS MOTOR RESPONSE | GCS | |

6 15

INCLUDE IN VITAL SIGN CHECKS
Yes
COMMENTS
--

DATE
Oct 19, 2024 15:30 UTC-04:00

PERFORMED BY
DUBE, DEBRA RN

**VITAL SIGNS**

TEMPERATURE
98.2 F 36.8 C I

BLOOD PRESSURE
126/76 LA lie

MAP
92

HEART RATE
89 bpm reg Radial

SPO2
92 SpO2 Finger Room air

RESPIRATORY RATE
16 breaths/min

BLOOD GLUCOSE LEVEL
234 mg/dL 13 mmol/L R

A.V.P.U
A

PAIN SCORE
0

INCLUDE IN VITAL SIGN CHECKS
Yes
COMMENTS
--

**FLUID BALANCE - INPUT**

INTRAVENOUS
175 mls

ORAL
0 mls

TOTAL FLUID IN
175 mls

INCLUDE IN VITAL SIGN CHECKS
Yes
COMMENTS
--

**FLUID BALANCE - OUTPUT**

URINE
0 mls

VOMIT
120 mls

BOWELS
0 mls

TOTAL FLUID OUT
120 mls

INCLUDE IN VITAL SIGN CHECKS
Yes
COMMENTS
--

**NEUROLOGICAL**

PERRLA
Yes

GCS EYE OPENING
4

GCS VERBAL RESPONSE
5

GCS MOTOR RESPONSE
6

GCS
15

INCLUDE IN VITAL SIGN CHECKS
Yes
COMMENTS
--

DATE
Oct 19, 2024 14:19 UTC-04:00

PERFORMED BY
DUBE, DEBRA RN

**VITAL SIGNS**

TEMPERATURE
97.5 F 36.4 C I

BLOOD PRESSURE
131/73 LA lie

MAP
92

| HEART RATE | SPO2 | RESPIRATORY RATE |
|---|---|---|
| 94 bpm reg Radial | 97 SpO2 Finger Room air | 16 breaths/min |
| BLOOD GLUCOSE LEVEL | A.V.P.U | PAIN SCORE |
| 245 mg/dL 13.6 mmol/L R | A | 0 |

CAPILLARY REFILL
2 seconds Peripheral
INCLUDE IN VITAL SIGN CHECKS
Yes
COMMENTS
--

**FLUID BALANCE - INPUT**

| INTRAVENOUS | ORAL | TOTAL FLUID IN |
|---|---|---|
| 500 mls | 0 mls | 500 mls |

INCLUDE IN VITAL SIGN CHECKS
Yes
COMMENTS
--

**FLUID BALANCE - OUTPUT**

| URINE | VOMIT | BOWELS |
|---|---|---|
| 0 mls | 500 mls | 0 mls |

TOTAL FLUID OUT
500 mls
INCLUDE IN VITAL SIGN CHECKS
Yes
COMMENTS
--

**NEUROLOGICAL**

| PERRLA | GCS EYE OPENING | GCS VERBAL RESPONSE |
|---|---|---|
| Yes | 4 | 5 |
| GCS MOTOR RESPONSE | GCS | |
| 6 | 15 | |

INCLUDE IN VITAL SIGN CHECKS
Yes
COMMENTS
--

| DATE | PERFORMED BY |
|---|---|
| Oct 19, 2024 13:05 UTC-04:00 | DUBE, DEBRA RN |

**VITAL SIGNS**

| TEMPERATURE | BLOOD PRESSURE | MAP |
|---|---|---|
| 97.2 F 36.2 C I | 133/82 LA lie | 99 |
| HEART RATE | SPO2 | RESPIRATORY RATE |
| 94 bpm reg Radial | 94 SpO2 Finger Room air | 17 breaths/min |
| BLOOD GLUCOSE LEVEL | A.V.P.U | PAIN SCORE |
| 245 mg/dL 13.6 mmol/L R | A | 0 |

CAPILLARY REFILL
2 seconds Peripheral
INCLUDE IN VITAL SIGN CHECKS
Yes

COMMENTS

--

**FLUID BALANCE - INPUT**

| INTRAVENOUS | ORAL | TOTAL FLUID IN |
|---|---|---|
| 500 mls | 0 mls | 500 mls |

INCLUDE IN VITAL SIGN CHECKS

Yes

COMMENTS

--

**FLUID BALANCE - OUTPUT**

| URINE | VOMIT | BOWELS |
|---|---|---|
| 0 mls | 0 mls | 0 mls |

TOTAL FLUID OUT

0 mls

INCLUDE IN VITAL SIGN CHECKS

Yes

COMMENTS

--

**NEUROLOGICAL**

| PERRLA | GCS EYE OPENING | GCS VERBAL RESPONSE |
|---|---|---|
| Yes | 4 | 5 |
| GCS MOTOR RESPONSE | GCS | |
| 6 | 15 | |

INCLUDE IN VITAL SIGN CHECKS

Yes

COMMENTS

--

| DATE | PERFORMED BY |
|---|---|
| Oct 19, 2024 11:59 UTC-04:00 | ACEBU, ALAN ANUENGO RN |

**VITAL SIGNS**

| BLOOD PRESSURE | MAP | HEART RATE |
|---|---|---|
| 136/89 LA lie | 104 | 95 bpm reg Radial |
| SPO2 | RESPIRATORY RATE | BLOOD GLUCOSE LEVEL |
| 93 SpO2 Finger Room air | 16 breaths/min | 261 mg/dL 14.5 mmol/L R |
| A.V.P.U | PAIN SCORE | CAPILLARY REFILL |
| A | 0 | 2 seconds Peripheral |

INCLUDE IN VITAL SIGN CHECKS

Yes

COMMENTS

--

**FLUID BALANCE - INPUT**

| INTRAVENOUS | TOTAL FLUID IN |
|---|---|
| 1000 mls | 1000 mls |

INCLUDE IN VITAL SIGN CHECKS

Yes

COMMENTS

--

**NEUROLOGICAL**

| PERRLA | GCS EYE OPENING | GCS VERBAL RESPONSE |
|---|---|---|
| Yes | 4 | 5 |
| GCS MOTOR RESPONSE | GCS | |
| 6 | 15 | |

INCLUDE IN VITAL SIGN CHECKS
Yes
COMMENTS
--

| DATE | PERFORMED BY |
|---|---|
| Oct 19, 2024 11:05 UTC-04:00 | ACEBU, ALAN ANUENGO RN |

**VITAL SIGNS**

| BLOOD PRESSURE | MAP | HEART RATE |
|---|---|---|
| 136/89 LA lie | 104 | 99 bpm reg Radial |
| SPO2 | RESPIRATORY RATE | BLOOD GLUCOSE LEVEL |
| 96 SpO2 Finger Room air | 16 breaths/min | 347 mg/dL 19.3 mmol/L R |
| A.V.P.U | PAIN SCORE | CAPILLARY REFILL |
| A | 0 | 2 seconds Peripheral |

INCLUDE IN VITAL SIGN CHECKS
Yes
COMMENTS
--

**NEUROLOGICAL**

| PERRLA | GCS EYE OPENING | GCS VERBAL RESPONSE |
|---|---|---|
| Yes | 4 | 5 |
| GCS MOTOR RESPONSE | GCS | |
| 6 | 15 | |

INCLUDE IN VITAL SIGN CHECKS
Yes
COMMENTS
--

| DATE | PERFORMED BY |
|---|---|
| Oct 19, 2024 10:16 UTC-04:00 | ACEBU, ALAN ANUENGO RN |

**VITAL SIGNS**

BLOOD GLUCOSE LEVEL
306 mg/dL 17 mmol/L R
INCLUDE IN VITAL SIGN CHECKS
Yes
COMMENTS
--

| DATE | PERFORMED BY |
|---|---|
| Oct 19, 2024 10:07 UTC-04:00 | ACEBU, ALAN ANUENGO RN |

**VITAL SIGNS**

| BLOOD PRESSURE | MAP | HEART RATE |
|---|---|---|
| 127/76 LA sit | 93 | 87 bpm reg Radial |
| SPO2 | RESPIRATORY RATE | A.V.P.U |
| 99 SpO2 Finger Room air | 15 breaths/min | A |
| PAIN SCORE | CAPILLARY REFILL | |

| | |
|---|---|
| 0 | 2 seconds Peripheral |

INCLUDE IN VITAL SIGN CHECKS
Yes
COMMENTS
--

**FLUID BALANCE - INPUT**

| INTRAVENOUS | TOTAL FLUID IN |
|---|---|
| 1000 mls | 1000 mls |

INCLUDE IN VITAL SIGN CHECKS
Yes
COMMENTS
--

**NEUROLOGICAL**

| PERRLA | GCS EYE OPENING | GCS VERBAL RESPONSE |
|---|---|---|
| Yes | 4 | 5 |
| GCS MOTOR RESPONSE | GCS | |
| 6 | 15 | |

