# EXHIBIT "F"

**Plaintiff's ICare Notes**

Carnival Cruise Lines

Carnival

Comment Details for Booking Number - Z2G4Z0 StateRoom - 4136

| Comment By | Comment Time | Case-ID | Guest Name | Comment Type | Comment |
|---|---|---|---|---|---|
| Christian Miranda | 20/Oct/2024 12.50 PM | CARE-GST-10202024-3 | Michael Smith | | From: PRIDE SENIOR DOCTOR Sent: Saturday, October 19, 2024 3:21 PM To: Rocha, Arlene (CCL) ; PRIDE GUEST SERVICES ; PRIDE GUEST SERVICES MANAGER ; PRIDE MEDICAL CENTER ; PRIDE DOCTOR ; PRIDE ASSISTANT GUEST SERVICES MANAGER Cc: Care Team Services (CCL) Subject: RE: [SECURE] [CONFIDENTIAL] GUEST DISEMBARK/ MICHEAL SMITH/ CABIN 4136 Thanks a lot and enjoy the rest of the day. Thank you and Kind Regards, Dr.L. RANTLERU Senior Ship Physician - Carnival Pride . Carnival Cruise Lines. • Cell 7804; Office 0367 • 3655 NW 87th Avenue Miami, FL 33178 CHOOSE HEALTH® Confidential Warning: The information contained in this document and any enclosure may be confidential and / or legally privileged and has been sent for the sole use of the intended recipient. If you are not an intended recipient, you are not authorized to review, use, disclose or copy any of its contents. If you have received this correspondence in error, please reply to the sender and destroy all copies of the message. Thank you. From: Rocha, Arlene (CCL) Sent: Saturday, October 19, 2024 5:20 PM To: PRIDE SENIOR DOCTOR ; PRIDE GUEST SERVICES ; PRIDE GUEST SERVICES MANAGER ; PRIDE MEDICAL CENTER ; PRIDE DOCTOR ; PRIDE ASSISTANT GUEST SERVICES MANAGER Cc: Care Team Services (CCL) Subject: RE: [SECURE] [CONFIDENTIAL] GUEST DISEMBARK/ MICHEAL SMITH/ CABIN 4136 Hello Dr. Rantleru, Thank you for your confirmation. We will follow up with guest tomorrow. Regards, ARLENE ROCHA Family Support Specialist, CareTeam • Medical: 305 801-0416 • 3655 NW 87th Avenue Miami, FL 33178 • URGENT ASSISTANCE: email: CareTeamServices@Carnival.com or (786) 556-6063 CARNIVAL CRUISE LINE NOTICE TO RECIPIENT \| This e-mail is meant for only the intended recipient of the transmission. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation. In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy notice www.carnival.com to learn about how we use this information. From: PRIDE SENIOR DOCTOR Sent: Saturday, October 19, 2024 3:12 PM To: Rocha, Arlene (CCL) ; PRIDE GUEST SERVICES ; PRIDE GUEST SERVICES MANAGER ; PRIDE MEDICAL CENTER ; PRIDE DOCTOR ; PRIDE ASSISTANT GUEST SERVICES MANAGER Cc: Care Team Services (CCL) Subject: RE: [SECURE] [CONFIDENTIAL] GUEST DISEMBARK/ MICHEAL SMITH/ CABIN 4136 Greetings The Guest is still on board, admitted to the Medical Center. The envisaged disembarkation is tomorrow morning on arrival back to home port, Baltimore. Thank you and Kind Regards, Dr.L. RANTLERU Senior Ship Physician - Carnival Pride . Carnival Cruise Lines. • Cell 7804; Office 0367 • 3655 NW 87th Avenue Miami, FL 33178 CHOOSE HEALTH® Confidential Warning: The information contained in this document and any enclosure may be confidential and / or legally privileged and has been sent for the sole use of the intended recipient. If you are not an intended recipient, you are not authorized to review, use, disclose or copy any of its contents. If you have received this correspondence in error, please reply to the sender and destroy all copies of the message. Thank you. From: Rocha, Arlene (CCL) Sent: Saturday, October 19, 2024 4:00 PM To: PRIDE GUEST SERVICES ; PRIDE GUEST SERVICES MANAGER ; PRIDE MEDICAL CENTER ; PRIDE SENIOR DOCTOR ; PRIDE DOCTOR ; PRIDE ASSISTANT GUEST SERVICES MANAGER Cc: Care Team Services (CCL) Subject: FW: [SECURE] [CONFIDENTIAL] GUEST DISEMBARK/ MICHEAL SMITH/ CABIN 4136 Hello Team, Was this guest medically disembarked to a local facility or did he fly home for further care? Regards, ARLENE ROCHA Family Support Specialist, CareTeam • Medical: 305 801-0416 • 3655 NW 87th Avenue Miami, FL 33178 • URGENT ASSISTANCE: email: CareTeamServices@Carnival.com or (786) 556-6063 CARNIVAL CRUISE LINE NOTICE TO RECIPIENT \| This e-mail is meant for only the intended recipient of the transmission. