# EXHIBIT "G"

**Dr. Merkler's Expert Report**

**Alexander E. Merkler, MD, MS**
Board-certified Neurologist and Neurointensivist
Assistant Professor of Neurology and Neuroscience
Weill Cornell Medical College / New York Presbyterian Hospital
Email: nycbraindoc@gmail.com
Phone: 917-373-8523

Gray Robinson, P.A.
Northbridge Centre
515 N. Flagler Drive, Suite 650,
West Palm Beach, FL 33401

June 2, 2026

Re: Michael Smith

To Whom It May Concern:

I am a board certified neurologist and I am certified in the subspecialty of neurocritical care by the United Council for Neurological Subspecialties. I graduated from Brown University and received my medical degree from NYU School of Medicine. I completed a neurology residency at New York Presbyterian Hospital/Weill Cornell Medical College where I served as Chief Resident. I then completed a Neurocritical Care Fellowship at Cornell/Columbia University and received a Master's Degree in Clinical and Translational Investigation from Cornell University. I currently serve as an attending neurologist at New York Presbyterian Hospital/Weill Cornell Medical College, where I routinely take care of patients with neurological disorders. I am also an Assistant Professor of Neurology and Neuroscience at Weill Cornell Medical College and the Brain and Mind Research Institute. I have authored more than 100 publications in peer reviewed medical journals on neurological disorders. I also serve as a peer reviewer for several medical journals including JAMA, Neurology, Stroke, Journal of the American College of Cardiology, Circulation, Neurocritical Care and Hypertension. I have given multiple invited lectures on neurological disorders at the International Stroke Conference, the American Academy of Neurology, and at other courses around the world. Finally, I routinely give lectures to residents, medical students, and nurses at Weill Cornell Medical College on the management and treatment of neurological disorders. Please see my CV for additional details.

I have reviewed the following materials regarding Mr. Smith:

- Medical records from
    - Sea Care Medical Center aboard the Carnival Pride
    - Encompass Health
    - Highmark Health
    - Medstar Harbor Hospital and Medstar Franklin Square Medical Center
    - Giant Eagle Pharmacy
    - Gallagher Home Health Services
- Imaging from MedStar Franklin MedStar Medical Center and MedStar Harbor Hospital
- Depositions of
    - Eric Grimm
    - Michael Smith

***Medical history prior to the event of October 2024:***

Review of the medical records reveals that Mr. Smith was a 49-year-old man with type 2 diabetes, hypertension, hyperlipidemia, morbid obesity with a BMI of 43, chronic bilateral knee pain, and a history of a left patella replacement and heel surgery. He lived with his cousin in a 2-level home, close to his two daughters. He was reported to be on disability "because of reading and writing inability."

***Events of October 2024:***

On 10/18/24, at roughly 7:16pm, he attended the ship's medical facility where he was seen by Debra Dube, RN, who noted "I received a call from guest services regarding a guest who was reported to be vomiting in his cabin and unable to walk. I found the guest sited on a chair. Fully conscious, alert and communicating well. He complained of general body weakness, vomiting and soft stools since two days ago. He stated that he vomited more than 10 times, and he hasn't eaten anything since then. He denied shortness of breath and chest pain. Denied abdominal pain. He was brought down to the medical center on a wheelchair. Vital signs were checked and recorded. He denied any allergies to medication. Known with Diabetes on treatment. The patient has a septic left big toe nail. Referred to the physician for evaluation." Vital signs at the time noted a normal temperature, a heart rate of 100 bpm, a blood pressure of 132/71, saturating normally on room air. His blood glucose level was 369 mg/dl. His Glasgow Coma Scale (GCS) was documented to be 15.

