# EXHIBIT "I"

**Dr. Razack's Expert Report**

**Expert Opinion: Nasser Razack, MD, JD**
Diagnostic Neuroradiologist and Neurointerventional Surgeon Board-Certified in Diagnostic Radiology with Focused Practice in CNS Endovascular Surgery
**Re: Smith v. Carnival Corporation.**

**Date of Opinion: June 15, 2026**

I have reviewed the provided medical records from the Carnival Pride shipboard medical center, hospital records from MedStar Harbor Hospital and Franklin Square Hospital Center, imaging, and clinical findings, and relevant Carnival policies and medical literature. As a diagnostic neuroradiologist and neurointerventional surgeon with extensive experience in stroke imaging interpretation, acute cerebrovascular diagnosis, and endovascular management, I offer the following opinions to a reasonable degree of medical probability.

Carnival Corporation's stated policy on shipboard medical staffing and equipment requires that its medical centers "meet or exceed the standards established by the Cruise Lines International Association (CLIA) and the American College of Emergency Physicians (ACEP)."[1] These standards emphasize timely recognition, evaluation, and management of medical emergencies, including stroke, with appropriate escalation to shoreside care when specialized imaging or intervention is needed.

Dr. Nikhil Maharaj deviated from these standards in the care of Mr. Michael Smith on October 18–20, 2024, by failing to perform an adequate neurological examination focused on cerebellar function, failing to recognize or properly document signs and symptoms consistent with an acute cerebellar stroke (right superior cerebellar artery [SCA] territory), and failing to escalate promptly for neuroimaging and potential intervention. These deviations directly breached ACEP-recommended practices for suspected acute ischemic stroke, particularly in patients with vertigo and/or dizziness.[2] Furthermore, the foundational neurological examination for patients presenting with acute dizziness or vertigo-coordination testing (finger-to-nose, heel-to-shin, and rapid alternating movements), assessment of gait and truncal ataxia, and ocular motor observation for spontaneous nystagmus-was neither performed nor documented.[3] This omission constitutes an independent and material breach of the standard of care when evaluating possible central etiologies such as cerebellar stroke in the setting of acute dizziness and/or vertigo.

**Imaging Evidence of Stroke Timing and Presence on October 20, 2024**

The non-contrast head CT performed at MedStar Harbor Hospital on October 20, 2024, at approximately 11:34 AM demonstrated hypodensity within the right superior cerebellum, consistent with an acute infarct in the right SCA territory. On CT, ischemic changes such as hypoattenuation in cerebellar infarcts reflect cytotoxic edema and tissue infarction that typically become visible within 24-48 hours. This finding indicates that the infarct was already established by the morning of October 20, 2024, prior to Dr. Maharaj's documented examination at 08:04 AM.

**Impossibility of a Normal Cerebellar Examination with Right SCA Infarct**

At 08:04 AM on October 20, Dr. Maharaj documented a neurological exam noting the patient as "oriented to person, place, and date. CN II-XII intact. Strength and sensation symmetric and intact throughout. Patellar, Brachial, and brachioradialis reflexes 2+ bilaterally. Steady gait, negative Romberg test." No cerebellar-specific testing (e.g., finger-to-nose, heel-to-shin, dysmetria assessment, or intention tremor evaluation) was documented. At 08:07 AM, he noted the patient had "no complaints and is feeling much better."

This examination is incompatible with a right SCA territory infarct. Right SCA infarcts classically produce ipsilateral limb and gait ataxia, dysmetria, intention tremor, dysarthria, and lateropulsion/falling to the affected (right) side due to involvement of the superior cerebellar hemisphere and vermis, which coordinate ipsilateral motor control, posture, and speech articulation. Nausea, vomiting, and dizziness/vertigo are common due to disruption of vestibular integration. A "steady gait" with no mention of cerebellar testing is implausible in the presence of an established infarct causing these deficits. As a neurointerventional surgeon who routinely correlates imaging with clinical findings, I opine that a patient with imaging-confirmed right superior cerebellar hypodensity could not have exhibited a truly normal cerebellar examination. The documented findings strongly indicate that an adequate targeted cerebellar neurological examination was not performed.

**Contrast with Dr. Bennett's Examination and History**

In contrast, the neurology consultation by Dr. Samuel Bennett on October 20 documented clear cerebellar deficits: "Finger to nose testing is markedly abnormal on the right. Poor heel-to-shin on the right." He also elicited a history of right arm "not working right," falling to the right, and slurred speech noticed by family—classic ipsilateral signs of right SCA infarction. These symptoms align precisely with right SCA territory involvement. Dr. Maharaj's records lack documentation of these key historical elements or cerebellar testing despite ongoing complaints of dizziness, nausea, vomiting, and lethargy over multiple days.

**Failure to Apply ACEP-Recommended Practices**

ACEP's 2023 Clinical Policy on acute ischemic stroke emphasizes comprehensive neurological examination, including targeted assessment for posterior circulation involvement in patients with vertigo and/or dizziness.[2] Cerebellar signs (ataxia, dysmetria) and additional neurologic deficits warrant urgent neuroimaging and escalation. Dr. Maharaj's approach (attributing symptoms primarily to motion sickness, hyperglycemia, or foot infection without adequate cerebellar evaluation or timely shoreside transfer for imaging) deviated from these standards.

**Causation and Outcome**

More likely than not, had Dr. Maharaj performed and documented a proper cerebellar examination on October 18, he would have identified deficits consistent with right SCA infarct. This would have prompted earlier evacuation and shoreside imaging, potentially allowing consideration of thrombolytic therapy before progression. This delay contributed to confirmed infarction with subsequent edema, ICU monitoring, and irreversible harm.

**References**


1. Carnival Help Center. Shipboard Staffing and Equipment / Medical Emergencies (Article ID 1194).
2. Lo BM, Carpenter CR, et al.; American College of Emergency Physicians Clinical Policies Subcommittee. Clinical Policy: Critical Issues in the Management of Adult Patients Presenting to the Emergency Department With Acute Ischemic Stroke. *Ann Emerg Med*. 2023;82(2):e17-e64.
3. Edlow JA, Carpenter CR, et al. Guidelines for reasonable and appropriate care in the emergency department 3 (GRACE-3): Acute dizziness and vertigo in the emergency department. *Acad Emerg Med*. 2023;30(5):442-486.
4. Radiopaedia.org. Cerebellar infarction. Accessed June 14, 2026.
5. StatPearls. Cerebellar Infarct. NCBI Bookshelf. Updated 2025.


I reserve the right to amend this opinion based on additional materials. This opinion is based on my training, experience, and the materials reviewed.

**Nasser Razack, MD, JD**

Diagnostic Neuroradiologist and Neurointerventional Surgeon

June 15, 2026