**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CV-24611-DPG/DSW**

**MICHAEL SMITH,**

**Plaintiff,**

**v.**

**CARNIVAL CORPORATION, ET AL.,**

**Defendants.**
______________________________________/

## ORDER SETTING SETTLEMENT CONFERENCE

**THIS CAUSE** is before the Court upon the Honorable Darrin Gayles's Order [ECF No. 136] referring this case to undersigned to conduct a settlement conference. It is hereby **ORDERED AND ADJUDGED** that the Parties shall appear before this Court for a **SETTLEMENT CONFERENCE** on **Friday, December 4, 2026 at 11:00 a.m.** The settlement conference will be conducted at **299 E. Broward Blvd., Courtroom 203-D, Fort Lauderdale, Florida, 33301**.

The following procedures shall apply to the Settlement Conference:

1. **CONFIDENTIAL SETTLEMENT STATEMENT**: The Parties shall each submit a brief Confidential Settlement Statement via email to shaw-wilder@flsd.uscourts.gov **no later than 5:00 p.m. on Wednesday, December 2, 2026**. The confidential statement shall be no more than TEN (10) PAGES, double-spaced, setting forth the party's position on settlement, the results of any settlement negotiations previously held, and any other information that may be helpful in resolving this matter.

**2. CONTINUANCES:** Any motion to continue the Settlement Conference must be filed **before November 16, 2026** and propose one or more of the following alternative dates mutually agreed upon by the Parties: November 24, 2026, December 3, 2026, or December 18, 2026.

**3. ATTENDANCE REQUIREMENTS:** Parties with ultimate settlement authority must be personally present at the conference along with their counsel of record. An insured party's appearance shall include a representative of the insurer who is authorized to negotiate and who is authorized to settle the matter up to the coverage limit of the insured's policy. An uninsured corporate party shall appear through a representative who is authorized to negotiate and who has full authority to settle the matter on behalf of the corporation.

**4. CONFIDENTIALITY:** All representations and statements made at the Settlement Conference shall remain confidential. The Settlement Conference shall be conducted without a court reporter and will not be recorded.

**5. PRE-CONFERENCE SETTLEMENT:** In the event this matter settles prior to the scheduled Settlement Conference, the Parties shall immediately advise the undersigned's chambers at shaw-wilder@flsd.uscourts.gov.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 3rd day of November 2026.

**DETRA SHAW-WILDER**
**UNITED STATES MAGISTRATE JUDGE**

cc: Counsel of Record