**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:25-CV-24611-DPG/DSW**

MICHAEL SMITH,

Plaintiff,

v.

CARNIVAL CORPORATION LTD. f/k/a
CARNIVAL CORPORATION,
NIKHIL MAHARAJ, M.D., and
LETLHOGILE RANTLERU, M.D.,

Defendants.
_____________________________________/

**JOINT MOTION TO CONTINUE SETTLEMENT CONFERENCE TO DECEMBER 18, 2026**

Plaintiff, MICHAEL SMITH, and Defendant, CARNIVAL CORPORATION LTD. f/k/a CARNIVAL CORPORATION, by and through their respective undersigned counsel, and pursuant to Paragraph 2 of this Court's Order Setting Settlement Conference [ECF No. 151] and Local Rule 7.1, jointly move to continue the Settlement Conference presently set for Friday, December 4, 2026, to Friday, December 18, 2026, one of the alternative dates provided by the Court. In support, the Parties state as follows:

1. On November 3, 2026, following the Honorable Darrin P. Gayles's Order [ECF No. 136] referring this case to the Magistrate Judge for a settlement conference, this Court entered its Order Setting Settlement Conference [ECF No. 151], setting the Settlement Conference for Friday, December 4, 2026, at 11:00 a.m., at 299 E. Broward Blvd., Courtroom 203-D, Fort Lauderdale, Florida 33301, with Confidential Settlement Statements due by 5:00 p.m. on Wednesday, December 2, 2026.

2. Paragraph 2 of the Order provides that any motion to continue the Settlement Conference must be filed before November 16, 2026, and must propose one or more of the following alternative dates mutually agreed upon by the Parties: November 24, 2026, December 3, 2026, or December 18, 2026. This Joint Motion is timely filed and proposes one of the Court's stated alternative dates.

3. Counsel for the Parties have conferred and confirmed that Friday, December 18, 2026, is mutually agreeable and that all persons required to attend under Paragraph 3 of the Order—including the Parties with ultimate settlement authority, their counsel of record, and any insurer representative authorized to negotiate and settle up to the applicable policy limits—are available to appear in person on that date.

4. The requested continuance is brief, is sought in good faith and not for purposes of delay, and will not prejudice any party or affect any other deadline set by the Court.

5. The Parties respectfully request that, consistent with Paragraph 1 of the Order, the deadline for submission of the Confidential Settlement Statements be correspondingly reset to 5:00 p.m. on Wednesday, December 16, 2026, and that all other provisions of the Order [ECF No. 151] remain in full force and effect.

6. Pursuant to Local Rule 7.1(a)(2), a proposed Order granting the relief requested is attached hereto and will be submitted to the Chambers of the Honorable Detra Shaw-Wilder in Word format.

**WHEREFORE**, the Parties respectfully request that this Court enter an Order (a) granting this Joint Motion; (b) continuing the Settlement Conference from December 4, 2026, to Friday, December 18, 2026, at 11:00 a.m., or such other time on that date as the Court may direct, in Courtroom 203-D, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301; (c) resetting the

deadline for Confidential Settlement Statements to 5:00 p.m. on Wednesday, December 16, 2026; and (d) granting such further relief as the Court deems just and proper.

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 7.1(a)(3), undersigned counsel for Plaintiff certifies that counsel for the Parties have conferred regarding the relief requested in this Motion, and that this Motion is filed jointly with the agreement of all Defendants, whose counsel has authorized the electronic signature below.

Dated: November 4, 2026

Respectfully submitted,

***/s/ Michael A. Hoffman***
Michael A. Hoffman, Esq. (Fla. Bar No. 89549)
David W. Singer, Esq. (Fla. Bar No. 306215)
DAVID W. SINGER & ASSOCIATES, P.A.
1011 South Federal Highway
Hollywood, Florida 33020
Telephone: (954) 920-1571
Facsimile: (954) 926-5746
mahoffman@1800askfree.com
litigation@1800askfree.com
*Attorneys for Plaintiff*

- and -

***/s/ Ashley N. Genoese***
Michael J. Drahos, Esq. (Fla. Bar No. 0617059)
W. Cooper Jarnagin, Esq. (Fla. Bar No. 117767)
Ashley N. Genoese, Esq. (Fla. Bar No. 1019357)
Charles J. Roussin, Esq. (Fla. Bar No. 1010409)
GRAYROBINSON, P.A.
515 North Flagler Drive, Suite 650
West Palm Beach, Florida 33401
Telephone: (561) 268-5727
Facsimile: (561) 268-5747
michael.drahos@gray-robinson.com
cooper.jarnagin@gray-robinson.com
ashley.genoese@gray-robinson.com
charles.roussin@gray-robinson.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 4, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

***/s/ Michael A. Hoffman***
Michael A. Hoffman, Esq.