UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:25-cv-24611-DPG

MICHAEL SMITH,

Plaintiff,

v.

CARNIVAL CORPORATION,
NIKHIL MAHARAJ, M.D., and
LETLHOGILE RANTLERU, M.D.

Defendants.
_____________________________/

**DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S STATEMENT OF ADDITIONAL MATERIAL FACTS [ECF NO. 147]**

38. Disputed as to the conclusion and summarization of the medical records.

39. Disputed as to the summarization of the medical records.

40. Disputed as to the summarization of Dr. Maharaj's testimony. Disputed as to the conclusions of Dr. Razack.

41. Disputed as to the summarization of the medical records.

42. Disputed as to the conclusion and summarization of the medical records.

43. Disputed as to the summarization of testimony.

44. Disputed as to the summarization and mischaracterization of testimony.

45. Disputed as to the summarization and mischaracterization of testimony.

46. Disputed as to the summarization and mischaracterization of testimony.

47. Disputed as to the mischaracterization of testimony.

48. Disputed as to the summarization and mischaracterization of testimony.

49. Disputed as to the summarization of testimony.

50. Disputed as to the summarization and mischaracterization of testimony.

51. Disputed as to the summarization of testimony without proper context or predicate.

52. Disputed as to the summarization of testimony without proper context or predicate.

53. Disputed as to the summarization of testimony without proper context or predicate.

54. Disputed as to the summarization of testimony without proper context or predicate.

55. Disputed as to the summarization and mischaracterization of testimony.

56. Disputed as to summarization of statements by counsel and further not a "fact" in this case.

57. Disputed as to the conclusions derived from testimony.

58. Disputed as to the summarization and mischaracterization of testimony.

59. Disputed as to the summarization of testimony.

60. Disputed as to the unsupported testimony and conclusions of Captain Watson.

61. Disputed as to the conclusions and summarization of testimony and medical records.

62. Disputed as to the summarization of testimony without proper context or predicate.

63. Disputed as to the summarization of the medical records without proper context or predicate. Further disputed as to Dr. Razack's conclusions.

Respectfully submitted,

GrayRobinson, P.A.
515 North Flagler Drive, Ste. 650
West Palm Beach, Florida 33401
Tel: (561) 268-5727
Fax: (561) 268-5747

By: *__/s/ Ashley Genoese__*
Michael J. Drahos
Florida Bar No. 0617059

*michael.drahos@gray-robinson.com*
W. Cooper Jarnagin
Florida Bar No. 117767
*cooper.jarnagin@gray-robinson.com*
Ashley Genoese
Florida Bar No. 1019357
*ashley.genoese@gray-robinson.com*
Charles J. Roussin
Florida Bar No. 1010409
*charles.roussin@gray-robinson.com*

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

*/s/ Ashley Genoese*

**SERVICE LIST**
**CASE NO. 1:25-cv-24611-DPG**

David W. Singer, Esq.
Michael A. Hoffman, Esq.
David W. Singer & Associates, P.A.
1011 South Federal Highway
Hollywood, Florida 33020
Tel: (954) 920-1571
mahoffman@1800askfree.com
adecasanova@1800askfree.com

*Attorneys for Plaintiff*