INCLUDE IN VITAL SIGN CHECKS
Yes
COMMENTS
--

| DATE | PERFORMED BY |
|---|---|
| Oct 19, 2024 09:23 UTC-04:00 | NJIKELANA, ANELE HCA |

**VITAL SIGNS**

| TEMPERATURE | BLOOD PRESSURE | MAP |
|---|---|---|
| 97.5 F 36.4 C I | 145/80 LA sit | 101 |
| HEART RATE | SPO2 | RESPIRATORY RATE |
| 96 bpm reg Radial | 96 SpO2 Finger Room air | 16 breaths/min |
| BLOOD GLUCOSE LEVEL | PAIN SCORE | CAPILLARY REFILL |
| 341 mg/dL 18.9 mmol/L R | 0 | 2 seconds Peripheral |

INCLUDE IN VITAL SIGN CHECKS
Yes
COMMENTS
--

| DATE | PERFORMED BY |
|---|---|
| Oct 18, 2024 23:30 UTC-04:00 | MAHARAJ, NIKHIL MD |

**VITAL SIGNS**

| TEMPERATURE | BLOOD PRESSURE | MAP |
|---|---|---|
| 98.1 F 36.7 C T | 126/78 RA lie | 94 |
| HEART RATE | SPO2 | RESPIRATORY RATE |
| 102 bpm reg Radial | 95 SpO2 Finger Room air | 16 breaths/min |
| BLOOD GLUCOSE LEVEL | A.V.P.U | PAIN SCORE |
| 266 mg/dL 14.8 mmol/L R | A | 0 |
| CAPILLARY REFILL | | |
| 3 seconds Peripheral | | |

INCLUDE IN VITAL SIGN CHECKS
Yes

COMMENTS
--

DATE
Oct 18, 2024 23:10 UTC-04:00

PERFORMED BY
MADONDA, MDUDUZI RN

**VITAL SIGNS**

| BLOOD PRESSURE | MAP | HEART RATE |
|---|---|---|
| 126/82 LA sit | 96 | 96 bpm reg Radial |
| SPO2 | RESPIRATORY RATE | BLOOD GLUCOSE LEVEL |
| 98 SpO2 Finger Room air | 14 breaths/min | 266 mg/dL 14.8 mmol/L R |
| A.V.P.U | PAIN SCORE | CAPILLARY REFILL |
| A | 0 | 1 seconds Peripheral |

INCLUDE IN VITAL SIGN CHECKS
Yes

COMMENTS
--

**NEUROLOGICAL**

| PERRLA | GCS EYE OPENING | GCS VERBAL RESPONSE |
|---|---|---|
| Yes | 4 | 5 |
| GCS MOTOR RESPONSE | GCS | |
| 6 | 15 | |

INCLUDE IN VITAL SIGN CHECKS
Yes

COMMENTS
--

DATE
Oct 18, 2024 21:30 UTC-04:00

PERFORMED BY
MADONDA, MDUDUZI RN

**VITAL SIGNS**

| TEMPERATURE | BLOOD PRESSURE | MAP |
|---|---|---|
| 98.6 F 37 C I | 147/86 LA sit | 106 |
| HEART RATE | SPO2 | RESPIRATORY RATE |
| 100 bpm reg Radial | 96 SpO2 Finger Room air | 14 breaths/min |
| BLOOD GLUCOSE LEVEL | A.V.P.U | PAIN SCORE |
| 317 mg/dL 17.6 mmol/L R | A | 0 |

CAPILLARY REFILL
1 seconds Peripheral

INCLUDE IN VITAL SIGN CHECKS
Yes

COMMENTS
--

**NEUROLOGICAL**

| PERRLA | GCS EYE OPENING | GCS VERBAL RESPONSE |
|---|---|---|
| Yes | 4 | 5 |
| GCS MOTOR RESPONSE | GCS | |
| 6 | 15 | |

INCLUDE IN VITAL SIGN CHECKS
Yes

COMMENTS

--

DATE
Oct 18, 2024 20:30 UTC-04:00

PERFORMED BY
MADONDA, MDUDUZI RN

**VITAL SIGNS**

| BLOOD PRESSURE | MAP | HEART RATE |
|---|---|---|
| 142/88 LA sit | 106 | 102 bpm reg Radial |
| SPO2 | RESPIRATORY RATE | A.V.P.U |
| 96 SpO2 Finger Room air | 16 breaths/min | A |
| PAIN SCORE | CAPILLARY REFILL | |
| 0 | 1 seconds Peripheral | |

INCLUDE IN VITAL SIGN CHECKS
Yes

COMMENTS
--

**NEUROLOGICAL**

| PERRLA | GCS EYE OPENING | GCS VERBAL RESPONSE |
|---|---|---|
| Yes | 4 | 5 |
| GCS MOTOR RESPONSE | GCS | |
| 6 | 15 | |

INCLUDE IN VITAL SIGN CHECKS
Yes

COMMENTS
--

DATE
Oct 18, 2024 19:16 UTC-04:00

PERFORMED BY
DUBE, DEBRA RN

**VITAL SIGNS**

| TEMPERATURE | BLOOD PRESSURE | MAP |
|---|---|---|
| 97.5 F 36.4 C I | 132/71 LA lie | 91 |
| HEART RATE | SPO2 | RESPIRATORY RATE |
| 100 bpm reg Radial | 96 SpO2 Finger Room air | 17 breaths/min |
| BLOOD GLUCOSE LEVEL | A.V.P.U | PAIN SCORE |
| 369 mg/dL 20.5 mmol/L R | A | 0 |

INCLUDE IN VITAL SIGN CHECKS
Yes

COMMENTS
--

**NEUROLOGICAL**

| PERRLA | GCS EYE OPENING | GCS VERBAL RESPONSE |
|---|---|---|
| Yes | 4 | 5 |
| GCS MOTOR RESPONSE | GCS | |
| 6 | 15 | |

INCLUDE IN VITAL SIGN CHECKS
Yes

COMMENTS
--

## Allergy

No Known Allergies.

## Medical History

| DATE ONSET | DATE OF RESOLUTION | DOCUMENTED BY |
|---|---|---|
| -- | -- | Dube, Debra RN |

CONDITION
**E11 - Type 2 diabetes mellitus** Chronic Illness

NOTES
--

## Social History

| | |
|---|---|
| Smoking History: | No |
| Exercise: | No |

## HPI

| DATE | PERFORMED BY |
|---|---|
| Oct 18, 2024 19:23 UTC-04:00 | Maharaj, Nikhil MD |

VOMITING, DIARRHEA, LETHARGY
Onset 2 days ago
Multiple episodes (more than 10) of vomiting and soft stools (not watery) for the past 2 days with loss of appetite (has not eaten today)
No nausea currently
No fever, headaches, shortness of breath, coughing, chest pain, abdominal pain, blurred vision, dysuria, frequency
No history or DKA, HHS, MI, stroke
Has very high RBS all the time (ranging between 320-380) - has an appointment with his PCP when he returns home
Does not drink alcohol or smoke
NKDA

## Review of Systems

| DATE | PERFORMED BY |
|---|---|
| Oct 18, 2024 19:23 UTC-04:00 | Maharaj, Nikhil MD |

REVIEW OF SYSTEMS
Patient **states** Change in appetite, Tiredness, Vomiting, Diarrhea
Patient **denies** Fever, Cough dry, Coughing up blood, Difficulty breathing, Chest pain on breathing, Palpitations, Weight loss or gain, Abdominal pain, Indigestion Heartburn, Painful or difficulty swallowing, Nausea, Rectal bleeding, Urination frequency, Painful urination, Blood in urine, Headaches, Dizziness, Weakness, Black-outs, Visual disturbances, Sweating, hot flashes, Joint aches, pains or stiffness, Rashes

## Physical Examination

DATE
Oct 20, 2024 08:04 UTC-04:00

PERFORMED BY
Maharaj, Nikhil MD

GENERAL
Well developed, well nourished, alert and cooperative, and appears to be in no acute distress.

EYES
Visual Acuity:
Comments: Normal vision.
Pupils: PERRLA. Ocular motility: Normal EOM.

EARS, NOSE, MOUTH AND THROAT
Hearing: Hearing grossly intact.

CARDIOVASCULAR
No musculoskeletal tenderness; No heaves, lifts, or thrills. Non-displaced PMI at the 5th ICS LMCL. Normal S1 and S2. No clicks, rubs, murmurs, or gallops. Regular rate and rhythm and radial pulse equal. Normal JVP. No peripheral edema, cyanosis, or pallor. Extremities are warm and well perfused. Capillary refill is less than 3 seconds.