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation. In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy notice www.carnival.com to learn about how we use this information. From: PRIDE DOCTOR Sent: Saturday, October 19, 2024 10:23 AM To: Care Team Services (CCL) ; FOC Mailbox ; Health Operation Center (HOC-Miami) ; PRIDE ASSISTANT CHIEF SECURITY OFFICER ; PRIDE ASSISTANT GUEST SERVICES MANAGER ; PRIDE CAPTAIN ; PRIDE CHIEF SECURITY ; PRIDE GUEST SERVICES MANAGER ; PRIDE HOTEL DIRECTOR ; PRIDE PORT PAPERS ; PRIDE STAFF CAPTAIN ; Scott, Joseph (CarnCorp) ; iss.baltimore@iss-shipping.com; trenton.davis@iss-shipping.com Cc: PRIDE SENIOR DOCTOR ; PRIDE LEAD NURSE ; PRIDE MEDICAL CENTER ; PRIDE HEALTHCARE ASSISTANT Subject: [SECURE] [CONFIDENTIAL] GUEST DISEMBARK/ MICHEAL SMITH/ CABIN 4136 Good day, The following guest has been medically disembarked: SHIP NAME: Carnival Pride DISEMBARKATION CATEGORY: Cat 1 SHIP TREATING DOCTOR: Maharaj, Nikhil MD GUEST - FAMILY NAME: SMITH GUEST - FIRST NAME: MICHAEL GUEST - NATIONALITY: United States GUEST SUITE / CABIN NUMBER: 4136 GUEST - BOOKING NUMBER: W1Q3M9-4 DATE OF DISEMBARK: Oct 20, 2024 PORT OF DISEMBARK: BALTIMORE ASSISTANCE COMPANY NAME: -- ASSISTANCE COMPANY EMAIL: -- ASSISTANCE COMPANY PHONE: -- ASSISTANCE COMPANY NOTIFIED: -- PORT AGENT CONTACT NUMBER AND EMAIL ADDRESS: Trenton Davis - trenton.davis@iss-shipping.com; iss.baltimore@iss-shipping.com HOSPITAL DETAILS IF KNOWN OR APPLICABLE: N/A Kind Regards, Nikhil Maharaj, MD Ship Physician \| Carnival Pride Carnival Cruise Line • ? 7908 \| ? 4444 \| • ? prdoctor@carnival.com • 3655 NW 87th Avenue Miami, FL 33178 CHOOSE FUN® |
| Christian Miranda | 20/Oct/2024 12.50 PM | CARE-GST-10202024-3 | Michael Smith | | From: Miranda, Christian (CCL) Sent: Sunday, October 20, 2024 12:49 PM To: PRIDE GUEST SERVICES ; PRIDE GUEST SERVICES MANAGER ; PRIDE ASSISTANT GUEST SERVICES MANAGER ; PRIDE MEDICAL CENTER ; PRIDE SENIOR DOCTOR ; PRIDE DOCTOR Cc: Care Team Services (CCL) Subject: RE: Medical: MR MICHAEL SMITH CARNIVAL PRIDE : 202410293 Hello Team, I attempted to call Michael and Eric but had no success. I left a voice message with our contact information and the reason for the call. Team: Do we know if the guest is going to a local hospital or flying home? Please provide any update on the guest. We will continue to follow up on this case. Regards, CHRISTIAN MIRANDA Family Support Specialist, CareTeam • 3655 NW 87th Avenue Miami, FL 33178 • URGENT ASSISTANCE: e: CareTeamServices@Carnival.com or 786-556-6063 CARNIVAL CRUISE LINE NOTICE TO RECIPIENT \| This e-mail is meant for only the intended recipient of the transmission. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation. In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy notice www.carnival.com to learn about how we use this information. From: PRIDE GUEST SERVICES ASSOCIATE Sent: Sunday, October 20, 2024 11:02 AM To: CCL Distlist CareTeam Support Cc: PRIDE GUEST SERVICES Subject: Medical: MR MICHAEL SMITH CARNIVAL PRIDE : 202410293 Incident : Non-Accident Ship : CARNIVAL PRIDE Sail Date : Oct 13, 2024 Stateroom : 4136 Booking # : Z2G4Z0 Date and time : 10/19/24 9:38 AM Occurred : SB Location :Stateroom Issue Description : Illness Issue Validation : Illness Verbatim :10/19/24@ Michael will be medical disembark tomorrow. Personal property : In Guest Possession Guest Information MR MICHAEL SMITH Birth date: MM/DD/YYYY Gender: M Address: PENNSYLVANIAUS 15136 Telephone: 4126164656 iCare Case Reference Number: SILP-SB-PR-10192024-2 Religious affiliation: Medical Insurance: None Proof of Citizenship: BC Additional Comments: no Hospital name as yet. Current Itinerary: Baltimore -10/13/2024 Sea Day 1- 10/14/2024 Sea Dat 2-10/15/2024 Nassau - 10/16/2024 Half Moon Cay- 10/17/2024 Freeport - 10/18/2024 Sea Day 3- 10/19/2024 Baltimore-10/20/2024 ____ Guest Traveling with ____ First name Last name Date of birth ERIC GRIMM MM/DD/Y MM/DD/YYYY Total Number of people in party: 1 Number of children in party: 0 Ages of children: 0 Family Remaining onboard: No ____ Guest Emergency Contact Information ____ Emergency Contact FirstName: Emergency Contact LastNar Relationship: Emergency Contact Number: Alternate Contact Name: John Grimm Alternate Contact Number: ____ Debarkation port and Debarkation party details ____ Current Location :Baltimore Disembarkation Location :Baltim :Pennsylvania Guest Destination Phone # :4126164656 Title FirstName LastName MobilePhone Booking # Stateroom # Relation ____ Family Escort / Medical Team - Shipboard ____ Team Member First Name: Team Member Last Name: Crev Passport Number: Crew Personnel Notified: Manager, Guest Services Onboard Security has been notified: Yes ____ Port Agent Information ____ Name: Trent Davis E-Mail: iss.baltimore@iss-shipping.com 8567423707 Telephone: 2672463902 ____ Cruise Itinerary ____ Day Port Arrival Time Departure Time Note: This is an auto do not reply to this email. Z2G4Z0 4136 Sincerely, Cadesha Sheree Mitchel PRIDE GUEST SERVICES ASSOCIATE |
| Christian Miranda | 21/Oct/2024 03.18 PM | CARE-GST-10202024-3 | Michael Smith | | From: Miranda, Christian (CCL) Sent: Monday, October 21, 2024 3:17 PM To: PRIDE GUEST SERVICES MANAGER Cc: Care Team Services (CCL) ; PRIDE SENIOR DOCTOR ; PRIDE DOCTOR ; PRIDE MEDICAL CENTER ; PRIDE ASSISTANT GUEST SERVICES MANAGER ; PRIDE GUEST SERVICES Subject: RE: 4136 - Medical: MR MICHAEL SMITH CARNIVAL PRIDE : 202410293 Hello Team, I spoke with Michael, who shared that he is not too well but in good spirits. He advised that he would remain in the hospital and possibly be transferred to a different hospital, but he is unsure when or where. He confirmed he had spoken with family, and his sister and nephew were taking care of his luggage. Michael had no questions at this time but does have our contact information should anything change. We will continue to follow up on this case. Regards, CHRISTIAN MIRANDA Family Support Specialist, CareTeam • 3655 NW 87th Avenue Miami, FL 33178 • URGENT ASSISTANCE: e: CareTeamServices@Carnival.com or 786-556-6063 CARNIVAL CRUISE LINE |
| Christian Miranda | 23/Oct/2024 02.16 PM | CARE-GST-10202024-3 | Michael Smith | | From: Miranda, Christian (CCL) Sent: Wednesday, October 23, 2024 2:16 PM To: PRIDE GUEST SERVICES MANAGER Cc: Care Team Services (CCL) ; PRIDE SENIOR DOCTOR ; PRIDE DOCTOR ; PRIDE MEDICAL CENTER ; PRIDE ASSISTANT GUEST SERVICES MANAGER ; PRIDE GUEST SERVICES Subject: RE: 4136 - Medical: MR MICHAEL SMITH CARNIVAL PRIDE : 202410293 Hello Team, I called Michael and Eric but was unsuccessful. I left a voice message with our contact information and the purpose of my call. Additionally, I contacted the hospital and was told Michael had been discharged. We will continue to follow up to ensure our homes arrive safely. Regards, CHRISTIAN MIRANDA Family Support Specialist, CareTeam • 3655 NW 87th Avenue Miami, FL 33178 • URGENT ASSISTANCE: e: CareTeamServices@Carnival.com or 786-556-6063 CARNIVAL CRUISE LINE |