At roughly 7:23pm, he was seen by Nikhil Maharaj, MD, who noted "VOMITING, DIARRHEA, LETHARGY, **Onset 2 days ago,** Multiple episodes (more than 10) of vomiting and soft stools (not watery) for the past 2 days with loss of appetite (has not eaten today) No nausea currently. No fever, headaches, shortness of breath, coughing, chest pain, abdominal pain, blurred vision, dysuria, frequency. No history or DKA, HHS, MI, stroke. Has very high RBS all the time (ranging between 320-380) - has an appointment with his PCP when he returns home. Does not drink alcohol or smoke." At roughly 7:24pm, Dr. Maharaj documented the neurologic examination as "PERRLA. Ocular motility: Normal EOM… Oriented to person, place, and date. CN II-XII intact. Strength and sensation symmetric and intact throughout. Patellar, Brachial, and brachioradialis reflexes 2+ bilaterally. Steady gait, negative Romberg test." At roughly 7:45pm, RN Dube documented "Seen and examined by the physician. Vital signs checked and recorded. IV line size 18G inserted by Dr Maharaj. Bloods for CBC, Chem 8 and blood gas collected and processed. Results seen by the physician. Normal saline 1 liter IV administered as fast drip." At 8:23pm, RN Dube noted "First liter of Normal saline completed. Another liter normal saline administered as ordered by the physician. Actrapid 10iu sc administered as ordered by the physician. Ceftriaxone 2G IV administered as ordered by the physician."

Repeat vital signs at 8:30pm, were unchanged, and his GCS remained 15. Repeat vital signs at 9:30pm, were unchanged, and his GCS remained 15. Repeat vital signs at 11:10pm, were unchanged, and his GCS remained 15. By this time his blood glucose was 266 mg/dl. At roughly 8:34pm, Dr. Maharaj noted "Guest presented to MC in a wheelchair accompanied by his family. Called by nurse on call Debra to access guest in MC - she responded to guest in cabin. Vital signs stable with high RBS Examination revealed potential source of infection as big toe - awaiting x-ray to access for potential osteomyelitis Gas revealed hyperglycemia without diagnosis of DKA (AG currently 14) To fluid hydrate and repeat gas He currently feels better with no vomiting/ diarrhea episodes in MC. He complains of dizziness which started with the rocking of the ship Advised admission in MC for monitoring however he would prefer to go back to his cabin, I have advised guest on need for x-ray and repeat blood tests and he agrees. Advised guest on referral to hospital for further care however he would prefer to go to his own hospital back home as he feels comfortable there."

At roughly 9:14pm, Dr. Maharaj documented "Left foot big toenail separated from surface but still attached by nail bed - foul smelling Area cleaned with sterile gauze and sterile water Dressed with paraffin gauze and wrapped in crepe… Advised to hydrate with fluids and rest adequately. To call 911 for any emergency. To keep IV cannula insitu (he understands its a potential infection risk). To follow-up mane at 09h00. To see PCP as soon as he gets home for definitive management and optimization of medication. He understands and agrees

with plan." At roughly 9:40pm, Dr. Maharaj noted that "He feels more energetic than when he presented however is still dizzy made worse by motion of ship." At roughly 10:42pm, Dr. Maharaj noted "Guest explained that he is feeling much better. He is no longer dizzy and is not nauseous. He is tolerating oral intake of water… Great improvement in acid-base balance with lactate now within normal ranges."

On 10/19/24, at roughly 9:23am, his vital signs were documented as a heart rate of 96 bpm, a blood pressure of 145/80, with a normal oxygen saturation on room air, and a blood glucose of 341 mg/dl. His GCS remained 15. By 11:05am, his vital signs and GCS were stable. Alan Acebu, RN, noted "Patient stated of still has vomiting episode." IV fluids, promethazine, ondansetron and insulin were administered. At roughly 9:48am, Dr. Maharaj noted "Guest presented to MC in a wheelchair for follow-up Slept well upon discharge from MC but then started vomiting at 03h00 this morning (multiple episodes) - MC was not made aware. No further episodes of loose stools. He now feels nauseous and dizzy made worse by motion of ship. Raised blood pressure and RBS. For hydration and repeat chem 8 and gas."