RESPIRATORY
Regular rate and depth of breathing; non-labored without retractions or accessory muscle use. Thorax symmetrical. Anterior and posterior lung fields resonant to percussion and clear on auscultation without crepitations, wheezes, rubs or diminished breath sounds bilaterally.

ABDOMINAL
Positive bowel sounds. Soft, non-distended, non-tender. No guarding or rebound. No hernias, masses, or organomegaly noted.

NEUROLOGICAL
Oriented to person, place, and date. CN II-XII intact. Strength and sensation symmetric and intact throughout. Patellar, Brachial, and brachioradialis reflexes 2+ bilaterally. Steady gait, negative Romberg test.

DATE
Oct 19, 2024 17:26 UTC-04:00

PERFORMED BY
Maharaj, Nikhil MD

GENERAL
Well developed, well nourished, alert and cooperative, and appears to be in no acute distress.

EYES
Visual Acuity:
Comments: Normal vision.
Pupils: PERRLA. Ocular motility: Normal EOM.

EARS, NOSE, MOUTH AND THROAT
Hearing: Hearing grossly intact.

CARDIOVASCULAR
No musculoskeletal tenderness; No heaves, lifts, or thrills. Non-displaced PMI at the 5th ICS LMCL. Normal S1 and S2. No clicks, rubs, murmurs, or gallops. Regular rate and rhythm and radial pulse equal. Normal JVP. No peripheral edema, cyanosis, or pallor. Extremities are warm and well perfused. Capillary refill is less than 3 seconds.

RESPIRATORY
Regular rate and depth of breathing; non-labored without retractions or accessory muscle use. Thorax symmetrical. Anterior and posterior lung fields resonant to percussion and clear on auscultation without crepitations, wheezes, rubs or diminished breath sounds bilaterally.

ABDOMINAL
Positive bowel sounds. Soft, non-distended, non-tender. No guarding or rebound. No hernias, masses, or organomegaly noted.

NEUROLOGICAL
Oriented to person, place, and date. CN II-XII intact. Strength and sensation symmetric and intact throughout. Patellar, Brachial, and brachioradialis reflexes 2+ bilaterally. Steady gait, negative Romberg test.

| DATE | PERFORMED BY |
|---|---|
| Oct 19, 2024 09:36 UTC-04:00 | Maharaj, Nikhil MD |

GENERAL
Mental status: Awake and Alert. Orientated. Cooperative. General: Dehydration: Mild and Moderate.

EYES
Pupils: PERRLA. Ocular motility: Normal EOM.

EARS, NOSE, MOUTH AND THROAT
Hearing: Hearing grossly intact.

CARDIOVASCULAR
No musculoskeletal tenderness; No heaves, lifts, or thrills. Non-displaced PMI at the 5th ICS LMCL. Normal S1 and S2. No clicks, rubs, murmurs, or gallops. Regular rate and rhythm and radial pulse equal. Normal JVP. No peripheral edema, cyanosis, or pallor. Extremities are warm and well perfused. Capillary refill is less than 3 seconds.

RESPIRATORY
Regular rate and depth of breathing; non-labored without retractions or accessory muscle use. Thorax symmetrical. Anterior and posterior lung fields resonant to percussion and clear on auscultation without crepitations, wheezes, rubs or diminished breath sounds bilaterally.

ABDOMINAL
Positive bowel sounds. Soft, non-distended, non-tender. No guarding or rebound. No hernias, masses, or organomegaly noted.

NEUROLOGICAL
Oriented to person, place, and date. CN II-XII intact. Strength and sensation symmetric and intact throughout. Patellar, Brachial, and brachioradialis reflexes 2+ bilaterally. Steady gait, negative Romberg test.

| DATE | PERFORMED BY |
|---|---|
| Oct 18, 2024 20:08 UTC-04:00 | Maharaj, Nikhil MD |

SKIN
Additional Note: Slightly erythematous and warm distal aspect of big toe on left foot
NVI with normal range of motion of toe - not tender.

| DATE | PERFORMED BY |
|---|---|
| Oct 18, 2024 19:24 UTC-04:00 | Maharaj, Nikhil MD |

GENERAL
No lymphadenopathy detected. Appearance: Distress: No distress. Weight: Obese: Morbid. Mental status: Awake and Alert. Orientated. Cooperative. General: Dehydration: Moderate.

SKIN
Additional Note: Dystrophic toenails ?onychomycosis with evidence of tinea pedis
Big toenail is almost separated from nail bed on left foot (no history of injury that he recalls).

EYES
Visual Acuity:
Comments: Normal vision reported.
Pupils: PERRLA. Ocular motility: Normal EOM.

EARS, NOSE, MOUTH AND THROAT
Hearing: Hearing grossly intact.

CARDIOVASCULAR
No musculoskeletal tenderness; No heaves, lifts, or thrills. Non-displaced PMI at the 5th ICS LMCL. Normal S1 and S2. No clicks, rubs, murmurs, or gallops. Regular rate and rhythm and radial pulse equal. Normal JVP. No peripheral edema, cyanosis, or pallor. Extremities are warm and well perfused. Capillary refill is less than 3 seconds.

RESPIRATORY
Regular rate and depth of breathing; non-labored without retractions or accessory muscle use. Thorax symmetrical. Anterior and posterior lung fields resonant to percussion and clear on auscultation without crepitations, wheezes, rubs or diminished breath sounds bilaterally.

ABDOMINAL
Positive bowel sounds. Soft, non-distended, non-tender. No guarding or rebound. No hernias, masses, or organomegaly noted.

NEUROLOGICAL
Oriented to person, place, and date. CN II-XII intact. Strength and sensation symmetric and intact throughout. Patellar, Brachial, and brachioradialis reflexes 2+ bilaterally. Steady gait, negative Romberg test.

## Physician Orders

| STATUS | TASK | ORDERED | ORDER ID |
|---|---|---|---|
| **Completed** | FOOT X-RAY SERIES | Oct 18, 2024 20:18 UTC-04:00 by Maharaj, Nikhil MD | 329037 |

| FREQUENCY/TIMES | LOCATION | PRIORITY | NOTES |
|---|---|---|---|
| once | -- | 0 | Left foot x-ray |

| ACTION | USER | DATE |
|---|---|---|
| Completed | Maharaj, Nikhil MD | Oct 18, 2024 21:13 UTC-04:00 |

| FINDINGS | COMMENTS |
|---|---|
| No osteomyelitis features present<br>Pending radiology review | -- |

| STATUS | TASK | ORDERED | ORDER ID |
|---|---|---|---|
| **Completed** | URINALYSIS | Oct 18, 2024 20:44 UTC-04:00 by Maharaj, Nikhil MD | 737667 |

| FREQUENCY/TIMES | LOCATION | PRIORITY | NOTES |
|---|---|---|---|
| once | -- | 0 | -- |

| ACTION | USER | DATE |
|---|---|---|
| Completed | Acebu, Alan Anuengo RN | Oct 19, 2024 21:20 UTC-04:00 |

LAB RESULTS

| | | |
|---|---|---|
| Leukocytes | neg | neg |

| | | |
|---|---|---|
| Nitrite | neg | neg |
| Urobilinogen | 0.2 | 0.2 |
| Protein | tr | neg |
| pH | 5 | |
| Erythrocytes | neg | neg |
| Specific gravity | 1.015 | |
| Ketones | lrg | neg |
| Bilirubin | neg | neg |
| Glucose | > 2000 | neg |

| FINDINGS | COMMENTS |
|---|---|
| -- | -- |

| STATUS | TASK | ORDERED | ORDER ID |
|---|---|---|---|
| **Completed** | CARDIAC ENZYME - TROPONIN - QUANTITATIVE | Oct 19, 2024 18:26 UTC-04:00 by Maharaj, Nikhil MD | 471378 |

| FREQUENCY/TIMES | LOCATION | PRIORITY | NOTES |
|---|---|---|---|
| once | -- | 0 | -- |

| ACTION | USER | DATE |
|---|---|---|
| Completed | Maharaj, Nikhil MD | Oct 19, 2024 18:47 UTC-04:00 |

LAB RESULTS

| | | |
|---|---|---|
| Troponin I.cardiac | 0 | 0.0 - 50.0 ng/mL |

| FINDINGS | COMMENTS |
|---|---|
| Normal result | -- |

| STATUS | TASK | ORDERED | ORDER ID |
|---|---|---|---|
| **Completed** | COMPLETE BLOOD COUNT (CBC) | Oct 18, 2024 19:17 UTC-04:00 by Maharaj, Nikhil MD | 214189 |

| FREQUENCY/TIMES | LOCATION | PRIORITY | NOTES |
|---|---|---|---|
| once | -- | 2 | -- |

| ACTION | USER | DATE |
|---|---|---|
| Completed | Maharaj, Nikhil MD | Oct 18, 2024 19:40 UTC-04:00 |