| Arlen Rocha | 25/Oct/2024 04.31 PM | CARE-GST-10202024-3 | Michael Smith | | From: Rocha, Arlene (CCL) Sent: Friday, October 25, 2024 4:31 PM To: PRIDE GUEST SERVICES MANAGER Cc: Care Team Services (CCL) ; PRIDE SENIOR DOCTOR ; PRIDE DOCTOR ; PRIDE MEDICAL CENTER ; PRIDE ASSISTANT GUEST SERVICES MANAGER ; PRIDE GUEST SERVICES Subject: RE: 4136 - Medical: MR MICHAEL SMITH CARNIVAL PRIDE : 202410293 Hello Team, I spoke to Michael who said he is still admitted to Harbor Smith, but they did discuss his transfer to a rehab in Pittsburg (home). He said this may take place tomorrow. He was grateful for the call and welcomed a follow-up call next week. We will continue to update on this case. Regards, ARLENE ROCHA Family Support Specialist, CareTeam • Medical: 305 801-0416 • 3655 NW 87th Avenue Miami, FL 33178 • URGENT ASSISTANCE: email: CareTeamServices@Carnival.com or (786) 556-6063 CARNIVAL CRUISE LINE |
| | | | | | From: Miranda, Christian (CCL) Sent: Monday, October 28, 2024 1:05 PM To: Rocha, Arlene (CCL) ; PRIDE GUEST SERVICES |

| | | | | | |
|---|---|---|---|---|---|
| Christian Miranda | 28/Oct/2024 01.06 PM | CARE-GST-10202024-3 | Michael Smith | | MANAGER Cc: Care Team Services (CCL) ; PRIDE SENIOR DOCTOR ; PRIDE DOCTOR ; PRIDE MEDICAL CENTER ; PRIDE ASSISTANT GUEST SERVICES MANAGER ; PRIDE GUEST SERVICES Subject: RE: 4136 - Medical: MR MICHAEL SMITH CARNIVAL PRIDE : 202410293 Hello Team, We attempted to contact Michael and Eric without a response. Additionally, we contacted Harbor Hospital and were informed that they do not have a patient under our guest's name. Later, I received a call from Eric. While initially upset, he remained calm and shared that Michael is now learning to walk and is not suffering from seasickness, contrary to what he was allegedly previously informed. We will email our Guest Care Department to follow up with Eric regarding his experience. He has our contact information should they have any questions. Since our guest has been discharged, we will now close this case. CHRISTIAN MIRANDA Family Support Specialist, CareTeam • 3655 NW 87th Avenue Miami, FL 33178 • URGENT ASSISTANCE: e: CareTeamServices@Carnival.com or 786-556-6063 CARNIVAL CRUISE LINE |
| Christian Miranda | 28/Oct/2024 01.22 PM | CARE-GST-10202024-3 | Michael Smith | | From: Miranda, Christian (CCL) Sent: Monday, October 28, 2024 1:21 PM To: Guest Care MOD (CCL) Cc: Care Team Services (CCL) Subject: FW: Medical: MR MICHAEL SMITH CARNIVAL PRIDE : 202410293 Hello Team, Please assign an agent to contact Eric, as he wishes to speak about Michael's and his experience that they had with the medical debarkation. Eric-412-537-8601 Thank you, |
| Michael Celedonio Tungol | 19/Oct/2024 10.40 AM | CORR-SS-PR-10222024-3 | MICHAEL SMITH | Issue Identification | 10/19/24@ Michael will be medical disembark tomorrow. |
| Michael Celedonio Tungol | 19/Oct/2024 10.42 AM | CORR-SS-PR-10222024-3 | MICHAEL SMITH | Pause For Investigation | Email received from MC, Michael will be medical disembark tomorrow at Homeport. |
| Cadesha Sheree Mitchel | 20/Oct/2024 10.27 AM | CORR-SS-PR-10222024-3 | MICHAEL SMITH | Issue Resolution | AS per ship physician gst will be disembarking ship in homeport via ambulance for further evaluation. |
| Cadesha Sheree Mitchel | 20/Oct/2024 10.53 AM | CORR-SS-PR-10222024-3 | MICHAEL SMITH | Issue Resolution | AS per ship physician gst will be disembarking ship in homeport via ambulance for further evaluation. |