At 10:13am, Dr. Maharaj noted "Chem 8/ VBG within normal ranges Guest is sleeping peacefully in ICU - stable vital signs For hourly glucose monitoring as per sliding scale For referral to Baltimore Hospital mane Guest explains he is a first time cruiser and this may be attributed to motion sickness, however his foot as being a potential source of infection with uncontrollable RBS needs to be further investigated and optimized."

Periodic GCS checks were documented throughout the day and night, roughly every 3 hours and were stable at 15.

At 5:16pm, Dr. Maharaj noted "Guest says he is feeling tired and dizzy as the ship rocks (due to bad weather). He is sleeping peacefully in ICU bed. He has no further episodes of vomiting and is not nauseous now. His vital signs have been stable, and his RBS is < 250mg/dl for more than 4 hours (on sliding scale). He is tolerating sips of water He is clinically well hydrated I have explained to guest that due to his stable vital signs, being well-hydrated and having controlled RBS for more than 4 hours, he is potentially stable to be in his cabin and to return for follow-up; he understands and agrees with plan."

At 6:10pm, Dr. Maharaj noted "Guest still remains with stable vital signs RBS controlled on sliding scale Guest is however too lethargic to stand Repeat Chem 8 and VBG done."

On 10/20/24, his final documented vital signs noted a heart rate of 96 bpm, a blood pressure of 145/83, a blood glucose of 201 mg/ml, and a GCS of 15. At roughly 8:04am, Dr. Maharaj documented the neurologic examination as "PERRLA. Ocular motility: Normal EOM… Oriented to person, place, and date. CN II-XII intact. Strength and sensation symmetric and intact throughout. Patellar, Brachial, and brachioradialis reflexes 2+ bilaterally. Steady gait, negative Romberg test." Shortly after, Dr. Maharaj documented "Guest is sleeping peacefully in ward bed. Nil issues reported throughout the night He is tolerating oral sips of apple juice with no further vomiting episodes reported RBS stable throughout night and consistently below 15mmol/l since 12h00 yesterday. Vital signs stable Awaiting ambulance expected to arrive at 10h00 He has no complaints and is feeling much better."

At 10:38am, Mduduzi Madonda, RN, documented "Guest transferred to hospital by ALC paramedics Left in trolly condition satisfactory Vital signs stable BP 154/87 mmHg, HR 93bpm RR 16 bpm, Spo2 94%."

EMS transported him to Harbor Hospital and documented that "pt was found on scene with weakness and vomiting for past three days."

***MedStar Habor Hospital (10/20/24 – 10/21/24)***

At roughly 11:13am, he was seen by triage nurse Elizabeth Middleton, RN, who noted "pt c/o nausea, vomiting and dizziness starting Friday. pt being sent from cruise."

At roughly 11:35am, CT head was performed, revealing "Findings most consistent with a subacute infarct in the central and right cerebellum. Further evaluation with MRI/MRA is recommended."

At roughly 12:08pm, ED physician Christopher Wilbert, MD, documented “49-year-old male coming in from a cruise ship for 2 days of dizziness and vomiting. He said he started feeling dizzy on Friday, while al sea. Dizziness is not vertiginous in nature, but rather that he feels off balance when he stands up and tries to walk. He had multiple episodes of vomiting. He went to the shipyard infirmary. Per my review of the cruise ship physician's notes, he was being treated with ceftriaxone for a left great toenail infection. His blood work was remarkable for hyperglycemia without DKA. He was treated with insulin and fluids.” The neurologic examination was notable for “he was quite dysmetric with the finger to nose on the right; left was more subtle… not tnk candidate 2/2 time of onset.” The NIHSS was 2.

At roughly 2:26pm, MRI of the brain with and without contrast with MRA revealed “1. Hemorrhagic lesion in the right superior cerebellum with ADC/DWI signal concordant with acute infarct right superior cerebellum no vasogenic edema. Very subtle curvilinear enhancement may be luxury perfusion and vessels. No subarachnoid or subdural hemorrhage. Trace punctate hemorrhage in the occipital poles. Stability imaging suggested.” The accompanying MRA neck was read as “Normal MRA neck. No dissection.”