LAB RESULTS

| | | |
|---|---|---|
| Hematocrit (Hct) | 48.3 | 42.0 - 50.0 % |

| | | |
|---|---|---|
| Hemoglobin (Hgb) | 16.8 | 14.0 - 18.0 g/dL |
| MCHC | 34.7 | 31.7 - 36.0 g/dL |
| White Blood Cells (WBC) | 10.9 | 4.3 - 10.0 x 10^9/L |
| Granulocytes | 9.3 | 1.8 - 7.2 x 10^9/L |
| % Granulocytes | 85 | % |
| Lymph/Mono | 1.6 | 1.7 - 4.9 x 10^9/L |
| % Lymphs/Mono | 15 | % |
| Platelets | 346 | 140 - 440 x 10^9/L |

FINDINGS
Granulocytosis

COMMENTS
Acute infective process with source being ?right foot

| STATUS | TASK | ORDERED | ORDER ID |
|---|---|---|---|
| **Completed** | BASIC METABOLIC PANEL | Oct 18, 2024 19:17 UTC-04:00 by Maharaj, Nikhil MD | 178079 |

| FREQUENCY/TIMES | LOCATION | PRIORITY | NOTES |
|---|---|---|---|
| once | -- | 2 | -- |

| ACTION | USER | DATE |
|---|---|---|
| Completed | Maharaj, Nikhil MD | Oct 18, 2024 19:41 UTC-04:00 |

LAB RESULTS

| | | |
|---|---|---|
| Sodium | 136 | 138 - 146 mmol/L |
| Potassium | 4.2 | 3.5 - 4.9 mmol/L |
| Chloride | 101 | 98 - 109 mmol/L |
| Calcium.ionized | 1.1 | 1.12 - 1.3 mmol/L |
| Carbon dioxide | 20 | 24 - 29 mmol/L |
| Glucose | 404 | 70 - 105 mg/dL |
| Urea nitrogen | 15 | 8 - 26 mg/dL |
| Creatinine | 0.4 | 0.6 - 1.29 mg/dL |
| Hematocrit | 50 | 38 - 51 % PCV |

| | | |
|---|---|---|
| Hemoglobin | 17 | 12 - 17 g/dL |
| Anion gap | 21 | 10 - 20 mmol/L |

| FINDINGS | COMMENTS |
|---|---|
| Raised glucose<br>No electrolyte abnormalities noted and normal renal function | -- |

| STATUS | TASK | ORDERED | ORDER ID |
|---|---|---|---|
| **Completed** | BLOOD GAS (G4) | Oct 18, 2024 19:17 UTC-04:00 by Maharaj, Nikhil MD | 251696 |

| FREQUENCY/TIMES | LOCATION | PRIORITY | NOTES |
|---|---|---|---|
| once | -- | 2 | -- |

| ACTION | USER | DATE |
|---|---|---|
| Completed | Maharaj, Nikhil MD | Oct 18, 2024 19:42 UTC-04:00 |

LAB RESULTS

| | | |
|---|---|---|
| pH | 7.311 | 7.309 - 7.409 pH |
| Carbon dioxide (PCO2) | 39.8 | 38 - 50 mmHg |
| Oxygen (PO2) | 31 | 80 - 100 mmHg |
| Bicarbonate (HCO3) | 20.1 | 23 - 28 mmol/L |
| Base excess-standard (BE) | -6 | -2 - 2 mEq/L |
| Oxygen Saturation (sO2) | 53 | 96 - 100 % |
| Lactate (Lac) | 4.16 | 0.5-2.2 mmol/L |
| Carbon dioxide (TCO2) | 21 | 22-30 mmol/L |

| FINDINGS | COMMENTS |
|---|---|
| Venous gas<br>Mild acidosis with raised lactate, low bicarbonate and low base excess | ?secondary to dehydration |

| STATUS | TASK | ORDERED | ORDER ID |
|---|---|---|---|
| **Completed** | HEPATIC FUNCTION PANEL | Oct 18, 2024 19:47 UTC-04:00 by Maharaj, Nikhil MD | 643019 |

| FREQUENCY/TIMES | LOCATION | PRIORITY | NOTES |
|---|---|---|---|
| once | -- | 2 | -- |

| ACTION | USER | DATE |
|---|---|---|
| Completed | User, Piccolo | Oct 19, 2024 02:57 UTC+00:00 |

LAB RESULTS

| | | |
|---|---|---|
| Albumin (ALB) | 3.5 | 3.3 - 5.5 g/dL |
| Alkaline phosphatase | 72 | 53 - 128 u/l |
| Alanine aminotransferase | 17 | 10 - 47 U/L |
| Amylase | 9 | 14 - 97 U/L |
| Aspartate aminotransferase (AST) | 37 | 11 - 38 U/L |
| Bilirubin | 0.5 | 0.3 - 1.0 mg/dL |
| Gamma glutamyl transferase (GGT ) | 22 | 5 - 65 U/L |
| Protein | 6.4 | 6.4 - 8.1 g/dL |

FINDINGS
--

COMMENTS
--

REVIEW

All findings within normal ranges

— *by Maharaj, Nikhil MD on Oct 18, 2024 22:59 UTC-04:00*

| STATUS | TASK | ORDERED | ORDER ID |
|---|---|---|---|
| **Completed** | BLOOD GAS (G4) | Oct 18, 2024 21:15 UTC-04:00 by Maharaj, Nikhil MD | 903053 |

| FREQUENCY/TIMES | LOCATION | PRIORITY | NOTES |
|---|---|---|---|
| once | -- | 2 | -- |

| ACTION | USER | DATE |
|---|---|---|
| Completed | Maharaj, Nikhil MD | Oct 18, 2024 22:47 UTC-04:00 |

LAB RESULTS

| | | |
|---|---|---|
| pH | 7.42 | 7.309 - 7.409 pH |
| Carbon dioxide (PCO2) | 39.5 | 38 - 50 mmHg |
| Oxygen (PO2) | 118 | 80 - 100 mmHg |
| Bicarbonate (HCO3) | 25.6 | 23 - 28 mmol/L |
| Base excess-standard (BE) | 1 | -2 - 2 mEq/L |
| Oxygen Saturation (sO2) | 99 | 96 - 100 % |
| Lactate (Lac) | 1.2 | 0.5-2.2 mmol/L |

| | | |
|---|---|---|
| Carbon dioxide (TCO2) | 27 | 22-30 mmol/L |

FINDINGS
All findings within normal ranges
Great improvement in acid-base balance after correction of dehydration
Lactate within normal ranges

COMMENTS
--

| STATUS | TASK | | ORDERED | ORDER ID |
|---|---|---|---|---|
| **Completed** | PERIPHERAL IV INSERT | | Oct 18, 2024 23:35 UTC-04:00 by Maharaj, Nikhil MD | 695570 |
| FREQUENCY/TIMES | LOCATION | PRIORITY | NOTES | |
| once | -- | 2 | -- | |

| ACTION | USER | DATE |
|---|---|---|
| Completed | Maharaj, Nikhil MD | Oct 18, 2024 23:35 UTC-04:00 |

FINDINGS
18G inserted in left forearm, good backflow and secured

COMMENTS
--

| STATUS | TASK | | ORDERED | ORDER ID |
|---|---|---|---|---|
| **Completed** | PHLEB (IV/BLD DRAW) | | Oct 18, 2024 23:35 UTC-04:00 by Maharaj, Nikhil MD | 655501 |
| FREQUENCY/TIMES | LOCATION | PRIORITY | NOTES | |
| once | -- | 2 | -- | |

| ACTION | USER | DATE |
|---|---|---|
| Completed | Maharaj, Nikhil MD | Oct 18, 2024 23:35 UTC-04:00 |

FINDINGS
Blood drawn for investigations

COMMENTS
--

| STATUS | TASK | | ORDERED | ORDER ID |
|---|---|---|---|---|
| **Completed** | BASIC METABOLIC PANEL | | Oct 19, 2024 09:28 UTC-04:00 by Maharaj, Nikhil MD | 236761 |
| FREQUENCY/TIMES | LOCATION | PRIORITY | NOTES | |
| once | -- | 2 | -- | |

| ACTION | USER | DATE |
|---|---|---|
| Completed | Njikelana, Anele HCA | Oct 19, 2024 09:57 UTC-04:00 |