| Cadesha Sheree Mitchel | 20/Oct/2024 11.01 AM | CORR-SS-PR-10222024-3 | MICHAEL SMITH | Issue Resolution | sending care team notification |
| Cadesha Sheree Mitchel | 20/Oct/2024 11.10 AM | CORR-SS-PR-10222024-3 | MICHAEL SMITH | Issue Resolution | nothing further |
| Jodi Harris-Rivero | 22/Oct/2024 10.13 AM | CORR-SS-PR-10222024-3 | MICHAEL SMITH | Issue Identification | Sister Stephanie from S1M3Q6 writing in --- michael needs to write in himself as he is 48 |
| Jodi Harris-Rivero | 22/Oct/2024 10.13 AM | CORR-SS-PR-10222024-3 | MICHAEL SMITH | Issue Resolution | We had the worst experience ever on this ship from the time we walked on the boat till the time we walked off the boat. The so called doctor on board needs his license taken as to he missed diagnosed my brother who was first diagnosed with septic and mission sickness and turned out to be he never was septic he had a stroke Friday October 18th. We need someone to contact us asap do discuss more. My phone number is 412-584-1714 thank you! (3rd party response) |
| Michael Celedonio Tungol | 19/Oct/2024 10.40 AM | CORR-SS-PR-11012024-7 | MICHAEL SMITH | Issue Identification | 10/19/24@ Michael will be medical disembark tomorrow. |
| Michael Celedonio Tungol | 19/Oct/2024 10.42 AM | CORR-SS-PR-11012024-7 | MICHAEL SMITH | Pause For Investigation | Email received from MC, Michael will be medical disembark tomorrow at Homeport. |
| Cadesha Sheree Mitchel | 20/Oct/2024 10.27 AM | CORR-SS-PR-11012024-7 | MICHAEL SMITH | Issue Resolution | AS per ship physician gst will be disembarking ship in homeport via ambulance for further evaluation. |
| Cadesha Sheree Mitchel | 20/Oct/2024 10.53 AM | CORR-SS-PR-11012024-7 | MICHAEL SMITH | Issue Resolution | AS per ship physician gst will be disembarking ship in homeport via ambulance for further evaluation. |
| Cadesha Sheree Mitchel | 20/Oct/2024 11.01 AM | CORR-SS-PR-11012024-7 | MICHAEL SMITH | Issue Resolution | sending care team notification |
| Cadesha Sheree Mitchel | 20/Oct/2024 11.10 AM | CORR-SS-PR-11012024-7 | MICHAEL SMITH | Issue Resolution | nothing further |
| Jodi Harris-Rivero | 22/Oct/2024 10.13 AM | CORR-SS-PR-11012024-7 | MICHAEL SMITH | Issue Identification | Sister Stephanie from S1M3Q6 writing in --- michael needs to write in himself as he is 48 |
| Jodi Harris-Rivero | 22/Oct/2024 10.13 AM | CORR-SS-PR-11012024-7 | MICHAEL SMITH | Issue Resolution | We had the worst experience ever on this ship from the time we walked on the boat till the time we walked off the boat. The so called doctor on board needs his license taken as to he missed diagnosed my brother who was first diagnosed with septic and mission sickness and turned out to be he never was septic he had a stroke Friday October 18th. We need someone to contact us asap do discuss more. My phone number is 412-584-1714 thank you! (3rd party response) |
| Christine Stine | 29/Oct/2024 11.20 AM | CORR-SS-PR-11012024-7 | MICHAEL SMITH | Issue Identification | CARE Team request to contact TW, nephew, Eric requesting Michaels experience. |
| Christine Stine | 29/Oct/2024 11.23 AM | CORR-SS-PR-11012024-7 | MICHAEL SMITH | Pause For Investigation | pausing to confer w/ Jodi on if same line needs to be taken with nephew (TW, cabin mate) |
| Christine Stine | 01/Nov/2024 10.07 AM | CORR-SS-PR-11012024-7 | MICHAEL SMITH | Issue Resolution | Michaels nephew and TW, Eric contact request from CARE Team to discuss Michaels experience. Confirmed with LP to use third party verbiage advising Michael to w/i on his own. Using verbiage previously sent to sister previously. |