At roughly 3:51pm, Regina Dennis, RN, noted “Notified ICU team that pt appears more drowsy, and ataxia in upper extremities appears more pronounced. Pt still oriented x4, no other acute changes, vision intact, speech still at baseline from when presenting to ED. Will continue to monitor.”

At roughly 4:39pm EDT, he was seen by neurologist Samuel Miller, MD, who noted “Mr Michael Smith is a 49 year old male with a past medical history of T2DM (NIDDM), HTN, HLD who presented to the ED at MHH on 10/20/24 from a cruise ship with 2 days of balance difficulty, dizziness, nausea, and vomiting. His symptoms began on Friday, 10/18/2024, greater than 24 hours ago. He noted that his right arm was not working right and that he was falling to the right. People of noticed that his speech is slurred but he feels that he is speaking at his normal level just without his dentures. His sister states that his speech is at the baseline, but his daughter felt there was some slurring. He denies any complaints of weakness or numbness. There are no vision changes. No double vision or loss of vision. He denies any headache. There was no recent head or neck injury. He has never had any similar symptoms in the past.” The neurologic exam was notable for mild dysarthria, no nystagmus, and “fine movement are moderately impaired in the right hand… Finger to nose testing is markedly abnormal on the right. Poor heel-to-shin on the right.” Dr. Miller’s impression was “Acute right cerebellar CVA.” The plan was to admit him for monitoring. Aspirin was continued.

He was admitted by Gayathri Murthy, MD, and Francois Gregoire, MD, who noted “presented to the ED at MHH on 10/20/24 from a cruise ship with several days of dizziness, nausea, and vomiting. He stated it started while at sea and he was feeling dizzy when standing. This started on Friday, 10/18.” Dr. Murthy further noted “He states he was in his usual state of health up until Friday morning i.e. 10/18/2024 when he woke up and was unable to "find his balance" while standing. He ambulates independently at baseline.”

On 10/21/24, at roughly 2:47am, he underwent a repeat CT head without contrast revealing “Slight increase in vasogenic edema compared to prior extending to superior cerebellar vermis. The right superior cerebellar lesion appears more hyperdense compared to prior which may represent increased hemorrhage. Follow-up MRI without and with gadolinium-based contrast medium suggested to characterize the lesion to assure no underlying mass within infarcted tissue.”

He was seen by neurologist Robert Reif, MD, who noted “Repeat Head CT this morning showed some worsening vasogenic edema but no change in his symptoms… I personally reviewed his Head CT from this morning, which shows some increased vasogenic edema in the right cerebellum compared to his Head CT yesterday and some hyper density within the infarct consistent with the petechial hemorrhage seen on MRI. There is mass effect on the 4th ventricle but no signs of hydrocephalus… He clinically looks very good right now but is at very high risk of developing hydrocephalus due to compression of the 4th ventricle, which would require timely neurosurgical intervention. -I think that he would benefit from transfer to a neuro-ICU for closer monitoring and the ability to intervene quickly if hydrocephalus develops.”

The case was discussed with neurosurgery on call Jugal Shah, MD, who advised transfer. He was transferred to the Neuro ICU at Franklin Square Hospital for closer monitoring. His examination on discharge was noted as "AOx3. Spontaneous and antigravity within all extremities. Right dysmetria noted on finger to nose (normal on left). 5/5 strength throughout. No pronator drift. Mild dysarthria."

***Franklin Square Hospital Center (10/21/24 – 10/26/24)***

On 10/21/24 he was admitted to the NCCU by Jessica Stecklein, PA-C and Kim Tildon, PA-C, who noted "found to have a RT subacute RT cerebellar infarct, today with worsening cerebral edema and poss small hemorrhagic conversion, transferred to NCCU for further neurocritical care monitoring and management." The examination was documented as "alert and oriented times 4 pupils equal and reactive, no nystagmus, no gaze deviation cranial nerves intact slight dysmetria noted with right hand strength, rom and sensation intact all extremities… right great toe partial amputation."