LAB RESULTS

| | | |
|---|---|---|
| Sodium | 137mmol/L | 138 - 146 mmol/L |
| Potassium | 3.7 mmol/L | 3.5 - 4.9 mmol/L |
| Chloride | 100 mmol/L | 98 - 109 mmol/L |

| | | |
|---|---|---|
| Calcium.ionized | 1.12 mmol/L | 1.12 - 1.3 mmol/L |
| Carbon dioxide | 22 mmol/L | 24 - 29 mmol/L |
| Glucose | 345 mg/dL | 70 - 105 mg/dL |
| Urea nitrogen | 12mg/dL | 8 - 26 mg/dL |
| Creatinine | 0.4mg/dL | 0.6 - 1.29 mg/dL |
| Hematocrit | 42 % PCV | 38 - 51 % PCV |
| Hemoglobin | 14.3 g/dL | 12 - 17 g/dL |
| Anion gap | 20 mmol/L | 10 - 20 mmol/L |

FINDINGS
--

COMMENTS
--

REVIEW
Raised RBS
No electrolyte abnormalities noted and no renal dysfunction noted
— *by Maharaj, Nikhil MD on Oct 19, 2024 10:04 UTC-04:00*

| STATUS | TASK | ORDERED | ORDER ID |
|---|---|---|---|
| **Completed** | BLOOD GAS (G4) | Oct 19, 2024 09:28 UTC-04:00 by Maharaj, Nikhil MD | 631769 |

| FREQUENCY/TIMES | LOCATION | PRIORITY | NOTES |
|---|---|---|---|
| once | -- | 2 | -- |

| ACTION | USER | DATE |
|---|---|---|
| Completed | Njikelana, Anele HCA | Oct 19, 2024 10:07 UTC-04:00 |

LAB RESULTS

| | | |
|---|---|---|
| pH | 7.374 | 7.309 - 7.409 pH |
| Carbon dioxide (PCO2) | 39.8 | 38 - 50 mmHg |
| Oxygen (PO2) | 51 | 80 - 100 mmHg |
| Bicarbonate (HCO3) | 23.2 | 23 - 28 mmol/L |
| Base excess-standard (BE) | -2 | -2 - 2 mEq/L |
| Oxygen Saturation (sO2) | 24 | 96 - 100 % |
| Lactate (Lac) | 1.19 | 0.5-2.2 mmol/L |

| | | |
|---|---|---|
| Carbon dioxide (TCO2) | 24 | 22-30 mmol/L |

FINDINGS
--

COMMENTS
--

| STATUS | TASK | ORDERED | ORDER ID |
|---|---|---|---|
| **Completed** | BASIC METABOLIC PANEL | Oct 19, 2024 18:00 UTC-04:00 by Maharaj, Nikhil MD | 795254 |

| FREQUENCY/TIMES | LOCATION | PRIORITY | NOTES |
|---|---|---|---|
| once | -- | 2 | -- |

| ACTION | USER | DATE |
|---|---|---|
| Completed | Maharaj, Nikhil MD | Oct 19, 2024 18:28 UTC-04:00 |

LAB RESULTS

| | | |
|---|---|---|
| Sodium | 140 | 138 - 146 mmol/L |
| Potassium | 3.5 | 3.5 - 4.9 mmol/L |
| Chloride | 103 | 98 - 109 mmol/L |
| Calcium.ionized | 1.08 | 1.12 - 1.3 mmol/L |
| Carbon dioxide | 22 | 24 - 29 mmol/L |
| Glucose | 217 | 70 - 105 mg/dL |
| Urea nitrogen | 11 | 8 - 26 mg/dL |
| Creatinine | 0.4 | 0.6 - 1.29 mg/dL |
| Hematocrit | 36 | 38 - 51 % PCV |
| Hemoglobin | 12.2 | 12 - 17 g/dL |
| Anion gap | 20 | 10 - 20 mmol/L |

FINDINGS
High RBS
Normal electrolytes and renal function

COMMENTS
--

| STATUS | TASK | ORDERED | ORDER ID |
|---|---|---|---|
| **Completed** | BLOOD GAS (G4) | Oct 19, 2024 18:02 UTC-04:00 by Maharaj, Nikhil MD | 274526 |

| FREQUENCY/TIMES | LOCATION | PRIORITY | NOTES |
|---|---|---|---|
| once | -- | 2 | -- |

| ACTION | USER | DATE |
|---|---|---|
| Completed | Maharaj, Nikhil MD | Oct 19, 2024 18:27 |

UTC-04:00

LAB RESULTS

| | | |
|---|---|---|
| pH | 7.393 | 7.309 - 7.409 pH |
| Carbon dioxide (PCO2) | 37.7 | 38 - 50 mmHg |
| Oxygen (PO2) | 57 | 80 - 100 mmHg |
| Bicarbonate (HCO3) | 23 | 23 - 28 mmol/L |
| Base excess-standard (BE) | -2 | -2 - 2 mEq/L |
| Oxygen Saturation (sO2) | 89 | 96 - 100 % |
| Lactate (Lac) | 0.63 | 0.5-2.2 mmol/L |
| Carbon dioxide (TCO2) | 24 | 22-30 mmol/L |

FINDINGS
All findings within normal ranges

COMMENTS
--

| STATUS | TASK | ORDERED | ORDER ID |
|---|---|---|---|
| **Completed** | 12 LEAD EKG | Oct 19, 2024 18:26 UTC-04:00 by Maharaj, Nikhil MD | 400752 |

| FREQUENCY/TIMES | LOCATION | PRIORITY | NOTES |
|---|---|---|---|
| once | -- | 2 | -- |

| ACTION | USER | DATE |
|---|---|---|
| Completed | Maharaj, Nikhil MD | Oct 19, 2024 18:46 UTC-04:00 |

DOCUMENTS
SMITH_MICHAEL_ECG_2024-10-19

FINDINGS
NSR
LAD
Normal intervals
?RBBB
No acute ischemic changes

COMMENTS
--

## Current Medications

METFORMIN
1000 Milligram once daily

SIMVASTATIN
once daily

## New Medications

INSULIN (SHORT ACTING HUMAN) 100 UNITS/ML INJECTION SC

10 Unit stat starting Oct 18, 2024 19:46 UTC-04:00 for 1 day(s)

CEFTRIAXONE 1 G POWDER FOR INJECTION IV
2 Gram as directed starting Oct 18, 2024 19:52 UTC-04:00 for 1 day(s)
ADMINISTRATION INSTRUCTIONS
2g ceftriaxone in 100mls 0.9% N/S over 20 minutes
IVI

PROMETHAZINE 25MG INJ IM
25 Milligram stat starting Oct 18, 2024 20:33 UTC-04:00 for 1 day(s)

INSULIN (SHORT ACTING HUMAN) 100 UNITS/ML INJECTION IV
8 Unit stat starting Oct 18, 2024 21:38 UTC-04:00 for 1 day(s)

ONDANSETRON 2 MG/ML INJECTION IV
4 Milligram stat starting Oct 19, 2024 09:54 UTC-04:00 for 1 day(s)

PROMETHAZINE 25MG INJ IM
25 Milligram stat starting Oct 19, 2024 10:16 UTC-04:00 for 1 day(s)

IV FLUID .9NS 500ML IV
175 Milliliter every one(1) hour starting Oct 19, 2024 11:57 UTC-04:00 for 1 day(s)

PROMETHAZINE 25MG INJ IM
25 Milligram stat starting Oct 19, 2024 15:12 UTC-04:00 for 1 day(s)

ONDANSETRON 2 MG/ML INJECTION IV
4 Milligram stat starting Oct 19, 2024 15:54 UTC-04:00 for 1 day(s)

FLUCONAZOLE 150 MG CAPSULE PO
1 Capsule stat starting Oct 19, 2024 17:12 UTC-04:00 for 1 day(s)

ONDANSETRON 2 MG/ML INJECTION IV
4 Milligram stat starting Oct 19, 2024 18:00 UTC-04:00 for 1 day(s)

ONDANSETRON 2 MG/ML INJECTION IV
4 Milligram stat starting Oct 19, 2024 18:12 UTC-04:00 for 1 day(s)

PROMETHAZINE 25MG INJ IM
25 Milligram stat starting Oct 19, 2024 22:00 UTC-04:00 for 1 day(s)

ESOMEPRAZOLE SODIUM 40 MG/5 ML INJECTION IV
40 Milligram stat starting Oct 19, 2024 18:24 UTC-04:00 for 1 day(s)

CEFTRIAXONE 1 G POWDER FOR INJECTION IV
2 Gram as directed starting Oct 19, 2024 20:06 UTC-04:00 for 1 day(s)
ADMINISTRATION INSTRUCTIONS
2g ceftriaxone in 100mls 0.9% N/S over 20 minutes
IVI