| Michael Celedonio Tungol | 22/Oct/2024 10.25 AM | SILP-SB-PR-10192024-2 | MICHAEL SMITH | Correspondence | N/A |
| Michael Celedonio Tungol | 29/Oct/2024 11.25 AM | SILP-SB-PR-10192024-2 | MICHAEL SMITH | File | CARETeamMichaelSmithEmail |
| Michael Celedonio Tungol | 20/Oct/2024 11.02 AM | SILP-SB-PR-10192024-2 | MICHAEL SMITH | Correspondence | N/A |
| Michael Celedonio Tungol | 01/Nov/2024 10.17 AM | SILP-SB-PR-10192024-2 | MICHAEL SMITH | Correspondence | N/A |
| Michael Celedonio Tungol | 22/Oct/2024 10.04 AM | SILP-SB-PR-10192024-2 | MICHAEL SMITH | File | Stephanie Grimm for Michael Smith |
| Michael Celedonio Tungol | 19/Oct/2024 10.40 AM | SILP-SB-PR-10192024-2 | MICHAEL SMITH | Issue Identification | 10/19/24@ Michael will be medical disembark tomorrow. |
| Michael Celedonio Tungol | 19/Oct/2024 10.42 AM | SILP-SB-PR-10192024-2 | MICHAEL SMITH | Pause For Investigation | Email received from MC, Michael will be medical disembark tomorrow at Homeport. |
| Cadesha Sheree Mitchel | 20/Oct/2024 10.27 AM | SILP-SB-PR-10192024-2 | MICHAEL SMITH | Issue Resolution | AS per ship physician gst will be disembarking ship in homeport via ambulance for further evaluation. |
| Cadesha Sheree Mitchel | 20/Oct/2024 10.53 AM | SILP-SB-PR-10192024-2 | MICHAEL SMITH | Issue Resolution | AS per ship physician gst will be disembarking ship in homeport via ambulance for further evaluation. |
| Cadesha Sheree Mitchel | 20/Oct/2024 11.01 AM | SILP-SB-PR-10192024-2 | MICHAEL SMITH | Issue Resolution | sending care team notification |
| Cadesha Sheree Mitchel | 20/Oct/2024 11.10 AM | SILP-SB-PR-10192024-2 | MICHAEL SMITH | Issue Resolution | nothing further |
| Jodi Harris- | 22/Oct/2024 | | MICHAEL | Issue | |

| | | | | | |
|---|---|---|---|---|---|
| Rivero | 10.13 AM | SILP-SB-PR-10192024-2 | SMITH | Identification | Sister Stephanie from S1M3Q6 writing in --- michael needs to write in himself as he is 48 |
| Jodi Harris-Rivero | 22/Oct/2024 10.13 AM | SILP-SB-PR-10192024-2 | MICHAEL SMITH | Issue Resolution | We had the worst experience ever on this ship from the time we walked on the boat till the time we walked off the boat. The so called doctor on board needs his license taken as to he missed diagnosed my brother who was first diagnosed with septic and mission sickness and turned out to be he never was septic he had a stroke Friday October 18th. We need someone to contact us asap do discuss more. My phone number is 412-584-1714 thank you! (3rd party response) |
| Christine Stine | 29/Oct/2024 11.20 AM | SILP-SB-PR-10192024-2 | MICHAEL SMITH | Issue Identification | CARE Team request to contact TW, nephew, Eric requesting Michaels experience. |
| Christine Stine | 29/Oct/2024 11.23 AM | SILP-SB-PR-10192024-2 | MICHAEL SMITH | Pause For Investigation | pausing to confer w/ Jodi on if same line needs to be taken with nephew (TW, cabin mate) |
| Christine Stine | 01/Nov/2024 10.07 AM | SILP-SB-PR-10192024-2 | MICHAEL SMITH | Issue Resolution | Michaels nephew and TW, Eric contact request from CARE Team to discuss Michaels experience. Confirmed with LP to use third party verbiage advising Michael to w/i on his own. Using verbiage previously sent to sister previously. |
| Michael Celedonio Tungol | 19/Oct/2024 10.42 AM | I-SB-PR-10192024-6 | MICHAELSMITH | WrapUp Comments | N/A |
| Maurice Vega | null | I-SS-03172025-12 | MICHAELSMITH | WrapUp Comments | N/A |
| ICare application account | 22/Oct/2024 10.28 AM | IC-SS-10202024-256 | MICHAELSMITH | WrapUp Comments | N/A |
| ICare application account | 20/Oct/2024 04.32 PM | IC-SS-10202024-256 | MICHAEL SMITH | File | Original-email.eml |