***Encompass Health Rehabilitation Hospital (10/26/24 – 11/9/24)***

On 11/9/24, his discharge summary noted "This is a 49-year-old right-handed male who was on a Caribbean cruise when he developed symptoms. He tells me that the cruise physician initially thought he had sepsis related to a left great toe infection. When he arrived back at port he went to the hospital with continued complaints of dizziness, gait disturbance, nausea, and vomiting. He was found to have a right cerebellar infarct with trace punctate hemorrhage in the occipital poles. CTA did not reveal carotid or vertebral stenosis. EKG revealed a right bundle branch block. He is now medically stable and transferred from Baltimore Maryland for intensive inpatient rehabilitation." At discharge his level of function was noted to be "sit to stand transfers with moderate assistance. Ambulating 3-4 steps with minimal assistance. Maximal assistance for ADLs."

The discharge summary noted "He participated in physical, occupational and speech/cognitive therapies. He made good progress physically and discharged home with wife and family support. His stay was otherwise uncomplicated except for the ataxia that was present with his stroke syndrome. However, neurologically he had improved nicely as the ataxia continue to improve. He was initially quite upset at how long the anticipated discharge would be, but as time went on he began to give mental assent to the situation and realize that he was taking a lot of his health care for granted and he was thankful for our team approach to help him improve and encouraged him that his prognosis over the first 1 to 3 months is very important for stroke recovery."

***Deposition of Michael Smith***

During his deposition, Mr. Smith gave the following answers:

> *Q. Did you ever tell anyone at any point in time, prior to you going to the medical center on October 18, that you had been experiencing nausea and dizziness and seasickness for the past two days?*
>
> *ATTORNEY HOFFMAN: Objection, asked and answered.*
>
> *THE WITNESS: No, sir...*
>
> *Q. And you're 100 percent sure of that?*
>
> *A. Yes, sir.*
>
> *Q. Did you complain to anyone in your traveling party on October the 16th that you were not feeling well?*
>
> …
>
> *Q. All right. So when you woke up on October the 18th, were you also feeling fine?*
>
> *A. On what day?*
>
> *Q. October the 18th.*

*A. I can't recall. I know supposedly they took me down. I was out of it. Medically, I was out of it.*

*Q. All right. So you do not recall, when you woke up on the morning of October 18, how you were feeling?*

*A. I was feeling like the 18th, I think I woke up throwing up, pissing, shitting. And I told my nephew to call my sisters. "Call them. Something is wrong."*

*Q. Okay. Your nephew was in Freeport from 8:54 a.m. until 9:39 a.m. What were you doing during the time he was in Freeport?*

*A. Sick.*

*Q. In your cabin?*

*A. In my cabin.*

*Q. And when you say "sick," what were your symptoms?*

*A. Throwing up, shitting, pissing, and couldn't walk.*

*Q. Why didn't you call for medical assistance?*

*A. I couldn't move.*

*Q. Are you saying you felt that way before your nephew went off the ship or after?*

*A. It was I think it was he said "Do you feel okay?" I said, "I'll feel all right, Son." Yeah. He's like a son to me. And I said, "Go enjoy yourself. Don't worry about me." When he came back in I was like, "Call someone now. And he called my sisters that were in the same hallway, the same floor, same everything. My sisters came in and said, "You're going downstairs. We're calling." That's when they discovered it was going to cost money to go down.*

*Q. So your nephew asked you before he got off the ship if you were feeling okay and you told him he could go?*

*A. Yes.*

*Q. But you weren't feeling okay?*

*A. I wasn't feeling okay. If the day was the 18th whatever the 18th or 19th, they sent me up to my state room. I didn't know my name. I was messed up. Worse I ever felt in my life.*

*Q. So why did you tell your nephew that he can go and enjoy himself then?*

*A. Because it was his first time on the cruise.*

*Q. In hindsight, should you have called the medical center then?*

*A. Yes. Yes.*

*Q. So if according to Carnival's records your nephew came back on to the ship at 9:39 a.m., when was the next time you saw him?*