1000 MILLILITER IV FLUID .9NS 1000ML
1000 Milliliter every one(1) hour starting Oct 18, 2024 19:18 UTC-04:00 for 1 day(s)

1000 MILLILITER IV FLUID .9NS 1000ML
1000 Milliliter every one(1) hour starting Oct 18, 2024 20:19 UTC-04:00 for 1 day(s)

1000 MILLILITER IV FLUID .9NS 1000ML

1000 Milliliter as directed starting Oct 19, 2024 09:28 UTC-04:00 for 1 day(s)

1000 MILLILITER IV FLUID LR 1000ML
1000 Milliliter every one(1) hour starting Oct 19, 2024 11:31 UTC-04:00 for 1 day(s)

## Administered/Dispensed

ACTION
Administered

COMPLETED
By Maharaj, Nikhil MD on Oct 18, 2024 19:46 UTC-04:00

MEDICATION
INSULIN (SHORT ACTING HUMAN) 100 UNITS/ML INJECTION SC

SALES QUANTITY
1 Vial

ADMINISTRATION INSTRUCTIONS
--

PRESCRIPTION NOTES
--

ACTION
Administered

COMPLETED
By Maharaj, Nikhil MD on Oct 18, 2024 19:52 UTC-04:00

MEDICATION
CEFTRIAXONE 1 G POWDER FOR INJECTION IV

SALES QUANTITY
2 Vial

ADMINISTRATION INSTRUCTIONS
2g ceftriaxone in 100mls 0.9% N/S over 20 minutes IVI

PRESCRIPTION NOTES
--

ACTION
Administered

COMPLETED
By Maharaj, Nikhil MD on Oct 18, 2024 20:33 UTC-04:00

MEDICATION
PROMETHAZINE 25MG INJ IM

SALES QUANTITY
1 Vial

ADMINISTRATION INSTRUCTIONS
--

PRESCRIPTION NOTES
--

ACTION
Administered

COMPLETED
By Maharaj, Nikhil MD on Oct 18, 2024 21:38 UTC-04:00

MEDICATION
INSULIN (SHORT ACTING HUMAN) 100 UNITS/ML INJECTION IV

SALES QUANTITY
1 Vial

ADMINISTRATION INSTRUCTIONS
--

PRESCRIPTION NOTES
--

ACTION

COMPLETED

Administered

By Maharaj, Nikhil MD on Oct 19, 2024 09:54 UTC-04:00

MEDICATION
ONDANSETRON 2 MG/ML INJECTION IV

SALES QUANTITY
1 Vial

ADMINISTRATION INSTRUCTIONS
--

PRESCRIPTION NOTES
--

ACTION
Administered

COMPLETED
By Maharaj, Nikhil MD on Oct 19, 2024 10:16 UTC-04:00

MEDICATION
PROMETHAZINE 25MG INJ IM

SALES QUANTITY
1 Vial

ADMINISTRATION INSTRUCTIONS
--

PRESCRIPTION NOTES
--

ACTION
Administered

COMPLETED
By Maharaj, Nikhil MD on Oct 19, 2024 11:57 UTC-04:00

MEDICATION
IV FLUID .9NS 500ML IV

SALES QUANTITY
1 Bag

ADMINISTRATION INSTRUCTIONS
--

PRESCRIPTION NOTES
--

ACTION
Administered

COMPLETED
By Maharaj, Nikhil MD on Oct 19, 2024 15:12 UTC-04:00

MEDICATION
PROMETHAZINE 25MG INJ IM

SALES QUANTITY
1 Vial

ADMINISTRATION INSTRUCTIONS
--

PRESCRIPTION NOTES
--

ACTION
Administered

COMPLETED
By Maharaj, Nikhil MD on Oct 19, 2024 15:54 UTC-04:00

MEDICATION
ONDANSETRON 2 MG/ML INJECTION IV

SALES QUANTITY
1 Vial

ADMINISTRATION INSTRUCTIONS
--

PRESCRIPTION NOTES
--

ACTION
Administered

COMPLETED
By Maharaj, Nikhil MD on Oct 19, 2024 17:12 UTC-04:00

MEDICATION
FLUCONAZOLE 150 MG CAPSULE PO

SALES QUANTITY
1 Capsule

ADMINISTRATION INSTRUCTIONS
--

PRESCRIPTION NOTES
--

ACTION
Administered

COMPLETED
By Maharaj, Nikhil MD on Oct 19, 2024 17:22 UTC-04:00

MEDICATION
ONDANSETRON 2 MG/ML INJECTION IV

SALES QUANTITY
1 Vial

ADMINISTRATION INSTRUCTIONS
--

PRESCRIPTION NOTES
--

ACTION
Administered

COMPLETED
By Maharaj, Nikhil MD on Oct 19, 2024 18:12 UTC-04:00

MEDICATION
ONDANSETRON 2 MG/ML INJECTION IV

SALES QUANTITY
1 Vial

ADMINISTRATION INSTRUCTIONS
--

PRESCRIPTION NOTES
--

ACTION
Administered

COMPLETED
By Maharaj, Nikhil MD on Oct 19, 2024 18:13 UTC-04:00

MEDICATION
PROMETHAZINE 25MG INJ IM

SALES QUANTITY
1 Vial

ADMINISTRATION INSTRUCTIONS
--

PRESCRIPTION NOTES
--

ACTION
Administered

COMPLETED
By Maharaj, Nikhil MD on Oct 19, 2024 18:24 UTC-04:00

MEDICATION
ESOMEPRAZOLE SODIUM 40 MG/5 ML INJECTION IV

SALES QUANTITY
1 Vial

ADMINISTRATION INSTRUCTIONS

PRESCRIPTION NOTES

-- | --

ACTION
Administered

COMPLETED
By Maharaj, Nikhil MD on Oct 19, 2024 20:06 UTC-04:00

MEDICATION
CEFTRIAXONE 1 G POWDER FOR INJECTION IV

SALES QUANTITY
2 Vial

ADMINISTRATION INSTRUCTIONS
2g ceftriaxone in 100mls 0.9% N/S over 20 minutes IVI

PRESCRIPTION NOTES
--

ACTION
STOPPED

COMPLETED
By Maharaj, Nikhil MD on Oct 18, 2024

MEDICATION
IV FLUID .9NS 1000ML

SALES QUANTITY
--

ADMINISTRATION INSTRUCTIONS
--

PRESCRIPTION NOTES
--

ACTION
STARTED

COMPLETED
By Maharaj, Nikhil MD on Oct 18, 2024

MEDICATION
IV FLUID .9NS 1000ML

SALES QUANTITY
--

ADMINISTRATION INSTRUCTIONS
--

PRESCRIPTION NOTES
--

ACTION
STOPPED

COMPLETED
By Maharaj, Nikhil MD on Oct 19, 2024

MEDICATION
IV FLUID .9NS 1000ML

SALES QUANTITY
--

ADMINISTRATION INSTRUCTIONS
--

PRESCRIPTION NOTES
--

ACTION
STARTED

COMPLETED
By Maharaj, Nikhil MD on Oct 19, 2024

MEDICATION
IV FLUID LR 1000ML

SALES QUANTITY
--

ADMINISTRATION INSTRUCTIONS
--

PRESCRIPTION NOTES
--

## Assessment

DATE
Oct 20, 2024 07:40 UTC-04:00

PERFORMED BY
Acebu, Alan Anuengo RN

RISK ASSESSMENTS
I.V. cannula assessment: I.V. Site appears healthy. V.I.P. Score: 0.

DATE
Oct 19, 2024 21:30 UTC-04:00

PERFORMED BY
Acebu, Alan Anuengo RN

RISK ASSESSMENTS
I.V. cannula assessment: I.V. Site appears healthy. V.I.P. Score: 0.

DATE
Oct 19, 2024 10:08 UTC-04:00

PERFORMED BY
Acebu, Alan Anuengo RN

NEUROLOGICAL
Oriented to: Person, Place, Time. Communication / Speech: WNL (within normal limits). A.V.P.U.: Alert. GCS Eye opening: 4. GCS Verbal response to: 5. GCS Motor response to: 6. Primary spoken language: English.

RISK ASSESSMENTS
Sex: Male. Age: 0-59. Gait: Steady. Falls history: None. Mobility: Full. Does the patient think they are likely to fall while moving around?: Quite likely. Final score: 2. Build: Weight to Height: Above average. Gender: Male. Age: 41-49. Skin type / visual risk area: Healthy. Final score: 2. I.V. cannula assessment: I.V. Site appears healthy. V.I.P. Score: 0.