*A. He wouldn't leave my side.*

*Q. So he remained in the cabin with you?*

*A. Pretty much. As much as I can recall. He was pretty broken up.*

*Q. If he was in the cabin with you starting at 9:30 a.m., some short period of time thereafter, why did you all wait until 7:15 to call the ship's medical center?*

*A. I don't recall. I don't recall. I know my sisters were asking me what I was doing, how I was doing. And I -- I -- they said I changed colors. I don't know anything.*

***Deposition of Eric Grimm***

In his deposition, Mr. Grimm gave the following answers:

*Q. Okay. Next day is Day 5. It's October the 17th and the ship is scheduled to be at Half Moon Cay. That's an island in the Bahamas. What time did you wake up that morning?*

*A. Same time as usual. 10:00 or 11:00.*

*Q. NOW, according to Carnival's records, you got off the ship at 10:05 a.m. and got back at 12:05 p.m.; does that sound right to you?*

*A. Yes.*

*Q. And that's the first time you would have got off the ship; right?*

*A. I think that's the only time I got off the ship.*

*Q. Was the rest of the family with you?*

*A. Yes. Not Mike, though.*

*Q. Why didn't he go?*

*A. Because he was feeling seasick well, we thought it was seasickness.*

*Q. So you have a memory of him, the morning of October the 17th, he was not feeling well?*

*A. Yes.*

*Q. How did he describe it to you?*

*A. He was tired. He was just wasn't I think he was puking. I think it was hard for him to move. I think he was just, like, dizzy.*

*Q. All right. And so you said that you thought it was seasickness?*

*A. Yeah. That's what we all thought it was.*

*…*

*Q. So did you physically see him vomiting on the morning of October 17?*

*A. I'm not sure. I'm not sure exactly if he was vomiting or if it was just, like, spit. Like, he had a bucket, but I'm not sure if he was vomiting or if it was just like mucus or spit.*

*Q. Did you witness this'*

*A. Yes.*

*Q. Why did he have a bucket?*

*A. Because he wasn't feeling good.*

*Q. Okay.*

*A. He just felt like he was going to throw up.*

*…*

*Q. Okay. And when you came back to the cabin, was he there?*

*A. Yes.*

*Q. What was he doing?*

*A. He was in the bathroom puking. He had all of his clothes off. Diarrhea. I asked if he needed any medical assistance or anything.*

*…*

*Q. So when you left on October 17 and went to Half Moon Cay and had the lunch and then got back on the ship, did he appear worse to you than he had looked when you left?*

*A. Yes .*

*Q. How so?*

*A. Before I went, he wasn't in the bathroom. He was just puking in the bucket. Whenever I came back, he was in the bathroom, like, puking and diarrhea.*

*…*

*Q. So were you present in the cabin when somebody from the medical staff appeared in the cabin to evaluate him?*

*A. Yes.*

*Q. Okay. And do you know who that person was?*

*A. I don't know.*

*Q. Were you present when that person asked questions to your uncle?*

*A. Yes.*

*Q. And did your uncle tell that person that he had been experiencing general body weakness, vomiting, and soft stools for the past two days?*

*A. Yes.*

*Q. He said that?*

*A. Yes.*

*Q. And did he tell that person that he had vomited more than ten times?*

*A. Yes.*

***Summary***

Mr. Smith was a 49-year-old man with multiple vascular risk factors including diabetes, hypertension, hyperlipidemia, and obesity, who developed nausea, vomiting, dizziness, imbalance, and difficulty walking while on a cruise in October 2024. When he presented to the ship medical facility on 10/18/24 at roughly 7:16pm, the contemporaneous nursing and physician documentation recorded that these symptoms had been present for approximately two days, although during later deposition testimony he disputed that timeline and stated that he became ill during the morning of 10/18/24, sometime before 9:39am. His roommate, however, testified that Mr. Smith had first appeared unwell beginning on 10/17/24 with vomiting and dizziness. He received medical therapy for dehydration, hyperglycemia and a suspected infection onboard, and he was transferred to hospital on 10/20/24, where imaging demonstrated a right cerebellar infarction with hemorrhagic transformation. Neurovascular imaging did not identify a large vessel occlusion or arterial dissection.