## Diagnosis

DOCUMENTED DATE
Oct 18, 2024

DOCUMENTED USER
Maharaj, Nikhil MD

LAST UPDATED DATE
Oct 18, 2024

LAST UPDATED USER
Maharaj, Nikhil MD

TYPE
Final

DIAGNOSIS
**R73.9 - Hyperglycaemia, unspecified**

NOTES
--

DOCUMENTED DATE
Oct 18, 2024

DOCUMENTED USER
Maharaj, Nikhil MD

LAST UPDATED DATE
Oct 19, 2024

LAST UPDATED USER
Maharaj, Nikhil MD

TYPE
Differential

DIAGNOSIS
**B35.3 - Tinea pedis**

NOTES
--

DOCUMENTED DATE
Oct 18, 2024

DOCUMENTED USER
Maharaj, Nikhil MD

LAST UPDATED DATE
Oct 18, 2024

LAST UPDATED USER
Maharaj, Nikhil MD

TYPE
Differential

DIAGNOSIS
**B35.1 - Tinea unguium**

NOTES
--

DOCUMENTED DATE
Oct 18, 2024

DOCUMENTED USER
Maharaj, Nikhil MD

LAST UPDATED DATE
Oct 18, 2024

LAST UPDATED USER
Maharaj, Nikhil MD

TYPE
Differential

DIAGNOSIS
**A09.9 - Gastroenteritis and colitis of unspecified origin**

NOTES
--

DOCUMENTED DATE
Oct 19, 2024

DOCUMENTED USER
Maharaj, Nikhil MD

LAST UPDATED DATE
Oct 19, 2024

LAST UPDATED USER
Maharaj, Nikhil MD

TYPE
Differential

DIAGNOSIS
**E13 - Other specified diabetes mellitus**

NOTES
Diabetic foot sepsis

DOCUMENTED DATE
Oct 19, 2024

DOCUMENTED USER
Maharaj, Nikhil MD

LAST UPDATED DATE
Oct 19, 2024

LAST UPDATED USER
Maharaj, Nikhil MD

TYPE
Differential

DIAGNOSIS
**T75.3 - Motion sickness**

NOTES
--

## Note

DATE
Oct 20, 2024 08:07 UTC-04:00

PERFORMED BY
Maharaj, Nikhil MD

NOTES

Guest is sleeping peacefully in ward bed.
Nil issues reported throughout the night
He is tolerating oral sips of apple juice with no further vomiting episodes reported
RBS stable throughout night and consistently below 15mmol/l since 12h00 yesterday.
Vital signs stable
Awaiting ambulance expected to arrive at 10h00
He has no complaints and is feeling much better

| DATE | PERFORMED BY |
|---|---|
| Oct 20, 2024 07:17 UTC-04:00 | Acebu, Alan Anuengo RN |

NOTES

The patient requested a glass of apple juice, tolerated well orally, no vomiting episode.

| DATE | PERFORMED BY |
|---|---|
| Oct 20, 2024 06:58 UTC-04:00 | Acebu, Alan Anuengo RN |

NOTES

2 units regular insulin given IV as per sliding scale

| DATE | PERFORMED BY |
|---|---|
| Oct 20, 2024 03:57 UTC-04:00 | Acebu, Alan Anuengo RN |

NOTES

Blood sugar is 194 mgdL.
2 units regular insulin (Actrapid) given IV as per sliding scale.
Blood sugar checking every 3 hours

| DATE | PERFORMED BY |
|---|---|
| Oct 20, 2024 01:07 UTC-04:00 | Acebu, Alan Anuengo RN |

NOTES

Keep in constant observation.
Monitor vital signs including blood sugar level

| DATE | PERFORMED BY |
|---|---|
| Oct 19, 2024 21:57 UTC-04:00 | Acebu, Alan Anuengo RN |

NOTES

Promethazine 25 milligram given IM at left arm

| DATE | PERFORMED BY |
|---|---|
| Oct 19, 2024 21:56 UTC-04:00 | Acebu, Alan Anuengo RN |

NOTES

2 units regular insulin given as per sliding scale

DATE
Oct 19, 2024 21:53 UTC-04:00

PERFORMED BY
Acebu, Alan Anuengo RN

NOTES
Blood sugar will be check every 3 hourly as ordered by Dr. Maharaj

DATE
Oct 19, 2024 21:10 UTC-04:00

PERFORMED BY
Acebu, Alan Anuengo RN

NOTES
Hooked another 500 ml of IV fluid normal saline solution as infusion at 175/hour

DATE
Oct 19, 2024 20:19 UTC-04:00

PERFORMED BY
Acebu, Alan Anuengo RN

NOTES
Esomeprazole 40 milligram given IV as ordered, counter checked by Dr. Maharaj
2 units regular insulin given IV as sliding scale order.

DATE
Oct 19, 2024 18:10 UTC-04:00

PERFORMED BY
Maharaj, Nikhil MD

NOTES
Guest still remains with stable vital signs
RBS controlled on sliding scale
Guest is however too lethargic to stand
Repeat Chem 8 and VBG done

DATE
Oct 19, 2024 17:32 UTC-04:00

PERFORMED BY
Dube, Debra RN

NOTES
Ceftriaxone 2G IV administered as ordered by the physician.
Fluconazole 150mg orally given as ordered by the physician.
BS:251mg/dl. Actrapid Insulin 6iu sc administered as ordered by the physician.

DATE
Oct 19, 2024 17:16 UTC-04:00

PERFORMED BY
Maharaj, Nikhil MD

NOTES

Guest says he is feeling tired and dizzy as the ship rocks (due to bad weather)

He is sleeping peacefully in ICU bed

He has no further episodes of vomiting and is not nauseous now.

His vital signs have been stable and his RBS is < 250mg/dl for more than 4 hours (on sliding scale)

He is tolerating sips of water

He is clinically well hydrated

I have explained to guest that due to his stable vital signs, being well-hydrated and having controlled RBS for more than 4 hours, he is potentially stable to be in his cabin and to return for follow-up; he understands and agrees with plan.

| DATE | PERFORMED BY |
|---|---|
| Oct 19, 2024 16:39 UTC-04:00 | Dube, Debra RN |

NOTES

BS:245mg/dl

Actrapid insulin 4iu administered per sliding scale.

| DATE | PERFORMED BY |
|---|---|
| Oct 19, 2024 15:30 UTC-04:00 | Dube, Debra RN |

NOTES

BS:234mg/dl

Actrapid insulin 4iu administered as ordered by the physician.

He continues with IV fluids Normal saline 175mls/hr.

Patient vomited again.

Promethazine 25mg IM administered as ordered by the physician.

Dressing on the left big toe changed. The nail is loose but still attached to the nail bed.

| DATE | PERFORMED BY |
|---|---|
| Oct 19, 2024 14:15 UTC-04:00 | Dube, Debra RN |

NOTES

He vomited about 500mls of greenish gastric contents.
IV Normal saline still in progress as ordered.
Vital signs checked and recorded.BS:245mg/dl.
Actrapid insulin 6iu administered sc as ordered by the physician.
Ondansetron 4mg IV administered as ordered by the physician.

| DATE | PERFORMED BY |
|---|---|
| Oct 19, 2024 13:30 UTC-04:00 | Dube, Debra RN |

NOTES

Vital signs checked and rceorded.BS:245mg/dl.
Actrapid insulin 4iu sc administered per sliding scale.
Patient continues to be monitored.

| DATE | PERFORMED BY |
|---|---|
| Oct 19, 2024 12:30 UTC-04:00 | Dube, Debra RN |

NOTES

Took over from Lead nurse Allan.
The patient is stable. Fully conscious alert and communicating well.
Vital signs checked and recorded.BS:261mg/dl.
IV fluids Normal saline 1 liter in progress as ordered by the physician.
IV line patent.

| DATE | PERFORMED BY |
|---|---|
| Oct 19, 2024 11:58 UTC-04:00 | Acebu, Alan Anuengo RN |

NOTES

Blood sugar is 261 mg/dL
6 UNITS regular insulin (actrapid) given IV as ordered, counter checked by Dr. Maharaj

| DATE | PERFORMED BY |
|---|---|
| Oct 19, 2024 11:55 UTC-04:00 | Maharaj, Nikhil MD |

NOTES

RBS on downward trend
He has stable vital signs and has had no vomiting episodes in MC

| DATE | PERFORMED BY |
|---|---|
| Oct 19, 2024 11:06 UTC-04:00 | Acebu, Alan Anuengo RN |

NOTES

10 units regular insulin (Actrapid) given IV as ordered, counter checked by Dr. Maharaj
Hooked 1 liter of Ringers lactate as fats drip

DATE
Oct 19, 2024 11:05 UTC-04:00

PERFORMED BY
Acebu, Alan Anuengo RN

NOTES
IV fluid has been completed

DATE
Oct 19, 2024 10:13 UTC-04:00

PERFORMED BY
Maharaj, Nikhil MD

NOTES
Chem 8/ VBG within normal ranges
Guest is sleeping peacefully in ICU - stable vital signs
For hourly glucose monitoring as per sliding scale
For referral to Baltimore Hospital mane
Guest explains he is a first time cruiser and this may be attributed to motion sickness, however his foot as being a potential source of infection with uncontrollable RBS needs to be further investigated and optimized.