***Opinions:***

***All of my opinions are stated to a reasonable degree of medical certainty:***

1. **Mr. Smith sustained an ischemic stroke of his right cerebellum and by the time he presented to the cruise ship medical facility on 10/18/24, he was not a candidate for any reperfusion-based stroke therapies, including intravenous thrombolysis or mechanical thrombectomy.**

Mr. Smith suffered an acute ischemic stroke at some point prior to the morning of 10/18/24 when he presented to the ship's medical facility. The two principal emergent reperfusion therapies used in modern stroke care are intravenous thrombolytic therapy with a medication such as Alteplase or Tenecteplase, and mechanical thrombectomy. Intravenous thrombolytic therapy involves the administration of a clot-dissolving medication within 4.5 hours from last known well time, or the last time a patient was at their last known normal. Mechanical thrombectomy is an endovascular procedure used to remove clot from a large artery supplying the brain in carefully selected patients with large vessel occlusion.

The contemporaneous medical records and testimony support that Mr. Smith's symptoms of dizziness, nausea, vomiting, imbalance, and difficulty walking began well before his presentation to the ship medical facility on the evening of 10/18/24. The shipboard nursing and physician documentation recorded that these symptoms had been present for approximately two days at the time of evaluation, and Mr. Smith's roommate and nephew similarly testified that Mr. Smith had appeared ill beginning on 10/17/24 with dizziness and vomiting from presumed seasickness. Even under Mr. Smith's own deposition testimony, he described remaining in his cabin for many hours – from waking in the morning of 10/18/24, prior to his nephew disembarking at Freeport from 8:54am until 9:39am – with severe nausea, vomiting, and an inability to walk before ultimately presenting to the ship medical facility at approximately 7:16pm that evening, at least 9 hours later.

In light of this timeline, by the time Mr. Smith presented to ship medical personnel, he was already outside the accepted treatment window for intravenous thrombolytic therapy. Thus, by the time that he reached the ship's medical facility on 10/18/24, he was not a candidate for intravenous thrombolysis.

In addition, subsequent vascular imaging performed after transfer to hospital did not identify a large vessel occlusion. Thus, he was never a candidate for mechanical thrombectomy.

2. **There was nothing that could or could not have been done while aboard the cruise ship would have altered the neurological outcome of Mr. Smith.**

Even assuming that the onboard medical team had immediately attributed Mr. Smith's symptoms to an acute cerebellar stroke at the time of his first evaluation on 10/18/24, there is no evidence that earlier recognition would have changed his ultimate neurological outcome. As discussed above, by the time he presented to the medical facility, he was already outside of the window to administer thrombolytic therapy, and he did not have a vessel occlusion amenable to thrombectomy. In other words, had this episode occurred on land and had he presented to a comprehensive stroke center on the evening of 10/18/24 (when he presented to the ship's medical facility), he would not have been a candidate for these therapies and his outcome would have been exactly the same as it was while aboard the cruise.

His neurological deficits at the time of hospital presentation were relatively mild, consisting primarily of dysmetria and mild dysarthria, and his later transfer to a Neuro ICU occurred because of concern for delayed cerebellar edema, which is a known aspect of the natural history of cerebellar infarction. There was no evidence of sequential infarctions, recurrent stroke, or another evolving vascular event that would suggest that delay in diagnosis resulted in additional brain injury. Accordingly, there is no evidence that earlier recognition of stroke while onboard the cruise ship would have altered the ultimate neurological outcome.

All of my opinions are to a reasonable degree of medical certainty and based upon my review of the materials as well as my experience, training, and knowledge. I reserve the right to modify and/or supplement my opinions as discovery continues and more information becomes available, or in response to Plaintiff's expert reports or cross examination questioning.

Sincerely,

Alexander E. Merkler, MD, MS