DATE
Oct 19, 2024 09:48 UTC-04:00

PERFORMED BY
Maharaj, Nikhil MD

NOTES
Guest presented to MC in a wheelchair for follow-up
Slept well upon discharge from MC but then started vomiting at 03h00 this morning (multiple episodes) - MC was not made aware
No further episodes of loose stools
He now feels nauseous and dizzy made worse by motion of ship
Raised blood pressure and RBS
For hydration and repeat chem 8 and gas

DATE
Oct 19, 2024 09:42 UTC-04:00

PERFORMED BY
Acebu, Alan Anuengo RN

NOTES
10 UNITS Regular Insulin ( Actrapid )given IV as ordered, counter checked by Dr. Maharaj

DATE
Oct 19, 2024 09:36 UTC-04:00

PERFORMED BY
Acebu, Alan Anuengo RN

NOTES
IV fluid normal saline solution 1 liter given as fast drip.
Promethazine 25 milligram given IM at left gluteal muscle as ordered, counter checked by Dr. Maharaj.
Ondansetron 4 milligram given IV as ordered, counter checked by Dr. Maharaj

DATE
Oct 19, 2024 09:35 UTC-04:00

PERFORMED BY
Acebu, Alan Anuengo RN

NOTES
Patient came for a follow up as advised.
Keep in bed on semi fowlers position with side rails up and wheels locked.
Vital signs checked and recorded.
Patient stated of still has vomiting episode.

DATE
Oct 18, 2024 23:32 UTC-04:00

PERFORMED BY
Maharaj, Nikhil MD

NOTES
Glucose on downward trend, stable vital signs on exit from medical center.
He has left on a wheelchair
To follow-up mane

DATE
Oct 18, 2024 23:30 UTC-04:00

PERFORMED BY
Madonda, Mduduzi RN

NOTES
Patient reviewed by Dr.Nikhil
Patient states he feels much better

Discharged out of medical center left assisted on wheelchair conditional satisfactory

DATE
Oct 18, 2024 22:48 UTC-04:00

PERFORMED BY
Maharaj, Nikhil MD

NOTES
Great improvement in acid-base balance with lactate now within normal ranges

DATE
Oct 18, 2024 22:42 UTC-04:00

PERFORMED BY
Maharaj, Nikhil MD

NOTES
Guest explained that he is feeling much better
He is no longer dizzy and is not nauseous
He is tolerating oral intake of water
He is clinically well hydrated
Awaiting repeat blood results

DATE
Oct 18, 2024 21:40 UTC-04:00

PERFORMED BY
Maharaj, Nikhil MD

NOTES
RBS has decreased from 369mg/dl to 317mg/dl (downward trend)
To administer 8U short acting insulin
Guest wants to rest in cabin
Advised completion of fluid bolus
He feels more energetic than when he presented however is still dizzy made worse by motion of ship

DATE
Oct 18, 2024 21:40 UTC-04:00

PERFORMED BY
Madonda, Mduduzi RN

NOTES
Promethazine 25mg administered intramuscular on the left deltoid
Actrapid 8units administered intravenously on the left arm
Effects and side effects of medication explained

DATE
Oct 18, 2024 21:15 UTC-04:00

PERFORMED BY
Maharaj, Nikhil MD

NOTES
Guest states he weighs 300 lbs
First fluid bolus 20mls/kg over 1 hour
Second fluid bolus 10mls/kg over 1 hour

DATE
Oct 18, 2024 21:14 UTC-04:00

PERFORMED BY
Maharaj, Nikhil MD

NOTES
Left foot big toenail separated from surface but still attached by nail bed - foul smelling
Area cleaned with sterile gauze and sterile water
Dressed with paraffin gauze and wrapped in crepe
NVI

DATE
Oct 18, 2024 21:00 UTC-04:00

PERFORMED BY
Madonda, Mduduzi RN

NOTES
X ray of the left foot ordered by MD
Verbal consent for x ray obtained from the patient
Radiation protection apron applied, x ray of the left foot AP and LT view done
Images shown to MD and sent ashore for reporting, finding explained to patient

DATE
Oct 18, 2024 20:34 UTC-04:00

PERFORMED BY
Maharaj, Nikhil MD

NOTES
Guest presented to MC in a wheelchair accompanied by his family.
Called by nurse on call Debra to access guest in MC - she responded to guest in cabin.
Vital signs stable with high RBS
Examination revealed potential source of infection as big toe - awaiting x-ray to access for potential osteomyelitis
Gas revealed hyperglycemia without diagnosis of DKA (AG currently 14)
To fluid hydrate and repeat gas
He currently feels better with no vomiting/ diarrhea episodes in MC.
He complains of dizziness which started with the rocking of the ship
Advised admission in MC for monitoring however he would prefer to go back to his cabin, I have advised guest on need for x-ray and repeat blood tests and he agrees.
Advised guest on referral to hospital for further care however he would prefer to go to his own hospital back home as he feels comfortable there.

DATE
Oct 18, 2024 20:23 UTC-04:00

PERFORMED BY
Dube, Debra RN

NOTES
First liter of Normal saline completed.
Another liter normal saline administered as ordered by the physician.
Actrapid 10iu sc administered as ordered by the physician.
Ceftriaxone 2G IV administered as ordered by the physician.

| DATE | PERFORMED BY |
|---|---|
| Oct 18, 2024 19:45 UTC-04:00 | Dube, Debra RN |

NOTES

Seen and examined by the physician.
Vital signs checked and recorded.
IV line size 18G inserted by Dr Maharaj.
Bloods for CBC, Chem 8 and blood gas collected and processed.
Results seen by the physician.
Normal saline 1 liter IV administered as fast drip.

## Disposition

| MEDICAL DEPARTMENT DECIDED TO | DOCUMENTED USER | DOCUMENTED DATE |
|---|---|---|
| **Discharge from clinic, follow up required** | Maharaj, Nikhil MD | Oct 18, 2024 21:18 UTC-04:00 |

| LAST UPDATED USER | LAST UPDATED DATE |
|---|---|
| Maharaj, Nikhil MD | Oct 19, 2024 10:19 UTC-04:00 |

PATIENT LEAVE SHIP FOR

**Cat 1 - Medical disembarkation (direct) without escort**

To: a. to country of residence

COMMENTS

Advised to hydrate with fluids and rest adequately. To call 911 for any emergency. To keep IV cannula insitu (he understands its a potential infection risk). To follow-up mane at 09h00. To see PCP as soon as he gets home for definitive management and optimization of medication. He understands and agrees with plan.

| VISIT REASON | SEAEVENT REPORT NUMBER |
|---|---|
| Illness | -- |

| RISK PRIORITY | RISK PRIORITY REASON |
|---|---|
| Yellow | Requires hospitalization most likely |

| DISEMBARKATION DATE | DISEMBARKATION PORT/LOCATION |
|---|---|
| Oct 20, 2024 10:00 UTC-04:00 | BALTIMORE |

COMMENTS

--

DETAILS

| | |
|---|---|
| Port Agent Contact Information | Trenton Davis |
| Other Information | iss.baltimore@iss-shipping.com; trenton.davis@iss-shipping.com |
| Referral Priority | Urgent |

| | |
|---|---|
| Travelling With | Sister and other family members |
| Passport Country | United States |
| Next Of Kin (NOK) - Informed | Yes |

DISCHARGE DOCUMENTS

Instructions

Prescriptions

PATIENT SIGNATURE



SMITH, MICHAEL
Oct 18, 2024 23:28 UTC-04:00

## Addendums

DATE
Oct 20, 2024 10:38 UTC-04:00

DOCUMENTED BY
Madonda, Mduduzi RN

ADDENDUM
Guest transferred to hospital by ALC paramedics Left in trolly condition satisfactory Vital signs stable BP 154/87 mmHg, HR 93bpm RR 16 bpm, Spo2 94%

REASON
Update after case closed

DATE
Oct 20, 2024 15:09 UTC-04:00

DOCUMENTED BY
Maharaj, Nikhil MD

ADDENDUM
Guest left MC with stable vital signs Was taken to Harbor Hospital with ACLS ambulance

REASON
Update after case closed

## Case Diagnosis

R73.9 - Hyperglycaemia, unspecified